**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Genuine Genius Technologies, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  XVoucher** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0020353** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **170 S. Green Valley Pkwy., Ste. 300** <br> **Henderson, NV 89012** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **info.xvoucher.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

| Debtor | **Genuine Genius Technologies, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6117__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

Debtor  **Genuine Genius Technologies, LLC**
　　　　Name

Case number (*if known*)

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | | Relationship |
| | District | When | Case number, if known |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

Debtor    **Genuine Genius Technologies, LLC**                          Case number *(if known)* _____
_____
Name

�          **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 3, 2025**
_____
MM / DD / YYYY

X    *Kevin Brice*                                      **Kevin Brice**
_____    _____
Signature of authorized representative of debtor      Printed name

Title    **Chief Executive Officer**
_____

---

**18. Signature of attorney**    X    [signature]    Date    **April 3, 2025**
_____    _____
Signature of attorney for debtor                      MM / DD / YYYY

**Matthew C. Zirzow 7222**
_____
Printed name

**Larson & Zirzow, LLC**
_____
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
_____
Number, Street, City, State & ZIP Code

Contact phone    **702-382-1170**        Email address    **mzirzow@lzlawnv.com**
_____                    _____

**7222 NV**
_____
Bar number and State

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

**CERTIFICATE OF RESOLUTIONS OF**

**GENUINE GENIUS TECHNOLOGIES, LLC,**

**a Nevada limited liability company**

The undersigned, being the Chief Manager of the Board of Managers and a majority-in-interest of the Members of GENUINE GENIUS TECHNOLOGIES, LLC, a Nevada limited liability company (the "Company"), hereby approves and adopts the following resolutions effective as of April 3, 2025:

RESOLVED that in the judgment of the undersigned, and upon the advice of bankruptcy counsel to the Company, it is desirable and in the best interests of the Company and its creditors that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that KEVIN BRICE (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the U.S. Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

acts and deeds which he or she deems appropriate to commence the chapter 11 case and proceed therewith to conclusion.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, by execution hereof, hereby approves this written consent as of the date first above written.


GENUINE GENIUS TECHNOLOGIES, LLC,

a Nevada limited liability company:


By: _____

    Robert W. Daniels,

    as Chief Manager of the Board of Managers

    and majority-in-interest of Members

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
**FNYM7-PSKVJ-OKUJV-YNDHH**

DOCUMENT COMPLETED BY ALL PARTIES ON
**03 APR 2025 17:28:52 UTC**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **ROB DANIELS** | SENT **03 APR 2025 16:45:20 UTC** | |
| EMAIL **RDANIELS@XVOUCHER.COM** | VIEWED **03 APR 2025 17:27:15 UTC** | |
| | SIGNED **03 APR 2025 17:28:52 UTC** | |

IP ADDRESS
**38.109.210.202**

LOCATION
**DENVER, UNITED STATES**

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**03 APR 2025 17:27:15 UTC**

 **Signed with PandaDoc**

PAGE 1 OF 1



**Fill in this information to identify the case:**

Debtor name    **Genuine Genius Technologies, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  3, 2025**             X    *Kevin Brice*
                                                Signature of individual signing on behalf of debtor

**Kevin Brice**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Genuine Genius Technologies, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Thundercat Technologies LLC Attn: Managing Member/Bankruptcy 1925 Isaac Newton Square E Ste 180 Reston, VA 20190-5030** | | | | | | **$1,383,244.64** |
| **Trainocate Networks India Pvt Ltd Attn: Managing Member/Bankruptcy 78/1 , 1st Floor Royal Barter , Residenc India, Karnataka 560025 India** | | | | | | **$1,194,920.00** |
| **DOT Learning (JPMC) Attn: Managing Member/Bankruptcy 1111 Polaris Parkway Columbus, OH 43240-2031** | | | | | | **$786,978.39** |
| **Hewlett Packard Enterprise Attn: Managing Member/Bankruptcy P.O. Box 740588, Los Angeles, CA 90074-0588** | | | | | | **$372,395.23** |

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

Debtor  **Genuine Genius Technologies, LLC**                                    Case number *(if known)* _____
_____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ed2Go Attn: Managing Member/Bankruptcy P.O. Box 936743 Atlanta, GA 31193** | | | | | | **$361,514.58** |
| **LearnQuest Attn: Managing Member/Bankruptcy 1900 Market Street, Suite 800 Philadelphia, PA 19103** | | | | | | **$350,164.32** |
| **Cognizant Technology Solutions US Corp Attn: Managing Member/Bankruptcy 6, 300 Frank W Burr Blvd Ste 36 Teaneck, NJ 07666-6732** | | | | | | **$185,550.00** |
| **QA Ltd Attn: Managing Member/Bankruptcy 1ST Floor, 2 Brewery Place Leeds, Leeds LS10 1NE United Kingdom** | | | | | | **$173,840.00** |
| **MedCerts Attn: Managing Member/Bankruptcy 2300 Corporate Park Drive Herndon, VA 20171-4838** | | | | | | **$172,191.08** |
| **Global knowledge Al oruba street, BLDG# 393 Alwarood, Riyadh, P O Box 17969 Riyadh 1 Riyadh, Riyadh 3140 Saudi Arabia** | | | | | | **$168,325.00** |
| **Exitcetified Registrars ExitCertified Attn: Managing Member/Bankruptcy 3941 Park Drive El Dorado Hills, CA 95762-4549** | | | | | | **$146,120.00** |

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

Debtor  **Genuine Genius Technologies, LLC**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CapGemini Alliance - Global Attn: Managing Member/Bankruptcy 6719 Devonshire Dr San Jose, CA 95129** | | | | | | $143,724.36 |
| **CloudThat Technologies (US) Attn: Managing Member/Bankruptcy 916 Pike Place,, Cloudthat Americas Ltd Seale, AL 36875** | | | | | | $138,680.00 |
| **FUJITSU LEARNING MEDIA LIMITED Attn: Managing Member/Bankruptcy 1-5 Omiyacho Kawasaki-Shi Saiwai-Ku, Kanagawa 212-001 Japan** | | | | | | $129,895.00 |
| **Amazon Web Services, Inc Attn: Managing Member/Bankruptcy P.O. Box 84023 Seattle, WA 98124-8423** | | | | | | $109,893.77 |
| **Trainocate Japan, Ltd. Sumitomo Fudosan Shinjuki Oak Tower 19F 6-8-1 Nishi-Shinjuku Shinjuku,  Tokoyo 163-6019 Japan** | | | | | | $90,680.00 |
| **Capgemini Technology Serv. India Ltd. Plant No. 05 Godrej & Boyce Compound, LBS Marg, Vikhroli (West) Mumbai, Maharashtra 400079 India** | | | | | | $82,550.00 |

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

Debtor  **Genuine Genius Technologies, LLC**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barclays Attn: Managing Member/Bankruptcy PO Box 8208 Reading, Reading RG6 9QY United Kingdom** | | | | | | **$78,575.00** |
| **Peraton Navy Marine Corps Business Unit Attn: Managing Member/Bankruptcy 12975 Worldgate Drive Herndon, VA 20170-6008** | | | | | | **$74,737.11** |
| **African Leadership International Limited Attn: Managing Member/Bankruptcy Fl 6 Twr A, 1 Exchange Square,Wall St Eb ne, Plaines Wilhems 72201 Mauritius** | | | | | | **$71,050.00** |

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

# United States Bankruptcy Court
## District of Nevada

In re   **Genuine Genius Technologies, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April  3, 2025**

*Kevin Brice*

**Kevin Brice**/**Chief Executive Officer**
Signer/Title

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
ZJVY8-Q9H4Z-KK3KM-KRXGN

DOCUMENT COMPLETED BY ALL PARTIES ON
04 APR 2025 01:40:41 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **KEVIN BRICE** | SENT<br>04 APR 2025 01:31:36 UTC | *Kevin Brice* |
| EMAIL<br>KBRICE@XVOUCHER.COM | VIEWED<br>04 APR 2025 01:35:22 UTC | |
| | SIGNED<br>04 APR 2025 01:40:41 UTC | IP ADDRESS<br>47.204.170.38 |
| | | LOCATION<br>SARASOTA, UNITED STATES |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
04 APR 2025 01:35:22 UTC



**⧉ Signed with PandaDoc**

Genuine Genius Technologies, LLC
170 S. Green Valley Pkwy., Ste. 300
Henderson, NV 89012

.

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

14spm srl
Attn: Managing Member/Bankruptcy
Via Aristotile Fioravanti 27
40129 Bologna, Emilia-Romagna
Italy

2BCLOUD GLOBAL LTD
Attn: Managing Member/Bankruptcy Dept.
Yigal Alon St 114
Tel Aviv-Yafo, Tel Aviv 6744320
Israel

2i testing
Attn: Managing Member/Bankruptcy Dept.
40 George Street
Edinburgh, EH2 2LE
United Kingdom

2STG LTDA
Attn: Managing Member/Bankruptcy D
Calle San Sebasti n 2750
Las Condes, Metropolitana de Santia75
Chile

6point6
Attn: Managing Member/Bankruptcy Dept.
3 Orchard Place
Broadway, London SW1H 0BF
United Kingdom

7bulls.com sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
al. Jana Chrystiana Szucha 8
Warszawa,  00-582
Poland

837 Cyber Operations Squadron, U
Attn: Managing Member/Bankruptcy D
203 W Losey St
Scott Air Force Base, IL 62225-5212

ABB Solutions Slovakia, s. r. o.
Attn: Managing Member/Bankruptcy Dept.
riedlov  B 3384/13
Ko ice, Ko ick  Kraj  040 01
Slovakia

ABLECOM Inc.
Byucksan Digitalvalley 3cha 508
271, Digital-ro
Guro-gu, Seoul, 8381
KOR

ABN AMRO Clearing N.V.
Attn: Managing Member/Bankruptcy D
Gustav Mahlerlaan 10
North Holland,1082 PP Amsterdam
The Netherlands

ABSA BANK LTD
Attn: Managing Member/Bankruptcy Dept.
15 Troye Street, Gauteng
Johannesburg, Gauteng, 2000
South Africa

Accenture Japan Ltd.
Attn: Managing Member/Bankruptcy Dept.
1-8-1 Akasaka
Minato-Ku, Tokyo 107-8672
Japan

Accenture LLP
Attn: Managing Member/Bankruptcy D
500 W Madison St
Chicago, IL 60661

Accenture Solutions Pvt. Ltd.
Attn: Managing Member/Bankruptcy Dept.
Pritech Park Annex, Bellandur Village, V
Bangalore East, Bangalore 10, 560103
India

ACCOR SA
Attn: Managing Member/Bankruptcy Dept.
82 Rue Henry Farman
92130 Issy-les-Moulineaux, Hauts-de-Sein
France

ACKSTORM SL
Attn: Managing Member/Bankruptcy D
Carrer de Pujades, 362
Barcelona, Barcelona  8019
Spain

Acropolis Institute of Technology and Re
Attn: Managing Member/Bankruptcy Dept.
Bypass Road Square, Manglia Sadak,
Indore, Madhya Pradesh 453771
India

Adastra Corporation
Attn: Managing Member/Bankruptcy Dept.
Royal Bank Plaza South Tower, PO Box 82
200 Bay Street, Toronto  ON M5J 2J1
Canada

adidas AG
Attn: Managing Member/Bankruptcy D
Adi-Dassler-Str. 1
Herzogenaurach, Mittelfranken
Germany

Adistec Corp.
Attn: Managing Member/Bankruptcy Dept.
7620 NW 25TH STREET, UNIT 7
MIAMI, FL 33122

Aditya Degree College
Attn: Managing Member/Bankruptcy Dept.
Lakshmi Narayana Nagar
Kakinada, Andhra Pradesh 533001
India

Admiral Intermediary Services
Attn: Managing Member/Bankruptcy
Calle Albert Einstein 10
Sevilla  41092
ESP

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

Adobe Creative Cloud
Attn: Managing Member/Bankruptcy
345 Park Avenue, SA 95110-2704

Adobe, Inc.
Attn: Managing Member/Bankruptcy
345 Park Avenue, SA 95110

Adwsely, UAB
Attn: Managing Member/Bankruptcy D
V. Nagevi?iaus g. 3
Lt-08237 Vilnius
Lithuania

Affle International pte ltd
Attn: Managing Member/Bankruptcy Dept.
100 Pasir Panjang Road, #06-07
100 Pasir Panjang 118518
Singapore

Affyn Pte Ltd
Attn: Managing Member/Bankruptcy Dept.
9 Temasek Boulevard, Suntec Tower Two
Singapore, , 38989
SGP

AFI Expertise
Attn: Managing Member/Bankruptcy D
1751 rue du Marais, suite 300
Quebec, QC, G1M 0A2
CAN

African Leadership International Limited
Attn: Managing Member/Bankruptcy
Fl 6 Twr A, 1 Exchange Square,Wall St
Eb ne, Plaines Wilhems 72201
Mauritius

Agilewing Technology Co. Limited
Attn: Managing Member/Bankruptcy Dept.
Room 608  Shenzhen Culture Creative Park
No.4001 Fuqiang Road, Shenzen, Guang Do
China

AIRBUS SAS
Attn: Managing Member/Bankruptcy D
2 Rond-Point Emile Dewoitine
Blagnac, Haute-Garonne 31700
France

Aire Logic
Attn: Managing Member/Bankruptcy Dept.
2nd Floor, 24-26 Aireside House, Aire St
Leeds, West Yorkshire LS1 4HT
United Kingdom

Akademie  berlingen N. Glasmeyer GmbH
Attn: Managing Member/Bankruptcy Dept.
Wilhelm-Wagenfeld-StraBe 26
80807 M nchen, Oberbayern
Germany

Akamai Technologies, Inc.
Attn: Managing Member/Bankruptcy
145 Broadway
Cambridge, MA 02142-1058

Akoova Ltd
Attn: Managing Member/Bankruptcy Dept.
22 Upper Ground
London, SE1 9PD
United Kingdom

Alabama State University
Attn: Managing Member/Bankruptcy Dept.
915 South Jackson Street
Montgomery, AL 36104

Alamo Colleges District
Attn: Managing Member/Bankruptcy D
2222 N Alamo Street
San Antonio, TX 78215

Alchemy
4th Floor, Padmavathi Complex #2, 80 Ft
Opposite NGV Indoor Stadium, (Above Che
Koramangala 8th Block, Bangalore    5600
India

Alchemy Learnsoft Pvt. Ltd. (AWS)
Floor 1ST Vasavi Chambers
21/1, Lalbagh Fort Road
Bengaluru, Karnataka, 560027
India

Alchemy Software Solutions LLC
Attn: Managing Member/Bankruptcy D
1000 N WEST STREET
Wilmington, DE 19801

Alex Tenno
Attn: Managing Member/Bankruptcy
429 La Marina
Santa Barbara, CA 93109-1719

Alexander Grach
Attn: Managing Member/Bankruptcy
6710 NE 138th Pl
Vancouver, WA 98682-6032

Aligned Software Solutions Inc.
Attn: Managing Member/Bankruptcy D
170-422 Richards St
Vancouver, BC, V6B 2Z4
Canada

Alignet S.A.C.
Attn: Managing Member/Bankruptcy Dept.
Casimiro Ulloa 333
Tambopata, 17001
Peru

AllCloud Platforms Ltd
Attn: Managing Member/Bankruptcy Dept.
1624 Market St PMB 93487
Denver, CO 80202

AllCloud USA LLC
Attn: Managing Member/Bankruptcy D
1624 Market St PMB 93487
Denver, CO 80202-1559

Allen Dayag
Attn: Managing Member/Bankruptcy
2956 W Monroe St
Chicago, IL 60612-3608

Altkom Akademia S.A.
Attn: Managing Member/Bankruptcy Dept.
ul. Ch?odna 51
00-582 Warszawa
Poland

Amanox Solutions AG
Attn: Managing Member/Bankruptcy D
Dammweg 9
3013 Bern
Switzerland

Amazon
Attn: Managing Member/Bankruptcy Dept.
3545 Winding Drive
Lexington, KY 40517-2705

Amazon AWS servi os Brasil ltda
Attn: Managing Member/Bankruptcy Dept.
Edificio JK, Av.Chedid Jafet, 200
Villa S o Paulo-SP,   04551-065
Brazil

Amazon Web Services
Attn: Managing Member/Bankruptcy D
39 Conover Terrace
Lebanon, NJ 08833

Amazon Web Services(AWS) Finland
Attn: Managing Member/Bankruptcy Dept.
Mikonkatu 9
Helsinki, Uusimaa, 100
Finland

Amazon Web Services, Inc
Attn: Managing Member/Bankruptcy
P.O. Box 84023
Seattle, WA 98124-8423

Amazon Web Services, Inc (Techno
Attn: Managing Member/Bankruptcy Dept.
410 Terry Avenue North
Seattle, WA 98109

Ambient Consulting LLC
Attn: Managing Member/Bankruptcy
110 Cheshire Lane, Suite 385
Hopkins MN 55305-1009

Amdocs Management Limited
Attn: Managing Member/Bankruptcy Dept.
Chiswick Park, 566 Chiswick High Road
London, Hounslow W4 5BE
United Kingdom

Amdocs Management Limited
Attn: Managing Member/Bankruptcy
Chiswick Park, 566 Chiswick High R
London, Hounslow W4 5YE
United Kingdom

American Family Insurance
Attn: Managing Member/Bankruptcy Dept.
6000 American Pkwy
Madison, WI 53777-0001

Amit Dommeti
Attn: Managing Member/Bankruptcy
725 Potters Bar Ln
Suwanee, GA 30024-1532

Ammagamma
Attn: Managing Member/Bankruptcy D
Modena, Emilia-Romagna, 41121
Italy

Anabuki Computer College
Attn: Managing Member/Bankruptcy Dept.
2-4-14 Bancho
Takamatsu-Shi, Kagawa 760-0017
Japan

Anas Tilfani
Levallois-Perret
Hauts-de-Seine 92300
France

Ancestry.com
Attn: Managing Member/Bankruptcy D
1300 West Traverse Parkway
Lehi, UT 84043

Andrea Marinaro
Attn: Managing Member/Bankruptcy
Piazza San Babila 5
Milano, Lombardia 20122
Italy

Anele Praiseworth Khanyile
Attn: Managing Member/Bankruptcy Dept.
124 Tenor Beyers Park
Ekurhuleni, Gauteng 1459
South Africa

Anywhere Real Estate, Inc.
Attn: Managing Member/Bankruptcy D
175 Park Ave
Madison, NJ 07940-1123

ANZ Bank New Zealand
Attn: Managing Member/Bankruptcy Dept.
Anz Centre, 23 Albert Street
Auckland 1010
New Zealand

APPER DIGITAL INC
Attn: Managing Member/Bankruptcy Dept.
19F Marco Polo Hotel, Sapphire Rd.,
Ortigas Center, Pasig, 1600 Metro Manila
Philippines

APT Management Services Pty Lim
Attn: Managing Member/Bankruptcy D
L 25 580 George St
Sydney, NSW, 2000
Australia

Argo Cloud Solutions SPA
Attn: Managing Member/Bankruptcy Dept.
Avenida Antonio V. 920
4780000 Temuco, Araucan a
Chile

ARIBA, Inc.
Attn: Managing Member/Bankruptcy Dept.
3420 Hillview Avenue, Building 3
Palo Alto, NY 94304

Arizona Department of Revenue
Attn: Managing Member/Bankruptcy
1600 West Monroe Street
Phoenix, AZ 85007

Arizona State University
(National Education Equity Lab)
648 Broadway Ste 603
New York, NY 10012-2348

Arizona State University -
University Technology Office
PO Box 876312
Tempe, AZ 85287-6312

Arrow ECS
Attn: Managing Member/Bankruptcy D
Avenida Europa, 21
28108 Alcobendas Madrid
Spain

ARVISCO Business Services GmbH
Attn: Managing Member/Bankruptcy Dept.
Amrumer Knick 6a
22117 Hamburg
Germany

ASBIS SK SPOL
Attn: Managing Member/Bankruptcy
Tuhovsk  33,
831 06, Bratislava, Slovakia

ASD
Attn: Managing Member/Bankruptcy D
Gatve 1, Vilnius 1231
57000  Kuala Lumpur
Malaysia

Asia Pacific Un. of Technology & Innovat
Attn: Managing Member/Bankruptcy Dept.
APU Campus, Technology Park Malaysia
Bukit Jalil, Kuala Lumpur 57000
Malaysia

Asian College of Marine Technology
Attn: Managing Member/Bankruptcy Dept.
4 Bueng, 79/4 Village No
20230, Si Racha, Chon Buri
Thailand

Assa Abloy
Attn: Managing Member/Bankruptcy D
ul. Magazynowa 4
64-100 Leszno, Leszno
Poland

ASSA Abloy Opening Solutions Poland S.A
Attn: Managing Member/Bankruptcy Dept.
ul. Magazynowa 4
Leszno, Leszno, 64-100
Poland

AT & T Mobile
Attn: Managing Member/Bankruptcy
AT&T P.O. Box 6416
Carol Stream, IL 60197-6416

Atlassian sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
Jeleniogroska 1/3D/87
Pozna, 60-179
Poland

Atos International S.A.S
C/O ACS Solutions Poland Sp.Z.o.o
BOX 5   ul. Gdanska 47/49
Lodz, Lodzkie, 90-729
Poland

Auldhouse
Attn: Managing Member/Bankruptcy Dept.
Level 8, Lumley House 11 Hunter St.
Wellington, 6022
New Zealand

Author-it Software Corp. (ASC)
Attn: Managing Member/Bankruptcy Dept.
15 Courtney Place
Wellington, Wellington, 6011
New Zealand

Automat-it
Attn: Managing Member/Bankruptcy Dept.
Avshalom Gissin Street 53
Petah Tiqwa, 4922450
Israel

Avantica Technologies SAC
Attn: Managing Member/Bankruptcy Dept.
Av. Carlos Miro Quesada
Int 1504 Lima, Lima 15085
Peru

Aviv Group GmbH
Attn: Managing Member/Bankruptcy Dept.
Axel-Springer-Str. 65
10969 Berlin
Germany

AWS Marketplace (INR)
Attn: Managing Member/Bankruptcy Dept.
10th, 1012, Corporate Avenue Sonawala Rd.
Mumbai, Maharashtra 400063
India

Association of Test Publishers
Attn: Managing Member/Bankruptcy
601 Pennsylvania Ave., N.W. Suite 900
Washington, DC 20004

AT Internet
Attn: Managing Member/Bankruptcy Dept.
85 Avenue John Fitzgerald Kennedy
33700 Merignac
France

Atomic Computing
Attn: Managing Member/Bankruptcy Dept.
Silicon Oasis , Ddp Building A1
Dubai
United Arab Emirates

ATP - EPAM Systems Inc
Attn: Managing Member/Bankruptcy Dept.
41 University Drive
Newtown, PA 19840

Auldhouse Computer Training
Attn: Managing Member/Bankruptcy Dept.
338 Ponsonby Road
Auckland, Auckland, 1011
New Zealand

Auto and General Holdings Pty Ltd
Attn: Managing Member/Bankruptcy Dept.
13 9 Sherwood Rd
Toowong, QLD 4066
Australia

Avalara, Inc
Attn: Managing Member/Bankruptcy Dept.
255 S King St #1800
Seattle, WA 98104

Avature Limited
Attn: Managing Member/Bankruptcy Dept.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111

Aviva
Attn: Managing Member/Bankruptcy
74/94 Fore Street
Saltash, Cornwall   PL12 6JW
United Kingdom

AWS Security Vulnerability Disclosure Pr
Attn: Managing Member/Bankruptcy
29 Old Sawmill Rd
Bedford, NH 03110-6225

Asserity Consulting
Attn: Managing Member/Bankruptcy D
Level 6, Harbour Tower, 2 Hunter S
Wellington 6011
New Zealand

Atlassian Pty Ltd
Attn: Managing Member/Bankruptcy
Level 6, 341 George St,
2000, Sydney ACT
Australia

Atos International S.A.S
Attn: Managing Member/Bankruptcy
C/O ACS Solutions Poland Sp. Z.o.o
BOX 5, ul. Gdanska 47/49, Lodz
Poland

Atsky
Attn: Managing Member/Bankruptcy D
Manenburgdreef 89
Hoofddorp, Noord-Holland, 2135 GV
New Zealand

Australian Securities &
Investments Commission
L 5 100 Market St
Sydney, NSW, 2000
Australia

Autofact
Attn: Managing Member/Bankruptcy D
Lima,  15001
Peru

Avantica Technologies S.A
Santiago Millas Building, 6th Floor, A
San Pedro Montes de Oca,
San Jos  11501
Costa Rica

Avia Tecnologia y Servicios SAS
Attn: Managing Member/Bankruptcy D
Calle 19 4-62
Bogot , Bogot , D.C., 110311
Columbia

AWS
Attn: Managing Member/Bankruptcy D
1332 Route 20
East Durham, NY 12423

AWS Workforce Team (Utah)
Attn: Managing Member/Bankruptcy
12900 Worldgate Dr
Herndon, VA 20170-6039

AXA Group Operations SAS
Attn: Managing Member/Bankruptcy Dept.
81 Rue Mstislav Rostropovitch
75017 Paris
France

Axcess Tech Systems India Pvt Ltd
Attn: Managing Member/Bankruptcy Dept.
88 Borewell Road, Evoma, Whitefield
Bengaluru, Karnataka 560066
India

Baamtu
Attn: Managing Member/Bankruptcy D
Ouest Foire Cit , Lot 10 Cosapec
Dakar, 99
Senegal

BAC LATAM SSC
Attn: Managing Member/Bankruptcy Dept.
Edificio B10 c Blancos, Zona France del
San Jose 1000
Costa Rica

BAE
Attn: Managing Member/Bankruptcy
2941 Fairview Park Drive
Falls Church, VA 22042

Bae Systems - I&S University
Attn: Managing Member/Bankruptcy D
4460 S Himalaya Ct
Aurora, CO 80015-5470

BAE Systems Applied Intelligence
Surrey Research Park, Waterside House
170 Priestley Road
Guildford, Surrey GU2 7RQ
United Kingdom

BAE Systems Applied Intelligence
Attn: Managing Member/Bankruptcy Dept.
170 Priestley Road
Guildford, Surrey, GU2 7RQ
United Kingdom

Bahrain Institute of Banking & Fina
Attn: Managing Member/Bankruptcy
Building 1456, Road 4034, Block 34
Manama 1456
Kingdom of Bahrain

Bajaj Allianz general insurance
Attn: Managing Member/Bankruptcy Dept.
B 204 Verve Residen
Pimpri Chinchwad, Maharashtra, 411057
IND

Banco de Cr dito e Inversiones
Attn: Managing Member/Bankruptcy Dept.
Avenida El Golf 125,
7550000 Las Condes, Santiago
Chile

Bandana Sikaria
Flat No:B-103, Floor No:1st, Building
Leela Sterling CHS LTD, Block Sect
Opp Yashodham School, Film City R
Mumbai, GO 400063

BandLab Singapore Pte Ltd
Attn: Managing Member/Bankruptcy Dept.
56 Neil Road
Singapore,  88830

BAR PC Training LLC
Attn: Managing Member/Bankruptcy Dept.
1049 Church Rd
Toms River, NJ 8755

Barclays
Attn: Managing Member/Bankruptcy
PO Box 8208
Reading, Reading RG6 9QY
United Kingdom

Base Social
Attn: Managing Member/Bankruptcy Dept.
Rua Luiz Ot vio, 104
Campinas, SP 13087-560
Brazil

Baton Rouge Community College
Attn: Managing Member/Bankruptcy Dept.
201 Community College Drive
Baton Rouge, LA 70806

BBVA Technology SLU
Attn: Managing Member/Bankruptcy D
Tablas i Building C/Federico Mompo 5
28050 Madrid
Spain

Beijing trendsetting consulting co.,ltd
Room 822, 8th Floor, Jiamei Center,
Building 2, Yard 16, Guangshun South Str
Chaoyang District, 100102 Beijing
China

Belastingdienst EUR
Attn: Managing Member/Bankruptcy
PO Box 2865 6401
DJ Heerlen
The Netherlands

Bell Canada    Talent Development Te
Attn: Managing Member/Bankruptcy D
FLRE1M-5115 Creekbank Rd
Mississauga, ON, L4W 5R1
Canada

beSharp S.p.A.
Attn: Managing Member/Bankruptcy Dept.
Via Claudio Treves 3
Pavia, PV, 27100
Italy

Bespin Global
Attn: Managing Member/Bankruptcy Dept.
Wafra Square Building Reem Island
Abu Dhabi, Abu Dhabi, 0
Argentina

Bespoke Training
Attn: Managing Member/Bankruptcy D
U 3 22 Waine St
Freshwater, NSW 2096
Australia

Bespoke Training
Attn: Managing Member/Bankruptcy Dept.
U 3 22 Waine St
Freshwater, NSW, 2096
Australia

Beta Systems Software AG
Attn: Managing Member/Bankruptcy Dept.
Ernst-Reuter-Platz 6
10587 Berlin
Germany

Beta80 Spa
Attn: Managing Member/Bankruptcy D
Via Socrate 41
Milano, Italia 20128
Italy

BETFAIR Romania Develop. SRL
21 Decembrie 1989 Street,
nr 77, Entrance A-F, 4th floor
Cluj-Napoca, Cluj 400604
Romania

BFF SPA
Attn: Managing Member/Bankruptcy Dept.
Calle Callao 3037, Las Condes,
Metropolitana de Santiago 7550000
Chile

BGH COLOMBIA SAS
Attn: Managing Member/Bankruptcy D
Calle 127A 53A-45 Oficina 1003, To 2
Suba,Bogot , D.C. 111111
Columbia

Bianca S
Attn: Managing Member/Bankruptcy
2000 Monroe Pl NE Apt 1303
Atlanta, GA 30324

Bilginc Bilgisayar Egitifni ve Dan Tic A.
Attn: Managing Member/Bankruptcy
Maslak Meydan Sk. Beybi Giz Plaza Kat:27
Sar?yer, Istanbul  34485
Turkey

Billennium S.A.
Attn: Managing Member/Bankruptcy D
ul. Tadeusza Czackiego 15/17
00-043 Warszawa, Masovian Voivod
Poland

Binus University
Attn: Managing Member/Bankruptcy Dept.
Westlands Mogotio Road
Nairobi,  100 Kenya
East Africa

BINUS University
School of Information Systems
Jl. Kyai Haji Syahdan No. 9
Palmerah, Jakarta Barat, Jakarta Raya 11
Indonesia

Binus University
JL. KH SYAHDAN, NO. 20
KEMANGGISAN, PALMERAH
JAKARTA BARAT, DKI JAKARTA, 1
Indonesiz

BIPROGY Inc.
Attn: Managing Member/Bankruptcy Dept.
1-1-1, Toyosu
Koto-ku, Tokyo 135-8560
Japan

BITTNET SYSTEMS SA
26 Timisoara Blvd, 1st Floor,
Plaza Romania Offices, District 6
61331 Bucharest
Romania

BITWARDEN
Attn: Managing Member/Bankruptcy
1 North Calle Cesar Chavez, Suite 1
Santa Barbara, CA 93103

BJSS Limited
Attn: Managing Member/Bankruptcy Dept.
1 Whitehall Quay
Leeds, West Yorkshire LS1 4HR
United Kingdom

Blue Ridge Community College
Attn: Managing Member/Bankruptcy Dept.
1 College Lane # 80
Weyers Cave, VA 24486-2205

BlueSky Digital Solutions
Attn: Managing Member/Bankruptcy D
68 Melville Road, Illovo, 1002 10th F
Illovo Point, Johannesburg, Gauteng21
South Africa

Bohm Technologies
Attn: Managing Member/Bankruptcy Dept.
401 Gerault Rd
Flower Mound, TX 75028-4096

BOLD
Attn: Managing Member/Bankruptcy
1233 N Gulfstream Ave PH 1
Sarasota, FL 34236

Booking.com B.V.
Attn: Managing Member/Bankruptcy
163 Oosterdokes Kade 1011 Dl
Amsterdam, Noord-Holland 1011 DL
Amsterdam

Booking.com B.V.
Attn: Managing Member/Bankruptcy Dept.
163 Oosterdokes Kade 1011 Dl
Amsterdam, Noord-Holland 1011 DL
The Netherlands

Boson Software, LLC
Attn: Managing Member/Bankruptcy Dept.
25 Century Boulevard, Suite 500
Nashville, TN 37214

Bowie State University
Attn: Managing Member/Bankruptcy D
14000 Jericho Park Road
Bowie, MD 20715-3319

BPK Bartlomiej Poniecki-Klotz
Attn: Managing Member/Bankruptcy Dept.
ul. Ks. Czes?awa Klimasa 39E/14
50-515 Wroc?aw
Poland

BQA Better Quality Assurance
Attn: Managing Member/Bankruptcy
Str. Transilvanei 202
Sat Baciu, Comuna Baciu, Cluj

Breakthrough Co., LTD.
1-403 Kosugi-machi, Musashikosugi B
Kawasaki, Nakahara-ku
Kanagawa, 211-0063
Japan

Breski Plumbing Inc.
Attn: Managing Member/Bankruptcy
8483 27th St N, LA 55042

Brigham Young University - Idaho
Attn: Managing Member/Bankruptcy Dept.
525 S Center St
Rexburg, ID 83460-0004

Brigham Young University-Hawaii
Attn: Managing Member/Bankruptcy D
55-220 Kulanui Street
Laie, HI 96762-1266

BSG Institute Mexico SA de CV
Attn: Managing Member/Bankruptcy Dept.
Urb. Le n XIII Calle 2 N  107. Cayma
Arequipa 4001
Peru

BTC AG
Attn: Managing Member/Bankruptcy Dept.
Escherweg 5
26121 Oldenburg, Weser-Ems
Germany

BTC Embedded Systems AG
Attn: Managing Member/Bankruptcy D
Gerhard-Stalling-Str. 19
26135 Oldenburg, Weser-Ems
Germany

Bulletproof Cyber Ltd
Attn: Managing Member/Bankruptcy
Unit H, Gateway 1000, Whittle Way, Steve
Herts, SG1 2FP
United Kingdom

Bulls-i NV
Attn: Managing Member/Bankruptcy Dept.
Veldkant 33A
Kontich, Antwerpen, 2550
BEL

BUPA
Attn: Managing Member/Bankruptcy
1 Angel Court, London, EC2R 7HJ
United Kingdom

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

BUSINESS TECHNOLOGY - EARLY COLLEGE
Attn: Managing Member/Bankruptcy Dept.
230-17 HILLSIDE AVENUE, 3RD FL
QUEENS VILLAGE, NY 11427

Business Training
Attn: Managing Member/Bankruptcy Dept.
Rue de la R gence 58
Bruxelles, Capitale 1000
Belgium

Business Training
Attn: Managing Member/Bankruptcy D
Rue de la R gence
Bruxelles, Capitale 1000
Belgium

Business Wire
Attn: Managing Member/Bankruptcy Dept.
101 California Street Fl 20
San Francisco, CA 94109

Bynet Data Communications LTD.
Attn: Managing Member/Bankruptcy Dept.
8 HaNehoshet St.
6971071 Tel Aviv
Israel

CA Depart of Tax and Fee Admini
Attn: Managing Member/Bankruptcy
505 N Brand Blvd #700,
Glendale, CA 91203

CA International Ltd.
Attn: Managing Member/Bankruptcy Dept.
Level 6, Green Cross Building, Royal Roa
Belle Rose Quatre Bornes
Mauritius

CACIB
Attn: Managing Member/Bankruptcy Dept.
12 place des Etats-Unis
Montrouge, Ile de France, 92120
France

Cadence Design Systems, Inc.
Attn: Managing Member/Bankruptcy D
2655 Seely Ave
San Jose, CA 95134-1931

Calco Group B.V.
Attn: Managing Member/Bankruptcy Dept.
Gatwickstraat, 21
Amsterdam, Noord-Holland 1043 GL
The Netherlands

California Department of Revenue
Attn: Managing Member/Bankruptcy
700 H St #6720a
Sacramento, CA 95814

California Institute of Arts
& Technology
Attn: Managing Member/Bankruptcy D
401 Mile of Cars Way , U. 100
National City, CA 91950

Campus
Attn: Managing Member/Bankruptcy Dept.
5221 Madison Avenue
Sacramento, CA 95841-3003

Canada Revenue Agency
Attn: Managing Member/Bankruptcy
Tax Center
Sudbury Ontario P3A 5C2
Canada

Canon Inc
Attn: Managing Member/Bankruptcy D
3-30-2, Shimomaruko
1468501 Ota-ku, TOKYO
Japan

CAPACITACI N USACH COMPA A LIMITADA
Attn: Managing Member/Bankruptcy Dept.
Serrano 73, oficina 1110
340557 Santiago, Region Metropolitana
Chile

CapAlla
Attn: Managing Member/Bankruptcy
225 South 6th St
Minneapolis, MN 55402-4601

CapGemini Alliance - Global
Attn: Managing Member/Bankruptcy
6719 Devonshire Dr
San Jose, CA 95129

CapGemini Alliance - Global
Attn: Managing Member/Bankruptcy Dept.
9305 Lightwave Ave.
San Diego, CA 92123

CapGemini Alliance - Global
Attn: Managing Member/Bankruptcy Dept.
6719 Devonshire Dr
San Jose, CA 95129

Capgemini Global
Attn: Managing Member/Bankruptcy D
2870 Kaiser Drive
Santa Clara, CA 95051

Capgemini Nederland B.V.
Attn: Managing Member/Bankruptcy Dept.
Reykjavikplein 1
Utrecht, Utrecht, 3543KA
New Zealand

Capgemini Polska Sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
ul. ?wirki I Wigury 16A
02-092 Warszawa
Germany

Capgemini Spain
Calle puerto de Somport 9
Edificio OXXEO
28050 Madrid, Comunidad d
Spain

Capgemini Technology Serv. India Ltd.
Plant No. 05 Godrej & Boyce Compound,
LBS Marg, Vikhroli (West)
Mumbai, Maharashtra 400079
India

CAPGEMINI TECHNOLOGY SERVICES
Attn: Managing Member/Bankruptcy Dept.
69361, 145-151 Quai du Pr sident Roosev
Issy-les-Moulineaux, Hauts-de-Seine 9213
France

CAPGEMINI TECHNOLOGY SERVIN
Plant No. 05 Godrej & Boyce Comp
LBS Marg, Vikhroli (West)
Mumbai, Maharashtra, 400079
India

CAPGEMINI TECHNOLOGY SERVICES INC
Plant No. 05 Godrej & Boyce Compound
LBS Marg, Vikhroli (West)
400079 Mumbai, Maharashtra
India

Capgemini Technology services Maroc
Attn: Managing Member/Bankruptcy Dept.
Shore 8A-1100, Boulevard
Al Qods Sidi Maarouf, Casablanca, 20270
Morocco

Capitec Bank Limited.
Attn: Managing Member/Bankruptcy D
5 Neutron
Stellenbosch, Western Cape 7600
South Africa

carahsoft
Attn: Managing Member/Bankruptcy Dept.
11493 Sunset Hills Road Ste 100
Reston, VA 20190-5230

Caroline Kern
Attn: Managing Member/Bankruptcy
Rua Coronel Chicuta, 575 Sala 502
Passo Fundo, Rio Grande do Sul   99020-03
Brazil

Carrier Corporation
Attn: Managing Member/Bankruptcy D
13995 Pasteur Boulevard
Palm Beach Gardens, FL 33418-7231

Carroll County Schools
Attn: Managing Member/Bankruptcy Dept.
164 Independence Drive
Carrollton, GA 30116-7506

cars.com
Attn: Managing Member/Bankruptcy Dept.
141 Fernwood Dr
Naperville, IL 60540-7303

CAS Training
Attn: Managing Member/Bankruptcy D
Calle de la Bas lica n  19; P 5
28020 Madrid, Madrid, Comunidad d
Spain

CBW College Berufliche Weiterbildung Gmb
Attn: Managing Member/Bankruptcy Dept.
Wendenstr. 21
20097 Hamburg
Germany

CCI Training Center
Attn: Managing Member/Bankruptcy Dept.
FLAGS, 770 N East Street Ste 140
Arlington, TX 76011-7940

CDW, LLC
Attn: Managing Member/Bankruptcy D
200 N Milwaukee Avenue
Vernon Hills, IL 60061-1577

Cecure Intelligence Limited
22B Mabinuori Dawodu Crescent,
Gbagada Phase 1 Estate, Lagos Nigeria, B
1 East Barnet Rd., London   EN4 8RR
England

Cegid SA
Attn: Managing Member/Bankruptcy Dept.
52 Quai Paul S dallian
69009 Lyon, M tropole De Lyon
France

Celfocus, SA.
Attn: Managing Member/Bankruptcy D
Av. Dom Jo o II 34, 1998-031 Lisbo
1998-031 Lisbon
Portugal

Cengage
Attn: Managing Member/Bankruptcy
1528 Connecticut Ave NW
Washington, DC 20036

Cengage Learning, Inc DBA Infosec
Attn: Managing Member/Bankruptcy Dept.
5191 Natorp Blvd
Mason, OH 45040-7104

Central Board for Direct Taxes (Ind
Urmi Estate - Tower A, 20th Floor 9
Ganpatrao Kadam Marg Lower Pare
Mumbai 27-MH 400013
India

Central New Mexico Community College
Attn: Managing Member/Bankruptcy Dept.
Smith Brasher Hall 201-J, 525 Buena Vist
Albuquerque, NM 87106-4023

Central/Mother Lode
Attn: Managing Member/Bankruptcy
390 W Fir Ave Ste 204
Clovis, CA 93611-0244

Centrica
Attn: Managing Member/Bankruptcy D
Millstream, Maidenhead Road
Windsor, Berkshire, SL4 5GD
United Kingdom

Cerritos College
Attn: Managing Member/Bankruptcy
11110 Alondra Blvd
Norwalk, CA 906050

CGI
Attn: Managing Member/Bankruptcy Dept.
Avenida Jose Malhoa N16b 5
1070-159 Lisboa
Portugal

CGI Technologies & Solutions Incor
15th Flr Shared Services Rene Leve
1350 Rene-Levesque Blvd
Montreal, QC H3G 1T4
Canada

Chandler-Gilbert Community College
Attn: Managing Member/Bankruptcy Dept.
2626 E Pecos Rd
Chandler, AZ 85225-2413

Charles Dorton
Attn: Managing Member/Bankruptcy
4646 Bridle Ridge Lane
Charlotte, NC 28269-0446

Check Point Technologies Ltd
Attn: Managing Member/Bankruptcy D
5 Shlomo Kaplan
6789157 Tel Aviv
Israel

Check Point Technologies Ltd
Attn: Managing Member/Bankruptcy Dept.
5 Shlomo Kaplan
Tel Aviv, Tel Aviv, 6789157
Israel

Checkmarx LTD
Amot Atrium Tower
11th Floor 2 Jabotinsky Street
Ramat Gan, Tel Aviv,
Israel

Checkr Inc.
Attn: Managing Member/Bankruptcy
One Montgomery Street, Suite 2400
San Francisco, CA 94104

Chelsea Logistics and Infrast. Holdings
Attn: Managing Member/Bankruptcy Dept.
Metro Manila
Philippines

Cheshire Datasystems Ltd
Attn: Managing Member/Bankruptcy Dept.
Strata House, Kings Reach Road
Stockport SK4 2HD
United Kingdom

Cimpress Schweiz GmbH
Attn: Managing Member/Bankruptcy D
275 Wyman Street
Waltham, MA 02451-1200

CISION
Attn: Managing Member/Bankruptcy Dept.
1785 Greensboro Station, 8th Floor
McLean, VA 22102

Citiustech
Attn: Managing Member/Bankruptcy Dept.
2 Research Way Fl 2
Princeton, NJ 08540-6628

CJ Olivenetworks Corp.
Attn: Managing Member/Bankruptcy D
366, Hangang-daero
Yongsan-gu, Seoul, 4323
Korea

CLA Global TS Tax Services Pte. Ltd.
Attn: Managing Member/Bankruptcy
80 Robinson Road, #25-00,
068898   Singapore,

Claranet Limited
Attn: Managing Member/Bankruptcy Dept.
6th Floor,  110 High Holborn
London,  WC1V 6JS
United Kingdom

CLARANET SRL
Attn: Managing Member/Bankruptcy D
Corso Europa 13
Milano, Lombardia 20122
Italy

Clarusway GmbH
Attn: Managing Member/Bankruptcy Dept.
Bataverstr. 84
Neuss, D sseldorf 41462
Germany

Clarusway Inh. Hasan Kaval
Attn: Managing Member/Bankruptcy Dept.
Lindener Str. 15
Wolfenb ttel, Braunschweig 38300
Germany

Classmethod, Inc
Attn: Managing Member/Bankruptcy D
8F Sanpo Sakuma Bldg, 1-11,Kanda-S
chiyoda-ku, Tokyo 101-0025
Japan

Classmethod, Inc.
Attn: Managing Member/Bankruptcy Dept.
Hibiya Fort Tower 26f, 1-1-1 Nishishimba
Minato-Ku, Tokyo 105-0003
Japan

CLCAFRICA
Attn: Managing Member/Bankruptcy Dept.
Museum Hill Ctr Fl 2, 87 Ring Road Westl
Nairobi, Nairobi 623
Kenya

Client Network Services India ltd
Prestige Palladium Bayan
4th Floor 129-140, Greams Rd
Chennai, Tamil Nadu, 600006
India

CliftonLarsonAllen, LLP
Attn: Managing Member/Bankruptcy
220 S. Sixth Street, Suite 300
Minneapolis, MN 55402

Cloud Headway
Attn: Managing Member/Bankruptcy Dept.
82 Hate'ena, Kfar Bin Nun
Merkaz 9978000
Israel

Cloud Wizard Consulting Pvt Ltd
Attn: Managing Member/Bankruptcy D
H 187
Noida, Uttar Pradesh 201301
India

Cloudboosta Technology Solution
Attn: Managing Member/Bankruptcy Dept.
14, Ludiana Close
Coventry, West Midlands CV6 5SA
United Kingdom

CLOUDHESIVE LATAM LLC
Attn: Managing Member/Bankruptcy Dept.
2419 E Commercial Blvd, Ste 300
Ft Lauderdale, FL 33308

Cloudreach Europe Limited
Attn: Managing Member/Bankruptcy D
71 High Holborn
London, Middlesex, WC1V 6EA
United Kingdom

CloudTeam Sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
pl. Konesera 9
Warszawa,   03-736
Poland

CloudThat Technologies
Attn: Managing Member/Bankruptcy Dept.
102 4th B Crossroad
Bengaluru, Karnataka 560095
India

CloudThat Technologies (US)
Attn: Managing Member/Bankruptcy
916 Pike Place,, Cloudthat Americas Lt
Seale, AL 36875

Cloudzone
Attn: Managing Member/Bankruptcy Dept.
66 Hamasger
Tel Aviv-Yafo, Tel Aviv, 6721714
Israel

CLV Corp
Attn: Managing Member/Bankruptcy Dept.
1141 Shady Lane
Austin, TX 78721-3080

CMD Solutions
Attn: Managing Member/Bankruptcy D
L 2 452 Flinders St
Melbourne, VIC 3000
Australia

Coastline Community College
Attn: Managing Member/Bankruptcy Dept.
12901 S. Euclid St.
Garden Grove, CA 92840

CODE.HUB IKE
Attn: Managing Member/Bankruptcy Dept.
Andrea Gkini 6 Halandri
Athens, Attiki 15233
Greece

Coduct Solutions GmbH
Attn: Managing Member/Bankruptcy D
Marie-Curie-Str. 1
Kamp-Lintfort, D sseldorf, 47475
Germany

Cognixia LLC
Attn: Managing Member/Bankruptcy Dept.
110 Allen Road
Basking Ridge, NJ 7920

Cognizant Technology Solutions India Pvt
Attn: Managing Member/Bankruptcy Dept.
Ground Floor , Sdb 1 , Plot No. H-4 , Si
Chennai, Tamil Nadu 603103
India

Cognizant Technology Solutions Ind
Attn: Managing Member/Bankruptcy D
5/535 Old Mahabalipuram Road
Chennai, Tamil Nadu, 600097
India

Cognizant Technology Solutions - US Corp
Attn: Managing Member/Bankruptcy
6, 300 Frank W Burr Blvd Ste 36
Teaneck, NJ 07666-6732

Cole Mino
Attn: Managing Member/Bankruptcy
1211 Jones St
Gastonia, NC 28052-7560

COLIBRI SAS
Attn: Managing Member/Bankruptcy D
52 Rue Bayen
Paris, Paris, 75017
France

College Now Queensborough Community Col
Attn: Managing Member/Bankruptcy Dept.
222-05 56th Avenue, Room L-221
Oakland Gardens, NY 11364

College of Southern Maryland
Attn: Managing Member/Bankruptcy Dept.
8730 Mitchell Road, PO Box 910
La Plata, MD 20646-0910

College of Staten Island/CUNY
Attn: Managing Member/Bankruptcy D
2800 Victory Boulevard
Staten Island, NY 10314-6609

Collinson (USA) Inc
Attn: Managing Member/Bankruptcy
5217 Tennyson Parkway Ste 100
Plano, TX 75024-3575

Colorado Department of Revenue
Attn: Managing Member/Bankruptcy
1881 Pierce St,
Lakewood, CO 80214

Colorado Secretary of State
Attn: Managing Member/Bankruptcy
1700 Broadway #550
Denver, CO 80290

Columbus State Community College
Attn: Managing Member/Bankruptcy Dept.
550 East Spring St
Columbus, OH 43215-1722

Comcast
Attn: Managing Member/Bankruptcy
One Comcast Center.
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

Comcast
Attn: Managing Member/Bankruptcy D
1354 E Boot Road
West Chester, PA 19380

Commerce Media Tech Sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
ul. Lubicz 17G
Krak w,  31-503
Poland

Commonwealth Bank of Australia
Attn: Managing Member/Bankruptcy
L 1 1 Locomotive St
Eveleigh, NSW 2015

Commonwealth Bank of Australia
Attn: Managing Member/Bankruptcy D
L 1 1 Locomotive St
Eveleigh, NSW 2015
Australia

Commonwealth of Virginia - DGS
Attn: Managing Member/Bankruptcy
P.O. Box 562
Richmond, VA 23218-0562

Community College of Vermont
Attn: Managing Member/Bankruptcy Dept.
60 West Street
Rutland, VT 05701-3448

Community College Workforce Allian
Attn: Managing Member/Bankruptcy D
PO Box 677
Midlothian, VA 23113-0677

COMPA IA INCUBADORA DE
SOLUCIONES MOVILES S.A. - CISMO S.A.
Avenida Javier Prado Este Nro.
496 Int. 2501, Lima,  15001
Peru

Compass Uol
Attn: Managing Member/Bankruptcy
Avenida J lio de Castilhos, 132
Porto Alegre, RS 90030-130
Brazil

Compass Uol
Attn: Managing Member/Bankruptcy D
Avenida J lio de Castilhos, 132
Porto Alegre, RS 90030-130
Brazil

COMPASSO TECNOLOGIA LTDA
Rua Coronel Chicuta, 575
Sobreloja 3  ao 7  andar e 801 e 802
Passo Fundo, Rio Grande do Sul 99.010-05
Brazil

Complete Innovations Inc.
Attn: Managing Member/Bankruptcy Dept.
200-88 Queens Quay W
Toronto, ON, M5J 0B8
CAN

Complete Service Management Lim
Attn: Managing Member/Bankruptcy
43-47 High Street Queensbury BRAD
West Yorkshire BD13 2PE
United Kingdom

COMPONENTES GALICIA S.L.
Attn: Managing Member/Bankruptcy Dept.
Rua Pasteur 30
a Coru a, a Coru a, 15008
Spain

CompuEducacion S.A. DE C.V.
Attn: Managing Member/Bankruptcy Dept.
Avenida M xico 700
San Jer nimo Aculco, CDMX 10400
Mexico

Computer Engineering & ConsultingLt
Attn: Managing Member/Bankruptcy D
JR Ebisu Bldg. 1-5-5, Ebisuminami
Shibuya-ku, Tokyo 150-0022
Japan

Computer School Nagoya
Attn: Managing Member/Bankruptcy Dept.
4-19-14 Taiho, Nagoya-Shi Atsuta-Ku,
Aichi 456-0062
Japan

Connect Managed Services (UK) Ltd
Attn: Managing Member/Bankruptcy Dept.
90 Fenchurch Street
City Of London EC3M 4BY
United Kingdom

Corporate Secretarial & BookkeepinP
Attn: Managing Member/Bankruptcy
80 Robinson Road, #25-00,
Singapore 068898

Cotalker
Attn: Managing Member/Bankruptcy Dept.
Calle Kulczewski 324
Valdivia, Los R os 5110000
Chile

CPPIB INDIA ADVISORS Private Ltd.
1 North Avenue, 4th Floor
Maker Maxity Bandra Kurla Complex, Bandr
Mumbai, Maharashtra, 400051
India

Creative Foundry SA Pty Ltd
Attn: Managing Member/Bankruptcy D
77 Armstrong Avenue
Ethekwini, Kwazulu-Natal, 4051
South Africa

CRESCO LTD.
Attn: Managing Member/Bankruptcy Dept.
Shinagawa Intercity A-26th Floor
2-15-1 Konan
Minato-ku, Tokyo 108-6026

CRIF Sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
ul. Lubla?ska 34
Krak w,  31-476
Poland

Critical Techworks, S.a
Attn: Managing Member/Bankruptcy D
Rua Doutor Ant nio Lu s Gomes N 10
Porto,  4000-091
Portugal

Critical Techworks, SA
Attn: Managing Member/Bankruptcy Dept.
Rua Doutor Ant nio Lu s Gomes N  10
Porto,  4000-091
Portugal

CS Optima Inc
Attn: Managing Member/Bankruptcy Dept.
10416 Canyon Vista Way
Austin, TX 78726-1919

CTC Technology Corporation
Attn: Managing Member/Bankruptcy
1-11-5?Fujimi
Chiyoda-Ku, Tokyo 102-0071
Japan

CTC Technology Corporation
Attn: Managing Member/Bankruptcy
1-11-5?Fujimi
Chiyoda-Ku, Tokyo, 102-0071
Japan

CTU Training Solutions
Attn: Managing Member/Bankruptcy
170 Outeniqua Ave, Waterkloof Ridge
PRETORIA, Gauteng 0181
South Africa

Customer Contact Services - CCS (O
Attn: Managing Member/Bankruptcy
14525 Highway 7, Suite 315,
Minnetonka, MN 55345

cxcxc
Attn: Managing Member/Bankruptcy
No. 276, Jingguo Rd., Dajia Dist.
Taichung City, Taichung City 43749
Taiwan

cyber knight
Attn: Managing Member/Bankruptcy
12628 Victoria Place Circle Apt 11106
Orlando, FL 32828-5858

CyberArk Software Ltd
Attn: Managing Member/Bankruptcy
9 Hapsagot St. Park Ofer 2, POB 3
Petach-Tikva, GUSH-DAN, 4951040
Israel

CyberTex Institute of Technology
Attn: Managing Member/Bankruptcy
6300 La Calma Drive, Suite 350
Austin, TX 78752

Cyborn Limited
Attn: Managing Member/Bankruptcy
City Point, 65 Haymarket Terrace
Edinburgh, Edinburgh, City Of, EH12 5HD
United Kingdom

Cypress College
Attn: Managing Member/Bankruptcy
9200 Valley View Street
Cypress, CA 90630

D'Aniello Institute
for Veterans/Military Families
Attn: Managing Member/Bankruptcy Dept.
101 Waverly Ave
Syracuse, NY 13244-0001

Daiwa Institute of Research Ltd.
Attn: Managing Member/Bankruptcy
15-6 fuyuki
Koto-ku, Tokyo 135-8460
Japan

Daiwabo Information System Co., L
Attn: Managing Member/Bankruptcy
1-20-10, oi
Shinagawa-ku, Tokyo 140-0014
Japan

Dallas College - Juli
Attn: Managing Member/Bankruptcy
12800 Abrams Rd
Dallas, TX 75243-2104

Daniel Agwa
Attn: Managing Member/Bankruptcy
Kampala
Uganda

Daniel Duval
Attn: Managing Member/Bankruptcy
4200 Luecking Park Ave NE
Albuquerque, NM 87106-4723

Darede
Attn: Managing Member/Bankruptcy
Alameda Araguaia, 2044 Andar 15
Barueri, SP 06455-000
Brazil

Darwoft INC
Attn: Managing Member/Bankruptcy
Ciudad Aut noma de Buenos Aires, C11072
Argentina

Datascientest
Attn: Managing Member/Bankruptcy
Place de Barcelone
Paris,  75016
France

DAVEO
Attn: Managing Member/Bankruptcy
48 Rue de la Victoire
Paris,  75009
France

David
Attn: Managing Member/Bankruptcy
Dreuter Klagenfurt am W rthersee,
K rnten 9020
Austria

DCI Digital Career Institute GmbH
Attn: Managing Member/Bankruptcy
Vulkanstr. 1
10367 Berlin
Germany

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

DDLS Aboitiz Inc.
17th Floor, SM Aura Tower, 26th St. cor.
McKinley Parkway, BGC
Taguig City, National Capital Region 164
Philippines

DDLS Australia
Attn: Managing Member/Bankruptcy Dept.
L 24 477 Pitt St
Haymarket, NSW 2000
Australia

Deakin University
Attn: Managing Member/Bankruptcy D
221 Burwood Hwy
Burwood, VIC 3125
Australia

DEFENSE Manpower Data Center
Attn: Managing Member/Bankruptcy Dept.
4800 Mark Center Drive
Alexandria, VA 22350-0002

DEL?VERY HERO TEKNOLOJ?
H?ZMETLER? ANON?M ??RKET?
I   Sk. ?i??li?/ ?stanbul No:11
Bak?rk y, ?stanbul 34153
Turkey

Delgado Community College
Attn: Managing Member/Bankruptcy D
615 City Park Ave, Bldg 9, Room 1
New Orleans, LO 70119

Dell Technologies
Attn: Managing Member/Bankruptcy
1 Rond-Point Benjamin Franklin
Montpellier, Montpellier 34000
France

Deloitte & Touche (M.E.)
P. O. Box 4254 Emaar Square
Building 3 , Level 6 Downtown Dubai
Dubai
United Arab Emirates

Deloitte Advisory s.r.o.
Attn: Managing Member/Bankruptcy D
Italsk   2581/67
120 00 Prague-Zizkov
Czechia

Deloitte Australia
Attn: Managing Member/Bankruptcy Dept.
225 George Street
Sydney, New South Wales 2000
Australia

Deloitte Australia
Attn: Managing Member/Bankruptcy Dept.
Sydney, New South Wales 2000
Australia

Deloitte CA
Attn: Managing Member/Bankruptcy
850 2 St SW
Calgary AB  T2P 0R8
Canada

Deloitte CA
Attn: Managing Member/Bankruptcy Dept.
5250 N. Palm Ave., Ste. 300
Fresno, CA 93704

Deloitte CA
Attn: Managing Member/Bankruptcy Dept.
850 2 St SW
Calgary, AB, T2P 0R8
Canada

Deloitte Conseil
Attn: Managing Member/Bankruptcy D
6, place de la Pyramide
Paris La D fense Cedex, , 92908
France

Deloitte Consultative Services B.V.
Attn: Managing Member/Bankruptcy Dept.
Postbus 1777
Rotterdam, Zuid-Holland, 3072 AP
New Zealand

Deloitte Consulting & Advisory BV
Attn: Managing Member/Bankruptcy Dept.
Gateway Bldf., Luchthaven Nationaal 1J
1930 Zaventem, Vlaams-Brabant
Belgium

DELOITTE CONSULTING & ADVISB
Attn: Managing Member/Bankruptcy D
Luchthaven Brussel Nationaal 1J
Zaventem, Vlaams-Brabant, 1930
Belgium

Deloitte Consulting & Advisory CVBA
Attn: Managing Member/Bankruptcy Dept.
Luchthaven Nationaal 1 J
Zaventem, Flemish Brabant, 1930
Belgium

Deloitte Consulting (Pty) Ltd
Attn: Managing Member/Bankruptcy Dept.
5 Magwa Crescent, Waterfall City
Waterfall, Gauteng 2090
South Africa

Deloitte consulting and technology L
Attn: Managing Member/Bankruptcy D
Derech Menahem Begin 132
Tel Aviv, Israel, P.O.B. 16593 67011
Israel

Deloitte Consulting GmbH
Attn: Managing Member/Bankruptcy Dept.
Rather Str. 49g
D sseldorf, D sseldorf 40476
Germany

Deloitte Consulting Pte Ltd
6 Shenton Way,
OUE Downtown 2, #33-00
68809 Singapore
Singapore

Deloitte Consulting S.r.l S.B.
Attn: Managing Member/Bankruptcy D
Via Santa Sofia 28
Milano, Lombardia 20122
Italy

Deloitte Hitech, Ltd
No. 117 Yin Chang Road, Unit 601,
Pilot Free Trade Zone
Shanghai,  200002
China

Deloitte Ireland LLP
Attn: Managing Member/Bankruptcy Dept.
Deloitte House, 29 Earlsfort Terrace
Dublin 2, Dublin D02 AY28
Ireland

Deloitte MCS
Attn: Managing Member/Bankruptcy D
1 New Street Square
London, Middlesex EC4A 3HQ
United Kingdom

Deloitte NZ
Attn: Managing Member/Bankruptcy Dept.
Level 11, 20 Customhouse Quay
Wellington  6140
New Zealand

Deloitte Risk Advisory s.r.l.
Attn: Managing Member/Bankruptcy Dept.
Via Tortona n. 25
Milano, , 20144
Italy

Deloitte Services LP
Attn: Managing Member/Bankruptcy D
100 Kimball Drive
Parsippany, NJ 07054

Deloitte Services, LP
Attn: Managing Member/Bankruptcy
925 Fourth Avenue Ste 3300
Seattle, WA 98104

Deloitte Tax LLP
Attn: Managing Member/Bankruptcy
4022 Sells Drive,
Hermitage, TN 37076

Deloitte Technical Support ServicesLL
5TH Settlement, New Cairo Building14
Cairo Festival City Business Park
Cairo 11835
Egypt

Deloitte Technology S.A.
Attn: Managing Member/Bankruptcy
Avenida Engenheiro Duarte Pacheco 7
Lisboa,   1070-100
Portugal

Deloitte Technology S.A. - XvM
Attn: Managing Member/Bankruptcy
Avenida Engenheiro Duarte Pacheco 7
Lisboa,   1070-100
Portugal

Deloitte Tohmatu Consulting LLC
Attn: Managing Member/Bankruptcy
Marunouchi Nijubashi Building, 3-2-3M
Chiyoda-Ku, Tokyo 100-8361
Japan

Deluxe Corporation
Attn: Managing Member/Bankruptcy Dept.
801 Marquette Ave
Minneapolis, MN 55402-2807

Denodo Technologies India Private Limite
6th Floor, Plot No.sp 22, T-S No.25, Blo
Kochar Jade, Thiru Vi.ka.industrial Esta
Chennai, Tamil Nadu 600032
India

Deogiri Institute of Engineering/MgmS
Attn: Managing Member/Bankruptcy D
Deogiri Campus Railway Station Roa
Chhatrapati Sambhajinagar, Maharas4
India

Department of State
Attn: Managing Member/Bankruptcy
4000 Arlington Blvd.
Arlington, VA 20522

DEVELOP INVEST pour le compte d'ACCORDeviare
Attn: Managing Member/Bankruptcy Dept.
350 Avenue Jrgg de la Lauzi re
Aix-en-Provence, Bouches-du-Rh ne 13290
France

Deviare
Attn: Managing Member/Bankruptcy D
52 Old Kilcullen Road, Hurlingham, B
Johannesburg, Gauteng 2012
South Africa

DEVOTEAM
Attn: Managing Member/Bankruptcy Dept.
73 Rue Anatole France
Levalois Perret, Hauts de Seine 92300
France

Devoteam GmbH
Attn: Managing Member/Bankruptcy Dept.
Gutenbergstr. 10
Weiterstadt, Darmstadt 64331
Germany

DEVOTEAM REVOLVE
Attn: Managing Member/Bankruptcy D
43 Boulevard Barb s
Paris,  75018
France

DEVOTEAM S
Attn: Managing Member/Bankruptcy Dept.
7 Rue Des Trois Cantona
Windhof, Lux 8399
Luxembourg

Devoteam SAS
Attn: Managing Member/Bankruptcy Dept.
73 RUE ANATOLE FRANCE
LEVALLOIS-PERRET, LEVALLOIS-PERRET92300
France

Diane Diaz
Attn: Managing Member/Bankruptcy
2621 2nd Ave Unit 506
Seattle, WA 98121-1255

Digia Finland Oy
Attn: Managing Member/Bankruptcy Dept.
Atomitie 2
Helsinki, Helsinki, 370
Finland

Digicomp Academy AG
Attn: Managing Member/Bankruptcy Dept.
Limmatstrasse 50
Zurich,  8005

Digital China (HK) LTD
Attn: Managing Member/Bankruptcy D
31/F, Fortis Tower,77-79 Gloucester R
Hong Kong,  999077
China

Digital Cloud Training
Level 3 (Suite No. 2814),
Tower Bs. Centre, Tower St
Swatar, Birkirkara Bkr 4013
Malta

Digital Futures Group Limited
Attn: Managing Member/Bankruptcy Dept.
Warnford Court, 29 Throgmorton Street
London,  EC2N 2AT
United Kingdom

Digital Nova Scotia
Attn: Managing Member/Bankruptcy
1809 Barrington St Suite 1301
Halifax, NS B3J 3K8
Canada

Digital Nova Scotia - Tableau
Attn: Managing Member/Bankruptcy
1809 Barrington St Suite 1301
Halifax, NS B3J 3K8
Canada

Dinocloud, Inc.
Attn: Managing Member/Bankruptcy Dept.
651 N Broad Street Ste 206
Middletown, DE 19709-6402

DIP Deutsche IT-
und Projektberatungsgesellschaft mb
Frankfurter Str. 80-82
Eschborn, Darmstadt, 65760
Germany

Direct Line Group
Attn: Managing Member/Bankruptcy Dept.
Churchill Court, Westmoreland Road
Bromley, Bromley, BR1 1DP
United Kingdom

Dixie Technical College
Attn: Managing Member/Bankruptcy Dept.
610 S Tech Ridge Dr
Saint George, UT 84770-1272

Dixie Technical College (Dixie Tech
Attn: Managing Member/Bankruptcy D
610 South Tech Ridge Drive
Saint George, UT 84770

DocuSign
Attn: Managing Member/Bankruptcy
P.O. Box 942879,
Sacramento, CA 94279

Dori
Attn: Managing Member/Bankruptcy
5201 Great America Pkwy Ste 320
Santa Clara, CA 95054-1140

Doran Scott Williamd and Co Ltd
Attn: Managing Member/Bankruptcy
Unit 3, Hayfield Business Park, Field La
Doncaster, Nottinghamshire DN9 3FL
United Kingdom

Dorothy Luu
Attn: Managing Member/Bankruptcy
1090 Tanland Dr Apt 205
Palo Alto, CA 94303-3750

DOT Learning (JPMC)
Attn: Managing Member/Bankruptcy
1111 Polaris Parkway
Columbus, OH 43240-2031

DPG Media services NV
Attn: Managing Member/Bankruptcy D
Medialaan 1
Vilvoorde, Vlaams-Brabant 1800
Belgium

DreamOnline, Inc.
Miura Building 6F
2-22 Nakajimacho
Hiroshima-Shi, Hiroshima, 730-0811
Japan

DTS Corporation
Cosmopark Building 5th Floor
5-7-18 Higashinippori
Arakawa-Ku, Tokyo 116-0014
Japan

Dunelm (Soft Furnishings)
Attn: Managing Member/Bankruptcy D
Watermead Business Park, Rayns W
Leicester, Leicestershire LE7 1PF
United Kingdom

Dunwoody College of Technology
Attn: Managing Member/Bankruptcy
818 Dunwoody Blvd
Minneapolis, MN 55403-1141

DVLA
Attn: Managing Member/Bankruptcy Dept.
Longview Road
Swansea, Swansea SA6 7JL
United Kingdom

DXC TECHNOLOGY SERVICES LL
Global Delivery   Security Service L
1775 TYSONS BLVD TYSONS
Tyson, VA 22102-4284

DXC Technology Services, LLC
Attn: Managing Member/Bankruptcy Dept.
1775 Tysons Blvd.
Tyson, VA 22102-4284

e-Careers
Attn: Managing Member/Bankruptcy Dept.
Unit 6, Waterside Drive
Langley, Berkshire SL3 6EZ
United Kingdom

Early Makers Group
Attn: Managing Member/Bankruptcy D
Avenue Guy de Collongue
cully, Rh ne
France

Early Warning Services
Attn: Managing Member/Bankruptcy Dept.
5801 N Pima Rd
Scottsdale, AZ 85250-2635

Early Warning Services
Attn: Managing Member/Bankruptcy Dept.
16552 N 90th St
Scottsdale, AZ 85260

EBSC Technologies Private Limited
Attn: Managing Member/Bankruptcy D
5th Floor, 501, Sapphire Building S
Mumbai, Maharashtra 400052
India

EBSCO Industries
Attn: Managing Member/Bankruptcy Dept.
10 Estes St
Ipswich, MA 01938-2106

EC Council
Attn: Managing Member/Bankruptcy
101-C SUN AVE NE
Albuquerque, NM 87109

eCloudvalley Technology (Philippines) In
8-01b 8th Floor Accralaw Tower
2nd Ave. , Cor. 30th St.
Taguig City, Metro Manila 1634
Philippines

eCloudvalley Technology Pte Ltd
Attn: Managing Member/Bankruptcy Dept.
19 Carpenter Street, 04-01
Singapore 59908

ECM - IMA Financial Group, Inc.
Attn: Managing Member/Bankruptcy
1705 17th St., Suite 100
Denver, CO 80202

Ecommerce Enablers Pte Ltd
Attn: Managing Member/Bankruptcy D
65 Pasir Panjang Road,
Ntuc Comfort Pasir Panjang Centre
Singapore 118506

Ecovadis
Attn: Managing Member/Bankruptcy
95 Wellington Street West Suite 2000.
Toronto ON M5H 1J8
Canada

ECPI University
Attn: Managing Member/Bankruptcy
5555 Greenwich Rd # VBVA23462
Virginia Beach, VA 23462-6542

ECPI University
Attn: Managing Member/Bankruptcy
5555 Greenwich Rd Ste 600
Virginia Beach, VA 23462-6542

ECRITEL
Attn: Managing Member/Bankruptcy Dept.
84 RUE VILLENEUVE
CLICHY, CLICHY, 92110
France

ECSC Group plc
Attn: Managing Member/Bankruptcy Dept.
Unit 28, Campus Road
Bradford, Yorkshire, BD7 1HR
United Kingdom

Ed2Go
Attn: Managing Member/Bankruptcy
P.O. Box 936743
Atlanta, GA 31193

Ed2Go AWS
Attn: Managing Member/Bankruptcy
41923 2nd St Ste 300
Temecula, CA 92590-2836

Ed2Go AWS
Gotenyama Trust Tower,
4-7-35, Kitashinagawa
Shinagawa-ku, Tokyo 140-0001
Japan

Ed2Go AWS
Attn: Managing Member/Bankruptcy D
41923 2nd St Ste 300
Temecula, CA 92590-2836

ed2go/Cengage
Attn: Managing Member/Bankruptcy
5191 Natorp Blvd
Mason, OH 45040-7104

EDAG Production Solutions
GmbH & Co. KG
Reesbergstr. 1
Fulda, Kassel 36039
Germany

edForce Solutions Private Limited
677 , 1st Floor , 13th Cross 27th M
Sector 1 , Hsr Layout
Bengaluru, Karnataka 560102
India

EduBroker Sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
ul. Ulrychowska 26
Warszawa,  01-113
Poland

Eduteam Srl
Attn: Managing Member/Bankruptcy Dept.
Via Bolama 15
Milano, Lombardia 20126
Italy

Edwards, Church & Muse Inc
Attn: Managing Member/Bankruptcy
P.O. Box 12457
Charlotte, NC 28220

eertertewsf
Attn: Managing Member/Bankruptcy Dept.
Sikorskiego 42/31
Pozna?,  61-123
Poland

Efficio Limited
Attn: Managing Member/Bankruptcy Dept.
Kinnaird House, 1 Pall Mall East
London, Westminster SW1Y 5AU
United Kingdom

eHealth NSW
Attn: Managing Member/Bankruptcy D
Level 16 , Tower B/821 Pacific Hwy
Chatswood, NSW 2067
Australia

El Camino College
Attn: Managing Member/Bankruptcy
16007 Crenshaw Blvd
Torrance, CA 90506-001

Eleven Tenths LLC
Attn: Managing Member/Bankruptcy
753 Chestnut St
Santa Cruz, CA 95060-3750

Eli Lilly & Co
Attn: Managing Member/Bankruptcy D
Lilly Corporate Center
Indianapolis, IN 46285-0001

Eli Lilly and Company
Attn: Managing Member/Bankruptcy
13028 Veon Drive
Fishers, IN 46038-9247

Eli Lilly and Company
Attn: Managing Member/Bankruptcy
363 Redding Rd
Seymour, IN 47274-3443

Elixirr Digital d.o.o.
Attn: Managing Member/Bankruptcy D
Prolaz Marije Krucifikse Kozuli? 1
Rijeka, Primorsko-Goranska  upanija51
Croatia

Ellensburg High School
Attn: Managing Member/Bankruptcy Dept.
1203 East Capitol Avenue
Ellensburg, WA 98926-9452

Ellucian
Attn: Managing Member/Bankruptcy Dept.
A-15, Om Enclave
Ghaziabad, Uttar Pradesh, 201001
IND

eMobilis Mobile Technology Institute
Attn: Managing Member/Bankruptcy D
Westlands Mogotio Road
Nairobi,  100
Kenya

Endava (UK) Limited
Attn: Managing Member/Bankruptcy Dept.
125 Old Broad Street
City Of London EC2N 1AR
United Kingdom

Endeavor Health Services
Attn: Managing Member/Bankruptcy Dept.
795 Indian Church Road
Buffalo, NY 14224-1205

ENI SERVICE
Attn: Managing Member/Bankruptcy D
7 Bis Avenue Jacques Cartier
Saint-Herblain, Loire-Atlantique 44800
France

Ensono
Attn: Managing Member/Bankruptcy Dept.
3333 Finley Road Fl 4
Downers Grove, IL 60515-1227

Entel Chile S.A.
Avenida Costanera Sur 2760
Piso 9, Las Condes
Santiago, Region Metropolitana, 7550004
CHL

Entigo O
Attn: Managing Member/Bankruptcy D
Veerenni 38
Tallinn, Harjumaa 10138
Estonia

Epsidon Technology Distribution (Pty) Lt
Attn: Managing Member/Bankruptcy Dept.
51 Kyalami Boulevard
City of Johannesburg, Gauteng 1684
South Africa

ERGO Technology and Services
Attn: Managing Member/Bankruptcy Dept.
ul. Droszy?skiego 24
Gda?sk, Gda?sk, 80-381
Poland

Erwin Technical College
Attn: Managing Member/Bankruptcy D
2010 E Hillsborough Avenue
Tampa, FL 33610-8255

Escala24x7
Attn: Managing Member/Bankruptcy
2333 Brickell Av Suite D1
Aventura, FL 33180

Europe Cloud EOOD
Attn: Managing Member/Bankruptcy Dept.
Varbitsa 5, fl. 1, ap. 2
Sofia, Sofia, 1504
BGR

Evelyn - (Formerly Smith & Williamson)
Attn: Managing Member/Bankruptcy Dept.
25 Moorgate
London,  EC2R 6AY
United Kingdom

Eviden International France
Attn: Managing Member/Bankruptcy
Immeuble River Ouest, 80 Quai Voltaire
Bezons, Val-d'Oise 95870
France

Exacaster, UAB
Attn: Managing Member/Bankruptcy Dept.
Rugi? g. 2
Vilnius, Vilniaus, 8418
LTU

Experis-Cyber
Attn: Managing Member/Bankruptcy Dept.
Yigal Alon 90 Yigal Alon 90
Tel Aviv District 6789132
Israel

Faculty of Information Technology
and Digital Innovation, KMUTNB
1518 Pracharat Sai 1 Road, Wong Sawang
Bang Sue, Bangkok 10800
Thailand

Fannie Mae
Attn: Managing Member/Bankruptcy Dept.
11600 American Dream Way
Reston, VA 20190-4758

Fast Lane Benelux BV
Attn: Managing Member/Bankruptcy
Burgemeester Verderlaan 11,
3544 AD Utrect
The Netherlands

Fast Lane France
159 Rue Galli ni
Boulogne-Billancourt
Hauts-de-Seine 92100
France

Ethan Smith
Attn: Managing Member/Bankruptcy
The Orchard, Hilfield Lane South
Bushey, Hertfordshire WD23 4EL
United Kingdom

Euvic S.A.
Attn: Managing Member/Bankruptcy Dept.
ul. Przewozowa 32
Gliwice, Gliwice 44-100
Poland

Event Now- encore
Attn: Managing Member/Bankruptcy
5100 North River Road,
Schiller Park, IL 60176

Evocenta
Attn: Managing Member/Bankruptcy Dept.
Munscheidstr. 14
Gelsenkirchen, M nster 45886
Germany

ExitCertified/Tech Data (Non AWS Voucher
Attn: Managing Member/Bankruptcy
16202 Bay Vista Dr.,
Clearwater, FL 33760

ExperTeach GmbH
Attn: Managing Member/Bankruptcy Dept.
Waldstr. 94
Dietzenbach, Darmstadt 63128
Germany

Fairfax County Public Schools
Attn: Managing Member/Bankruptcy Dept.
8270 Willow Oaks Corporate Drive,
5th Floor, #5053
Fairfax, VA 22031

Fast Lane
Attn: Managing Member/Bankruptcy Dept.
1800 Perimeter Park, Suite 140
Morrisville, NC 27560

Fast Lane Brazil
Attn: Managing Member/Bankruptcy Dept.
Avenida Paulista, 726
S o Paulo, SP, 01310-100
BRA

Fast Lane GmbH
Attn: Managing Member/Bankruptcy
Gasstrasse 4a
Hamburg,  22761
Germany

e rfibe
Attn: Managing Member/Bankruptcy D
Av. P.  de la Reforma 333 del Cuam
Ciudad de M xico,  6500
Mexico

EVA Soluciones SAS
Attn: Managing Member/Bankruptcy D
Carrera 116 77B-81
Bogot , Bogot , D.C. 111031
Columbia

EventBrite
Attn: Managing Member/Bankruptcy
95 Third Street, 2nd Floor,
San Francisco, CA 94103

EWE AG
Attn: Managing Member/Bankruptcy D
Tirpitzstr. 39
Oldenburg , Weser-Ems 26122
Germany

Exitcetified Registrars ExitCertified
Attn: Managing Member/Bankruptcy
3941 Park Drive
El Dorado Hills, CA 95762-4549

EY
Attn: Managing Member/Bankruptcy
1 More London Place
London  SE12AF
United Kingdom

Falcorp Technologies (Pty) Ltd
Attn: Managing Member/Bankruptcy D
Falcorp,Block D, 676 on Gallagher,
Gallagher Avenue, Halfway House
Midrand, Gauteng 1685

Fast Lane Benelux
Attn: Managing Member/Bankruptcy D
Burgemeester Verderlaan 11b
Utrecht, Utrecht 3544AD
The Netherlands

Fast Lane Consulting & Education S
Attn: Managing Member/Bankruptcy D
Thames House, Mere Park, DedmerR
Marlow, Buckinghamshire RG7 1PB
United Kingdom

Fast Lane Institute for Knowledge T
Attn: Managing Member/Bankruptcy D
Husacherstrasse 3
Z rich, Wallisellen 8304
Swtizerland

Fast Lane Italia S.r.l.
Attn: Managing Member/Bankruptcy Dept.
Via Frigia 27
Milano,  20126
Italy

FBI
Attn: Managing Member/Bankruptcy Dept.
935 Pennsylvania Avenue NW
Washington, DC 20535-0001

Fenrir  Inc.
Ofuka3-1 Kita
GRANT FRONT OSAKA Tower B 14F
Osaka, Osaka, 530-0011
JPN

Firebrand  Training  Ltd
Attn: Managing Member/Bankruptcy Dept.
308 Regent Street
London, Middlesex, W1B 3AT
United Kingdom

Florida  International  University
Attn: Managing Member/Bankruptcy Dept.
11200 SW 8th St
Miami, FL 33199-2516

Forsyth  Central  High  School
Attn: Managing Member/Bankruptcy Dept.
131 Almon C Hill Dr
Cumming, GA 30040-2212

Four  Points  Technology
Attn: Managing Member/Bankruptcy Dept.
13221 Woodland Park Rd Ste 400
Herndon, VA 20171-5505

Freedom  Mortgage
Attn: Managing Member/Bankruptcy Dept.
951 W Yamato Road Ste 175
Boca Raton, FL 33431-4444

Fujitsu  Costa  Rica
Attn: Managing Member/Bankruptcy Dept.
Ultrapark I Free Zone
Ulloa, Heredia, 40104
Costa Rica

FUJITSU  LIMITED/PEBG  Group
Shiodome City Center
1-5-2 Higashi-Shinbashi
Minato-ku, Tokyo, 105-7123
Japan

Fathom  Data
Attn: Managing Member/Bankruptcy Dept.
16 Solandra Grove
Ethekwini, Kwazulu-Natal, 4051
South Africa

Federal  Tax  Authority
Emirates Property Investment, Company Bu
Abu Dhabi
United Arab Emirates

Fides  Consulting  S.R.L.
Attn: Managing Member/Bankruptcy Dept.
Via Motta Casa dei Miri 21
Gragnano, Campania, 80054
Italy

FivexL  Consulting  Services  OU
Attn: Managing Member/Bankruptcy Dept.
Kotkapoja tn 2a-10, Kristiine linnaosa
Tallinn, Harju maakond 10615
Estonia

Floyd  County  Schools  College
Attn: Managing Member/Bankruptcy Dept.
100 Tom Poe Drive SW
Rome, GA 30161-6776

FortyAU
Attn: Managing Member/Bankruptcy Dept.
STE 150, 4101 Charlotte Ave Bldg E
Nashville, TN 37209-3969

Fox  Corporation
Attn: Managing Member/Bankruptcy Dept.
10201 W. Pico Blvd
Los Angeles, CA 90064

FRSecure  LLC
Attn: Managing Member/Bankruptcy
5909 Baker Road, Suite 500
Minnetonka, MN 55345

FUJITSU  LEARNING  MEDIA  LIMITED
Attn: Managing Member/Bankruptcy
1-5 Omiyacho
Kawasaki-Shi Saiwai-Ku, Kanagawa 212-001
Japan

FUJITSU  LIMITED/Retail  Business  Unit
Shiodome City Center
1-5-2 Higashi-Shinbashi
Minato-ku, Tokyo, 105-7123
Japan

Fayetteville  State  University - Fayet
Attn: Managing Member/Bankruptcy D
1200 Murchison Rd
Fayetteville, NC 28301-4252

Femxa Formaci n S.L
Attn: Managing Member/Bankruptcy D
Rua San Roque 59
Vigo, Pontevedra, 36204
ESP

Firebrand  Training  GmbH
Attn: Managing Member/Bankruptcy D
Heinz Meise Str 98
Rotenburg a. d. Fulda, Hessen 3619
Germany

Florida  Department  of  Revenue
Attn: Managing Member/Bankruptcy
5050 W Tennessee St
Tallahassee, FL 32399-0100

formacion  TI  spa
Attn: Managing Member/Bankruptcy D
Calle Merced 838-A, Santiago,
Metropolitana de Santiago 8320000
Chile

Forward  Digital  Mena
Attn: Managing Member/Bankruptcy D
Beirut Digital District , Bdd
Beirute, Beirut 1079
Lebanon

Fox  Williams  LLP
Attn: Managing Member/Bankruptcy
10 Finsbury Square,
London, EC2A 1AF
United Kingdom

Fujisoft  Incorporated  (X)
1-1-1 Sakuragicho
Yokohama-Shi Naka-Ku,
Kanagawa 231-0062
Japan

FUJITSU  LIMITED/
Mobility Business Unit, PEBG Group
Shiodome City Center, 1-5-2 Higash
Minato-ku, Tokyo, 105-7123
Japan

Fujitsu  Services  Limited  UK
Attn: Managing Member/Bankruptcy D
LOVELACE ROAD
BRACKNELL, BERKSHIRE, RG12 8
United Kingdom

Fullstack Academy - ATP
Attn: Managing Member/Bankruptcy Dept.
5 Hanover Sq
New York, NY 10004-2614

Fumitaka Tanara
1-5-12 Shioyadai
Kobe-Shi Tarumi-Ku
Hyogo 655-0864
Japan

Fundación Omar Dengo
Calle 25a Avenidas 10-12
Barrio Francisco Peralta
Catedral, San Jos  10104
Costa Rica

Funlead Corp
Metropolitan Plaza Bldg. 15f,
1-11-1 Nishiikebukuro
Toshima-Ku, Tokyo 171-0021
Japan

GA Telesis, LLC
Attn: Managing Member/Bankruptcy Dept.
1850 NW 49th Street
Fort Lauderdale, FL 33309-3004

Garcia Family Foundation
In collaboration with ASU, AC4, and A
1720 W Rio Salado Parkway
Tempe, AZ 85281

GAVS Technologies N.A., Inc
Attn: Managing Member/Bankruptcy Dept.
155 Village Blvd Ste 300
Princeton, NJ 08540-5765

GBSI/AF COOL
Attn: Managing Member/Bankruptcy Dept.
316 S Baylen St Ste 500
Pensacola, FL 32502-5999

Gen-I, d.o.o.
Attn: Managing Member/Bankruptcy D
Vrbina 17
Kr ko, Other (Non US) 8270
Slovenia

Generali Global Assistance
Attn: Managing Member/Bankruptcy
PO Box 939057
San Diego, CA 92193-9057

Generali Insurance Malaysia Berhad
Attn: Managing Member/Bankruptcy Dept.
Ground Floor, 71, Jalan Raja Chulan
Kuala Lumpur, Kuala Lumpur 50200
Malaysia

Genesis Global
Attn: Managing Member/Bankruptcy
Craftwork Studios 1-3, Dufferin Stree
London, Islington EC1Y 8NA
United Kingdom

Genpact (UK) Limited
Attn: Managing Member/Bankruptcy
5 Merchant Square
London, Middlesex W2 1DP
United Kingdom

Georgia Department of Revenue
Attn: Managing Member/Bankruptcy
PO Box 740397
Atlanta, GA 30374-0397

Georgia State University
Attn: Managing Member/Bankruptcy D
PO Box 3965
Atlanta, GA 30302-3965

Germaine Tsukamoto
Attn: Managing Member/Bankruptcy Dept.
874 Dillingham Boulevard
Honolulu, HI 96817-4505

GetINNOtized
Gd-0109929, Reiss Junction Road,
Ecomog, Agbogba, Ga East
Accra, Greater Accra 233
Ghana

GFT
Attn: Managing Member/Bankruptcy D
Calle Gobernador Agust n Vicente E
Ciudad de M xico, CDMX 11850
Mexico

GFT IT CONSULTING, S.L.U.
Attn: Managing Member/Bankruptcy Dept.
Avenida Alcalde Barnils, 71
Sant Cugat del Vall s, Barcelona 8174
Spain

Gikaraju Rangaraju Institute of
Engineering and Techonology
Hyderabad, Telangana 500090
India

GitHub, Inc.
Attn: Managing Member/Bankruptcy
88 Colin P. Kelly Jr. Street,
San Francisco, CA 94107

Glasspaper Learning AS
Attn: Managing Member/Bankruptcy Dept.
Brynsveien 12
Oslo, 667
Norway

Global knowledge
Al oruba street, BLDG# 393
Alwarood, Riyadh, P O Box 17969 Riyadh
Riyadh, Riyadh 3140
Saudi Arabia

GLOBAL KNOWLEDGE
Attn: Managing Member/Bankruptcy
9000 Regency Parkway,
Cary, NC 27518

Global knowledge
Al oruba street, BLDG# 393, Alwarood, Ri
P O Box 17969 Riyadh 12251
Riyadh 3140
Saudi Arabia

Global Knowledge
Attn: Managing Member/Bankruptcy Dept.
16 Mustafa refaat street, Shertaon build
Cairo  Egypt

Global Knowledge France SA
Attn: Managing Member/Bankruptcy D
100 Avenue Albert 1er
Rueil-Malmaison, Hauts-de-Seine 925
France

Global Knowledge Network Spain SLU-
Attn: Managing Member/Bankruptcy Dept.
Calle Retama 7 Planta 6
Madrid, Madrid 28045
Spain

Global Knowledge Network Training Ltd
Attn: Managing Member/Bankruptcy Dept.
1 Bartholomew Lane
London, City Of London
United Kingdom

Global Knowledge NL
Attn: Managing Member/Bankruptcy
Iepenhoeve 5
Nieuwegein, Utrecht
The Netherlands

GLOBALDOTS I.L. LTD
Attn: Managing Member/Bankruptcy Dept.
3 Tel Aviv
Haifa, Haifa 35416
Israel

Globant LLC
Attn: Managing Member/Bankruptcy Dept.
875 Howard St Fl 3
San Francisco, CA 94103-3027

Goldy Ventures LLC
Attn: Managing Member/Bankruptcy Dept.
2744 Ashleigh Lane
Alpharetta, GA 30004-6173

Google Gsuite
Attn: Managing Member/Bankruptcy
1600 Amphitheatre Parkway
Mountain View, CA 94043

GrabTaxi Holdings Pte Ltd
Attn: Managing Member/Bankruptcy Dept.
3 Media Close
Singapore, , 138498

GROUPBEES SERVICE
Attn: Managing Member/Bankruptcy Dept.
2 Avenue de Colmar
Rueil-Malmaison, Hauts-de-Seine 92500
France

Gyosei Zeirishi Houjin Nomura Norimasa
Attn: Managing Member/Bankruptcy Dept.
Tokyu Bancho Blvd. 11F, 6-2 Yonbancho
Chiyoda-Ku, Tokyo
Japan

Hagerstown Community College
Attn: Managing Member/Bankruptcy
11400 Robinwood Dr
Hagerstown, MD 21742

Harmony Public Schools
Attn: Managing Member/Bankruptcy Dept.
9321 West Sam Houston Parkway S
Houston, TX 77099-5204

Have I Been Pwned
Attn: Managing Member/Bankruptcy
Level 11, 2 Corporate Court
4217 Bundall, Queensland
Australia

GlobalLogic (CA)
Attn: Managing Member/Bankruptcy Dept.
1741 Technology Dr Suite 400
San Jose, CA 95110

Goanna Solutions Education Pty Ltd
Attn: Managing Member/Bankruptcy Dept.
L 2 27 Cope St
Redfern, NSW, 2016
AUS

Gonzalez Espinosa Y Asociados, S.C.
Attn: Managing Member/Bankruptcy
Av. Jos  Vasconcelos 312-Int. 2,
Sierra Madre, 66250 San Pedro
Garza Garc a, N.L., Mexico

Goran Celic
Attn: Managing Member/Bankruptcy
Cirila I Metodija 8
Novi Sad, Juzhno-Bachki, 406202
Saudi Arabia

Grammarly
Attn: Managing Member/Bankruptcy Dept.
3865 Carter Dr Apt 302
South San Francisco, CA 94080-3816

GROUPE ATALLAH INC.
Attn: Managing Member/Bankruptcy Dept.
333 Chabanel St W Suite 900
Montreal, QC, H2N 2E7
CAN

H here Fachschule f r Informations-
Attn: Managing Member/Bankruptcy Dept.
G terstrasse 107
Pratteln, Basel-Landschaft 4133
Swtizerland

HALO Security
Attn: Managing Member/Bankruptcy
929 Alton Rd, Suite 500,
Miami Beach, FL 33139

Hartford Area Career & Technology Center
Attn: Managing Member/Bankruptcy Dept.
1 Gifford Rd
White River Junction, VT 05001-8021

HCL America Inc.
Attn: Managing Member/Bankruptcy Dept.
330 Potrero Avenue
Sunnyvale, CA 94085-4113

GlobalLogic Poland SP. Z O.O.
Attn: Managing Member/Bankruptcy D
Strzegomska, 52A
Wroc?aw, Wroc?aw, 53-611
Poland

GOKARAJU RANGARAJU INSTITUT
OF ENGINEERING AND TECHNOLO
Hyderabad
Telangana  500090
India

Good Concept Limited
Rm504, 5/F, Block D, On Lok Facto B
95 Ha Heung Road, Tokwawan, KLN
Hong Kong

GOWO Wojciech Wr blewski
Attn: Managing Member/Bankruptcy D
ul. ?urawia 71
Bia?ystok, Bia?ystok 15-540
Poland

Grid Dynamics International, LLC
Attn: Managing Member/Bankruptcy D
5000 Executive Pkwy, Suite 520
San Ramon, CA 94583

Gwinnett County Public Schools
Attn: Managing Member/Bankruptcy D
437 Old Peachtree Road NW
Suwanee, GA 30024-2978

Habmann Group GbR
Attn: Managing Member/Bankruptcy D
Asperger Str. 45/1
Ludwigsburg, Stuttgart 71634
Germany

Han Kun Law Offices
33/F, HKRI Centre Two, HKRI Taiko H
288 Shimen Road (No. 1), Jing'an D
Shanghai 200041

HatchWorks
Attn: Managing Member/Bankruptcy D
5256 Peachtree Road Ste 120
Atlanta, GA 30341-2789

Headbyte
Attn: Managing Member/Bankruptcy D
Crn Hans Strydom and Long Street
City of Cape Town, Western Cape 8
South Africa

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

HealthPartners
Attn: Managing Member/Bankruptcy
P.O. Box 772648
Detroit, MI 48277-2648

HealthVerity
Attn: Managing Member/Bankruptcy Dept.
1818 Market Street, Suite 700
Philadelphia, PA 19103

Heartbeats Corporation
Attn: Managing Member/Bankruptcy D
5F, Kosugi building, 1-28-11
Shinjuku-Ku, Tokyo, 160-0022
JPN

Hector Fast Lane Poland Sp. z.o.o.
Attn: Managing Member/Bankruptcy Dept.
ul. Gwia?dzista 19
Warszawa, 01-651
Poland

Heidelberger Druckmaschinen AG
Attn: Managing Member/Bankruptcy Dept.
Gutenbergring 19
Wiesloch, Karlsruhe 69168
Germany

Herschel Supply Co.
Attn: Managing Member/Bankruptcy D
611 Alexander St
Vancouver, BC V6A 1E1
Canada

Hewlett Packard Enterprise
Attn: Managing Member/Bankruptcy
P.O. Box 740588,
Los Angeles, CA 90074-0588

Hewlett Packard Enterprise.
Attn: Managing Member/Bankruptcy Dept.
6280 America Center Drive
San Jose, CA 95002

Hexaware Technologies Inc.
Attn: Managing Member/Bankruptcy D
Suite 600 101, Metro 101
Iselin, NJ 08830

HGC Global Communications Limited
Floor 7 Tower Block 1, Lifung Plaza
No.2000, Yishan Lu, Xuhuiqu
Shanghai, Shanghai, 200030
CHN

Hiberus Sistema SL
Attn: Managing Member/Bankruptcy Dept.
Paseo Isabel la Catolica 6
Zaragoza, 50009
Spain

HIGH TECH SOFTWARE SAS
Attn: Managing Member/Bankruptcy D
CL 56 #36A-09
BOGOTA DC, 111321
Columbia

Hillsborough Community College
Attn: Managing Member/Bankruptcy Dept.
4001 W Tampa Bay Blvd
Tampa, FL 33614-7810

Hitachi Academy Co.,Ltd.
Attn: Managing Member/Bankruptcy Dept.
Omori Bellport D Bldg, 26-3, Minami Oi 6
Shinagawa-ku, Tokyo, 1400013
JPN

Hitachi Solutions East
Attn: Managing Member/Bankruptcy D
4-12-7 Higashishinagawa
Shinagawa-Ku, Tokyo 140-0002
Japan

HM Revenue & Customs
Attn: Managing Member/Bankruptcy Dept.
25 Railway Approach
Worthing, West Sussex BN11 1UR
United Kingdom

Hokkaido Computer School
Attn: Managing Member/Bankruptcy Dept.
SAPPORO KIKUSUI , 6 , 3
Sapporo-Shi, Hokkaido 003-0806
Japan

Honolulu Community College
Attn: Managing Member/Bankruptcy D
874 Dillingham Boulevard
Honolulu, HI 96817

Houston Area Urban League
Attn: Managing Member/Bankruptcy Dept.
5260 Griggs Road
Houston, TX 77021

Houston Community College
Attn: Managing Member/Bankruptcy Dept.
5601 West Loop S
Houston, TX 77081-2221

Hubspot, Inc.
Attn: Managing Member/Bankruptcy
25 First Street,
Cambridge, MA 02141

Hunters
Attn: Managing Member/Bankruptcy Dept.
82TH Igal Alon Street
Tel Aviv District 6789124
Israel

Hutchison & Steffen, PLLC
Attn: Managing Member/Bankruptcy Dept.
10080 W Alta Drive, Ste 200
Las Vegas, NV 89145

HWS Informationssysteme GmbH
Attn: Managing Member/Bankruptcy D
Robert-Bosch-Str. 1a
Neustadt an der Aisch, Mittelfranken 91
Germany

Hyland
Attn: Managing Member/Bankruptcy Dept.
2745 Ambridge Dr
Avon, OH 44011-4789

Hyland
Attn: Managing Member/Bankruptcy Dept.
28105 Clemens Rd
Westlake, OH 44145-1100

ib Groupe Cegos
Attn: Managing Member/Bankruptcy D
1 Place de la Pyramide
Puteaux, Nanterre, 92911
France

ib SA
Attn: Managing Member/Bankruptcy Dept.
1 Place de la Pyramide
Puteaux, Hauts-de-Seine 92911
France

IBA POLAND SP. Z O. O.
Attn: Managing Member/Bankruptcy Dept.
al. Wi?niowa 43A
Wroc?aw, Wroc?aw, 53-137
Poland

IBB Institut f r Berufliche Bildung
Attn: Managing Member/Bankruptcy D
Bebelstrasse 40
Buxtehude, 21614
Germany

IBM
Zona Franca America
Heredia Zona Franca America
San Joaqu n, Heredia, 40801
Costa Rica

IBM Australia Ltd
Attn: Managing Member/Bankruptcy
Cnr Geelong Rd & Gear Avenue Mt Helen
Ballarat, VIC 3350
Australia

IBM Brasil - Industria, Maquinas
Attn: Managing Member/Bankruptcy Dept.
Avenida Republica DO 20031170
Chile

IBM GBS (US)
Attn: Managing Member/Bankruptcy Dept.
LearnQuest Incorporated
1601 Market Street, 19th Floor
Philadelphia, PA 19103

IBM GBS HK
Attn: Managing Member/Bankruptcy Dept.
7-8 & 10-13/F,  PCCW Tower, Taikoo Place
979 King's Road, Quarry Bay, Hong Kong
CHN

IBM GTS (US)
Attn: Managing Member/Bankruptcy Dept.
325 BILL FRANCE BLVD
Daytona Beach, FL 32114-1301

IBM iX Germany GmbH
Attn: Managing Member/Bankruptcy Dept.
Chausseestr. 5
Berlin, 10115
Germany

IBM Japan/ GBS LK
Attn: Managing Member/Bankruptcy Dept.
19-21 Nihombashi
Chuo-Ku, Tokyo 103-8510,
Japan

IBM Security Services CSI
CSI House, Trident Court,
Birmingham Bs. Park
Solihull, Birmingham B37 7YN
United Kingdom

IBM Slovensko s.r.o.
Attn: Managing Member/Bankruptcy Dept.
Bucharest,
Romania

IBM - Valerie Lemay
LearnQuest Incorporated
1601 Market Street, 19th Floor
Philadelphia, PA 19103

IBM Australia Ltd
Attn: Managing Member/Bankruptcy Dept.
Level 17, 259 George Street,
Sydney, NSW 2000
Australia

IBM CAS (EU)
Attn: Managing Member/Bankruptcy Dept.
PO Box 41
Portsmouth, Hampshire, PO6 3AU
United Kingdom

IBM GBS (US) BTS
Attn: Managing Member/Bankruptcy Dept.
6200 South Syracuse Way, FLRS 3 & 4,
Annex, & M3 Storage
Greenwood Village, CO 80111

IBM Global Services Japan
Attn: Managing Member/Bankruptcy Dept.
19-21 Nihombashi
Chuo-Ku, Tokyo
Japan

IBM GTS EU / IBM GSDC Poland
Attn: Managing Member/Bankruptcy Dept.
Ul. Muchoborska 8 Wojdyla Business Park
Wroclaw
Poland

IBM Japan - Kelly Zhao
Attn: Managing Member/Bankruptcy Dept.
19-21 Nihombashi
Chuo-Ku, Tokyo
Japan

IBM Philippines
Attn: Managing Member/Bankruptcy Dept.
Building 1800, 9F Eastwood Avenue
Quezon City, Metro Manila
Philippines

IBM Singapore
Attn: Managing Member/Bankruptcy
10 Marina Boulevard, Level 42
Singapore

IBM Solutions Delivery PH
Attn: Managing Member/Bankruptcy Dept.
5 Th Floor Ibm Plaza Building
Quezon City, Metro Manila   1110
Philippines

IBM Australia - Sara Pearce
LearnQuest Incorporated
Level 28 1 Market Street
Siydney
Australia

IBM Brasil - Industria,
Maquinas e Servicos Ltda
1601 Market Street Fl 19
Philadelphia, PA 19103-2309

IBM GBS (Ca)
Attn: Managing Member/Bankruptcy D
3600 Steeles Ave E
Markham, ON L3R 9Z7
Canada

IBM GBS Global CAI
Attn: Managing Member/Bankruptcy D
1000 Belleview St
Dallas, TX 75215-1833

IBM GTS (SA)
Attn: Managing Member/Bankruptcy D
Hipolito Yrigoyen 2149
Buenos Aires
Argentina

IBM India Pvt Ltd
Attn: Managing Member/Bankruptcy D
Subramanya Arcade, 12 BannerghatM
Bengaluru, Karnataka, 560030
IND

IBM Japan Systems Engineering C
Engineering Co./ Industry Solution
1,Nakase 1-chome
Chiba-Shi, Chiba 261-8522,
Japan

IBM Security Services CSI
Attn: Managing Member/Bankruptcy
6303 Barfield Road NE
Sandy Springs, GA 30328-4233

IBM Singapore - Cheeyin Woo
Attn: Managing Member/Bankruptcy D
77 Robinson Road, Robinson 77
Singapore

IBM US
Attn: Managing Member/Bankruptcy D
1601 Market Street, 19th Floor
Philadelphia, PA 19103

IBN Technologies
42, Electronic Co-Operative Estate Limit
Satara Road, Parvati
pune, Maharashtra, 411009
IND

ICCE @ Hillsborough Community College
Attn: Managing Member/Bankruptcy
4115 N Lois Avenue
Tampa, FL 33614-7824

ICE INST OF CRED EXC
Attn: Managing Member/Bankruptcy
2001 K St NW, 3rd Floor North,
Washington, DC 20006

IDBS
Attn: Managing Member/Bankruptcy Dept.
Space, 68 Chertsey Road
Woking, Surrey, GU21 5FJ
United Kingdom

Ihor Skalov
Attn: Managing Member/Bankruptcy
Hyldeg rdsvej 7, 3. th.
Charlottenlund, Hovendstaden  2920
Denmark

IHS Global sp. z o.o.
Attn: Managing Member/Bankruptcy D
ul. Marynarki Polskiej 163
Gda?sk  80-868
Poland

Illinois Department of Revenue
Attn: Managing Member/Bankruptcy Dept.
P.O. Box 19023
Springfield, IL 62794-9023

Immediate Consultoria e Sistemas Ltda
Attn: Managing Member/Bankruptcy Dept.
Avenida Dolores Alcaraz Caldas, N  90
Porto Alegre, RS, 90110-180
Brazil

Impactful Specialist Solutions
Attn: Managing Member/Bankruptcy D
34 Whiteley Road Melrose Arch
City of Johannesburg, Gauteng 2194
South Africa

INACAP
Attn: Managing Member/Bankruptcy Dept.
Av. Vitacura 10151
Santiago Vitacura, 765003
Chile

Indian govt
Urmi Estate - Tower A, 20th Floor 95
Ganpatrao Kadam Marg Lower Parel (West)
Mumbai 27-MH 400013
India

Indra Philippines
11-12f Tower 1 , Rockwell BusinessC
Ortigas Avenue, Pasig City
Metro Manila  1605
Philippines

INE Holdings, LLC
Attn: Managing Member/Bankruptcy Dept.
575 New Waverly Place Ste 201
Cary, NC 27518-1611

INES Corporation
Attn: Managing Member/Bankruptcy Dept.
1-38-11 Nihombashikigaracho
Chuo-Ku, Tokyo  103-0014
Japan

INETUM
Attn: Managing Member/Bankruptcy D
7 Rue Touzet Gaillard
Saint-Ouen-sur-Seine, Seine-Saint-De
France

Infinity labs
Attn: Managing Member/Bankruptcy Dept.
1 Jabotinsky
Ramat Gan, Tel Aviv 52520
Israel

Infor PSSC, Inc.
Seven/Neo, 5th Ave , Bonifacio Global Ci
24th-29th Floor
Taguig City, Metro Manila 1634
Philippines

Informa
Attn: Managing Member/Bankruptcy D
222 Las Colinas Blvd W
Irving, TX 75039-5403

Information Technology Certification Cou
Attn: Managing Member/Bankruptcy
917 W Washington Blvd. #269,
Chicago, IL 60607

Information Workers S.A.S.
Attn: Managing Member/Bankruptcy Dept.
Cra 58 # 119A-98, Torre 3 Apto 708
Bogot , Bogot , 111111
Columbia

Informatix, Inc.
Attn: Managing Member/Bankruptcy D
2535 Capitol Oaks Drive Ste 340
Sacramento, CA 95833-2944

Infostretch Corporation
Attn: Managing Member/Bankruptcy Dept.
NO 250, 3200 Patrick Henry Dr
Santa Clara, CA 95054-1875

Infosys Limited
Attn: Managing Member/Bankruptcy Dept.
II Bangalore Stp Park-I No. 45
Bengaluru, Karnataka, 560100
India

Infoventure Technologies Inc.
Attn: Managing Member/Bankruptcy D
1351 Matheson Blvd E Unit 20
Mississauga, ON L4W 2A1
Canada

Ingate Co.,Ltd
7th Floor Watabishi Building,
Shinjuku 5-17-17
Shinjuku-ku, 1600022
Japan

Ingram Micro
Attn: Managing Member/Bankruptcy Dept.
Papendorpseweg 95
Utrecht 3528 BJ
The Netherlands

Ingram Micro
Attn: Managing Member/Bankruptcy D
205 Kallang Bahru, Maya Plastic Bld
Singapore 339341

Ingram Micro
Attn: Managing Member/Bankruptcy Dept.
3351 Michelson Dr Ste 100
Irvine, CA 92612-0697

INGRAM MICRO BRASIL LTDA
Attn: Managing Member/Bankruptcy Dept.
AV PIRACEMA, 1341 GALPOES 03 E 04
BARUERI, S o Paulo, 06460-030
Brazil

Ingram Micro Canada
Attn: Managing Member/Bankruptcy D
55 Standish Court, 2nd Floor
Mississauga, ON L5R 2A1
Canada

Ingram Micro Inc
Attn: Managing Member/Bankruptcy Dept.
2000 NW 84th Avenue
Doral, FL 33122-1520

Ingram Micro Inc.
Attn: Managing Member/Bankruptcy Dept.
3351 Michelson Drive Ste 100
Irvine, CA 92612-0697

INGRAM MICRO MEXICO, S.A. DE
Attn: Managing Member/Bankruptcy D
Josellilo 3, Fraccionamiento El Parqu
Naucalpan, Estado de M xico    5339
Mexico

Ingram Micro US
Attn: Managing Member/Bankruptcy Dept.
1759 Wehrle Drive
Williamsville, NY 14221

inmind .ai sarl
Attn: Managing Member/Bankruptcy Dept.
757 Bldg Main Rd
Mkalles, Mont-Liban,
Lebanon

INR -    JECRC University
Attn: Managing Member/Bankruptcy D
Ramchandrapura Industrial Area
Jaipur, Rajasthan    303905
India

INR -    KL University Hyderabad
Ground Floor, H.no.8-293/82, W/103,
Womens Housing Society Road 7/D
Hyderabad, Telangana    500033
India

INR - RPS Consulting Pvt Ltd
Attn: Managing Member/Bankruptcy Dept.
4th Floor, Hjs Chambers, 92 Richmond Roa
Bengaluru,  Karnataka 560025
India

INR - SFJ Business Solutions Pvt.Lt
Uma Sree Dream World , Unit 2 B
Block 4TH Floor , Kudlu Gate
Bengaluru,  Karnataka 560068
India

Insight
Attn: Managing Member/Bankruptcy Dept.
6820 S Harl Ave
Tempe, AZ 85283

Insight  Assurance
Attn: Managing Member/Bankruptcy
400 N. Tampa St. 15th Floor - Suite 129.
Tampa, FL 33602

Instil Software Ltd
Attn: Managing Member/Bankruptcy D
The Linen Loft, 27-37 Adelaide Stree
Belfast, Antrim    BT2 8FE
United Kingdom

Institute of Technology & Management (IT
Itm Campus , NH-75 , Opp.
Sithouli Railway Station Sithouli
Gwalior, Madhya Pradesh 475001
India

Instituto de Empresa S.L.
Attn: Managing Member/Bankruptcy Dept.
Paseo de la Castellana 259 Torre A
Madrid   28046
Spain

Instituto de Pesquisas Eldorado-
Attn: Managing Member/Bankruptcy D
Avenida Alan Turing
Campinas SP 13083-898
Brazil

INTEC Inc.
Attn: Managing Member/Bankruptcy Dept.
1-3-3 Shinsuna
Koto-ku, 136-8637
Japan

Intellectual  point
Attn: Managing Member/Bankruptcy Dept.
46175 Westlake Dr Ste 250
Sterling, VA 20165-5873

Intellias Global Limited
Attn: Managing Member/Bankruptcy D
Level 1 , Lm Complex , Brewery St
Birkirkara, Central Business District,
MLT

Intelligent Training Colombia
Attn: Managing Member/Bankruptcy Dept.
Calle 93b No. 17-49 Oficina 401 y 402
Bogot , Bogot , D.C.   110221
Columbia

Internal Revenue Service
Attn: Managing Member/Bankruptcy
Ogden Service Center,
Ogden, UT 84201-0059

International Data Corp
Attn: Managing Member/Bankruptcy
140 Kendrick Street, Building B,
Needham, MA 02494

International School of Tanganyika
Attn: Managing Member/Bankruptcy Dept.
PO Box 2651
Dar Es Salaam, Dar Es Salaam,
TZA

Interrupt21
Attn: Managing Member/Bankruptcy Dept.
2211 Cammie Wages Rd
Dacula, GA 30019-1966

Intuit Software Company
Attn: Managing Member/Bankruptcy
2700 Coast Ave
Mountain View, CA 94043

IOP Publishing Limited
Attn: Managing Member/Bankruptcy Dept.
Two The Distillery, 2 Avon Street
Bristol   BS20 GR
United Kingdom

iostudio
Attn: Managing Member/Bankruptcy Dept.
1909 21st Ave South
Nashville, TN 37212-3833

Iowa Dept of Revenue
Attn: Managing Member/Bankruptcy
1305 E Walnut St Fourth Floor, #01
Des Moines, IA 50319

iPipeline
Attn: Managing Member/Bankruptcy
222 Valley Creek Blvd, Suite 300
Exton, PA 19341

Ippon Technologies
Attn: Managing Member/Bankruptcy Dept.
43 Avenue de la Grande Arm e
Paris   75782
France

ISC2
Attn: Managing Member/Bankruptcy D
625 N. Washington Street, Ste. 400
Alexandria, VA 22314

ISV Tech Limited
Attn: Managing Member/Bankruptcy Dept.
L Evel 3 , 119 , Sliema Road
G?ira, Malta Majjistral, 1635
MLT

IT Learning Solutions Training Services
804, Smart Heights building (DAMAC),
TECOM - Zone C, P.O.Box: 181645,
Dubai
United Arab Emirates

Itera Process Consulting SL
Attn: Managing Member/Bankruptcy Dept.
Calle Santiago Grisolia 2, of 162
Tres Cantos, Madrid   28760
Spain

Itucation
Attn: Managing Member/Bankruptcy Dept.
Svanevej 22-4.
K benhavn NV, Hovedstaden   2400
Denmark

Ivy Tech Community College
Attn: Managing Member/Bankruptcy Dept.
50 W Fall Creek Parkway North Dr
Indianapolis, IN 46208-5752

Japan Web Service Corporation
Attn: Managing Member/Bankruptcy Dept.
Shinbashi6-9-6, 12touyoukaijibiru2F
Minatoku, Tokyo, 105-0004
JPN

Jeovanni Alfaro
Attn: Managing Member/Bankruptcy
3500 East Burnett Street
Long Beach, CA 90815-1730

Jiri M
Attn: Managing Member/Bankruptcy
Lozick  809, Praha 21
Hlavn  m?sto Praha   19016
Czech

John Wiley & Sons, Inc.
Attn: Managing Member/Bankruptcy
111 River Street,
Hoboken, NJ 07030-5774

Julie Mcfadden
Attn: Managing Member/Bankruptcy
818 Dunwoody Blvd
Minneapolis, MN 55403

IT Distribution LLC
Attn: Managing Member/Bankruptcy Dept.
16/2 Donetska str
Kyiv  3151
Ukraine

Italtel spa
Attn: Managing Member/Bankruptcy Dept.
Viale Luigi Schiavonetti 270F
Roma Lazio  173
Italy

ITLS Training and Consulting GmbH
Attn: Managing Member/Bankruptcy Dept.
Gutheil-Schoder Gasse 7a
Vienna, Wien  1100
Austria

iungo Solutions
Attn: Managing Member/Bankruptcy Dept.
33-35 West Bute Street
Cardiff  CF10 5LH
United Kingdom

J. SAGAR ASSOCIATES
Attn: Managing Member/Bankruptcy
Level 3, Prestige Obelisk,  560001, Indi
3 Kasturba Road, Bangalore 29-KA

JATIN T. SHAH
OFF NO-2, Corporate Avenue
Sonawala Road, Goregaon ( E),
Mumbai 27-MH 400063
India

JetSweep Holdings Inc
Attn: Managing Member/Bankruptcy Dept.
2 Meeting House Road
Chelmsford, MA 01824-2878

JIT Jakub Jaszczuk
Attn: Managing Member/Bankruptcy Dept.
ul. Jana Ostrooga 21/40
Warszawa, Warszawa, 01-163
POL

Joshua Levinson
Attn: Managing Member/Bankruptcy
1334 Harrison Ave
Redwood City, CA 94062

JWM SOLUTIONS GRUPO
Attn: Managing Member/Bankruptcy
Insurgentes Sur 1898 Int 12 y 14 Florida
Ciudad de M xico   1020
Mexico

IT Pormacl n y Servicios Inform ti S
Attn: Managing Member/Bankruptcy D
C/Raimundo Fernandez Villaverde 57
Madrid 28003
Spain

ITCollege
Attn: Managing Member/Bankruptcy D
Avenida C rdoba, 939
ciudad de buenos aires, 1054
Argentina

ITMAGINATION Sp. z o.o.
Attn: Managing Member/Bankruptcy D
ul. Prosta 32
Warszawa 00-838
Poland

Iverson Associates Sdn Bhd
Attn: Managing Member/Bankruptcy D
Suites T113-T114, 3rd Floor, Centre
Sungai Buloh, Selangor, 47800
Malaysia

Jabil Circuit
Attn: Managing Member/Bankruptcy D
3201 34th St S
St. Petersburg, FL 33711

Jefferson High School
Attn: Managing Member/Bankruptcy D
575 Washington Street
Jefferson, GA 30549-1018

Jhonatan Acelas
Attn: Managing Member/Bankruptcy
Carrera 69D 96-39
Bogot , D.C. 111021
Columbia

John Bryce Trainin LTD
Attn: Managing Member/Bankruptcy D
HOMA VEMIGDAL 29
TEL AVIV, ISRAEL, 6777129
ISR

JTP Co.,Ltd.
Attn: Managing Member/Bankruptcy D
Gotenyama Trust Tower, 4-7-35
Kitashinagawa, Shinagawa-ku, 140-0
Japan

JWM SOLUTIONS GRUPO
Attn: Managing Member/Bankruptcy
Insurgentes Sur 1898 Int 12 y 14 F
Ciudad de M xico

JWM SOLUTIONS GRUPO
Attn: Managing Member/Bankruptcy Dept.
Insurgentes Sur 1898
Int 12 y 14 La Florida
Mexico

K B Ravindranath Menon
K B Ravindranath Menon,
S-4 Spencer Court, 5 Spencer Road,.
Fraser Town, Bangalore - 560005 29-KA 56
India

K Thie + Nager (AG & Co.) KG
Attn: Managing Member/Bankruptcy D
Gro er Grasbrook 11-13
Hamburg, Hamburg, 20457
DEU

K.K. Ashisuto - JPY
Attn: Managing Member/Bankruptcy Dept.
Ichigaya Square Building, 4-2-1 Kudankit
Ciudad de M xico   1020
Mexico

Ka Solution Inform tica Ltda
Attn: Managing Member/Bankruptcy
Rua Alvares Penteado 203
S o Paulo   01012-001
Brazil

Ka Solution Inform tica Ltda
Attn: Managing Member/Bankruptcy D
Rua Alvares Penteado 203
Chiyoda-Ku, Tokyo   102-0073
Japan

Kaleris
Attn: Managing Member/Bankruptcy Dept.
3460 Preston Ridge Rd Ste 600
S o Paulo   01012-001
Alpharetta, GA 30005-2061

Kanopee
Attn: Managing Member/Bankruptcy Dept.
199 Bureaux de la Colline 92210 Saint-Cl
La Garenne-Colombes, Ile de France   9225
France

Karoline Saffi
Attn: Managing Member/Bankruptcy D
9350 Wilshire Blvd, Suite 203
Beverly Hills, CA 90212

Katarzyna Kostrubiec-Ostrzeniewska
Attn: Managing Member/Bankruptcy
ul. Makowska 31/40
Warsaw, 04-208
Poland

Kawaijuku Gakuen Trident Computer Colleg
Attn: Managing Member/Bankruptcy Dept.
3-24-15 Meieki
Nagoya-Shi Nakamura-Ku, Aichi   450-0002
Japan

KB Data Systems
Attn: Managing Member/Bankruptcy D
78, Mapo-daero
Mapo-gu, Seoul 4168
Korea

KDDI ASIA PACIFIC PTE LTD
Attn: Managing Member/Bankruptcy Dept.
77 Robinson Road, #26-00 Robinson 77
Singapore, 68896
SGP

KDIT Kamil Dolewa
Attn: Managing Member/Bankruptcy Dept.
ul. Wile?ska 53 m. 49
Pabianice, Pabianicki   95-200 95-200
Poland

Kelly Sanchez
Attn: Managing Member/Bankruptcy
1303 E 49th St,
Kansas City, MO 64110

Kenfil Hong Kong Limited
Attn: Managing Member/Bankruptcy Dept.
2/F, Centre Point, 181 Gloucester Road
Wan Chai, Hong Kong

Kenfil Hong Kong Limited
Attn: Managing Member/Bankruptcy Dept.
2/F, Centre Point, 181 Gloucester Road
Wan Chai, Hong Kong,
HKG

Kenshoo
Attn: Managing Member/Bankruptcy D
30th Habarzel
Tel Aviv,  , 61580
ISR

Kentucky Farm Bureau Mutual Ins. Co.
Attn: Managing Member/Bankruptcy Dept.
9201 Bunsen Parkway
Louisville, KY 40220-3792

Kernelios LTD
Attn: Managing Member/Bankruptcy Dept.
27 Lishanski Yosef
Rishon Letsiyon, Merkaz   75650
Israel

Keshav Memorial Institute of Techn
Attn: Managing Member/Bankruptcy D
Narayanaguda
Hyderabad, Telangana 500029
India

Keyin College
Attn: Managing Member/Bankruptcy Dept.
644 Topsail Rd
St. John's, Newfoundland A1E 2E2
Canada

Kickstarter, PBC
Attn: Managing Member/Bankruptcy Dept.
228 Park Ave S PMB 59430
New York, NY 10003-1502

KIET Group of Institutions, Delhi N
Attn: Managing Member/Bankruptcy D
Ghaziabad Meerut Road , Muradnag
Ghaziabad, Uttar Pradesh 201206
India

Kiwibank
Attn: Managing Member/Bankruptcy Dept.
Level 7, 20 Customhouse Quay
Wellington, Greater Wellington, 6011
NZL

Klanik CORP
Attn: Managing Member/Bankruptcy Dept.
1200 Brickell Ave Ste 1960
Miami, FL 33131-3892

Kloia Software and Consulting Ltd
Attn: Managing Member/Bankruptcy D
1 Change Alley
London, Middlesex EC3V 9AZ
United Kingdom

Kmart Australia Ltd
Attn: Managing Member/Bankruptcy Dept.
690 Springvale Road
Mulgrave, Vic, 3170
AUS

Knowit Cloud Partnerships Oy
Attn: Managing Member/Bankruptcy Dept.
Pakkahuoneenaukio 2
Tampere, Pirkanmaa, 33100
FIN

Knowledgehut Solutions Pvt. Ltd,
6th Floor , Vaishnavi Tech Park Wn99
Sarjapur Main Rd Bellandur
Bengaluru, Karnataka 560103
India

Koenig Solutions Pvt. Ltd.
Attn: Managing Member/Bankruptcy Dept.
100 Ring Road, Suite 300(PH)   Garden City
New York, NY 11530

Koneru Lakshmaiah Education Foundation
Bowrampet, Hyderabad 500043
Off-Campus Bachupally , Gandimaisamma RG
Hyderabad, Telangana 500043
India

Kornerstone Limited
15/F, Hip Shing Hong Centre
55 Des Voeux Road Central
Hong Kong, Hong Kong,
CHN

KREALO MANAGEMENT S.A.
Attn: Managing Member/Bankruptcy Dept.
Ca. Centernario 156 3a Urb Melgarejo
La Molina, Lima, 15026
PER

Kuniaki Moriya
Attn: Managing Member/Bankruptcy Dept.
Kawasaki
Kawasaki-Shi, Kanagawa 212-0057
Japan

Kyndryl Japan
Attn: Managing Member/Bankruptcy Dept.
6-10-1 Roppongi
Minato-Ku, Tokyo 106-6143
Japan

Kyndryl(IBM) USA
Attn: Managing Member/Bankruptcy
One Vanderbilt Avenue, 15th Floor
New York, NY 10017-5430

La Capsule
Attn: Managing Member/Bankruptcy Dept.
92 Cours Lafayette
Lyon, Métropole De Lyon 69003
France

Landingi Sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
Witkiewicza 6
Gliwice, Gliwice, 44-100
POL

Larsen  & Toubro Infotech Limited
Technology Centre
Gate No. 5 Saki Vihar Road
Mumbai, Maharashtra, 400072
IND

Kolomolo Sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
ul. Grzegórzecka 8/2
Kraków, Kraków, 31-530
POL

KONUX GmbH
Attn: Managing Member/Bankruptcy Dept.
Rüdergasse 2
München, Oberbayern 81369
Germany

KPMG
Attn: Managing Member/Bankruptcy Dept.
2323 Ross Ave Ste 1400
Dallas, TX 75201-2721

Kroese Wevers
Attn: Managing Member/Bankruptcy Dept.
Hanzeweg 1b 7418 AW DEVENTER
Wevers

Kushki
Attn: Managing Member/Bankruptcy Dept.
230 THIRD AVENUE, 4TH FLOOR
WALTHAM, MA 2451

Kyndryl KJTS
Attn: Managing Member/Bankruptcy
LearnQuest Singapore Pte Ltd,
77 Robinson Road #16-00, 68896
Singapore

L.O. BAPTISTA
Av. Paulista, 1294 -
8º andar - Bela Vista
São Paulo - SP, 01310-100
Brazil

Lambert High School
Attn: Managing Member/Bankruptcy Dept.
805 Nichols Road
Suwanee, GA 30024-1603

Lands End Business Outfitters
Attn: Managing Member/Bankruptcy
P.O. Box 365
Dodgeville, WI 53533

LEADWAY RESOURCE LLP
FL No. 02, Nr. Ashoka Summet
SN 62/4/31 Kondhawa Khurd
Pune 27-MH 411048
India

KONE Corporation
Attn: Managing Member/Bankruptcy D
Keilasatama 3
Espoo, Uusimaa, 2150
FIN

Korea Information Technology Servi In
Attn: Managing Member/Bankruptcy D
4F, 8, Yangpyeong-ro 25-gil,
Seoul, Yeongdeungpo-gu, 7207
KOR

KPMG LLP
Attn: Managing Member/Bankruptcy D
KPMG LLP, Capital Place
Harlow, Essex, CM195AS
GBR

Kuehne + Nagel Sp. z.o.o
Attn: Managing Member/Bankruptcy D
ul. Spedycyjna 1
G?dki, Pozna?ski, 62-023
POL

Kyndryl Brasil
Attn: Managing Member/Bankruptcy
Rd J FCO AGUIRRE PROENCA KM N
São Paulo 13186-900
Brazil

Kyndryl(IBM) Argentina
Attn: Managing Member/Bankruptcy
LearnQuest Incorporated, 1601 Mark S
Philadelphia, PA 19103

L.O. Baptista Advogados Associado
Av. Paulista, 1294 -
8º andar - Bela Vista
São Paulo - SP, 01310-100
Brazil

Land Services SA
Attn: Managing Member/Bankruptcy D
L 9 101 Grenfell St
Adelaide, SA 5000
Australia

Laredo College
Attn: Managing Member/Bankruptcy D
Fort McIntosh Campus West End
Washington Street
Laredo, TE 78040

Learning Actors PC
Attn: Managing Member/Bankruptcy D
62A Ethnikis Antistaseos
Chalandri, Attica 15231
Greece

Learning People
Attn: Managing Member/Bankruptcy Dept.
The Agora, 2nd Floor,, Ellen Street
Hove, Brighton BN3 3LN
United Kingdom

Learning Tree International Usa, Inc.
Attn: Managing Member/Bankruptcy Dept.
13650 Dulles Tech Dr
Herndon, VA 20171-4649

LearningMate Solutions Inc
Attn: Managing Member/Bankruptcy
100 Canal Pointe Blvd
Princeton, NJ 08540-7063

LearnQuest
Attn: Managing Member/Bankruptcy
1900 Market Street, Suite 800
Philadelphia, PA 19103

LearnQuest
Attn: Managing Member/Bankruptcy
1900 Market Street
Philadelphia, PA 19103-3527

LearnQuest Australia PTY Ltd
Attn: Managing Member/Bankruptcy
Level 22, 2 Market Street
Sydney, NSW 2000
Australia

LearnQuest Incorporated
Attn: Managing Member/Bankruptcy Dept.
1601 Market Street, 19th Floor
DAYTONA BEACH, FL 32114-1301

LearnQuest Incorporated
Attn: Managing Member/Bankruptcy Dept.
1601 Market Street, 19th Floor
Philadelphia, PA 19103

LearnQuest Incorporated
Attn: Managing Member/Bankruptcy D
1601 Market Street, 19th Floor
Greenwood Village, CO 80111

LearnQuest Incorporated
Attn: Managing Member/Bankruptcy Dept.
1601 Market Street, 19th Floor
Sandy Springs, GA 30328-4233

LearnQuest Incorporated
Attn: Managing Member/Bankruptcy Dept.
1601 Market Street, 19th Floor
Philadelphia, PA 19103-2309

LearnQuest Singapore Pte Ltd
Attn: Managing Member/Bankruptcy
77 Robinson Road #16-00, Robinson 77
Singapore 068896

LearnSpectrum
Attn: Managing Member/Bankruptcy
9912 Georgetown Pike Ste D203
Great Falls, VA 22066-2825

LegaLogic Consulting LLP
Unit 3A, Level 3, PV House 55,
Damle Road, Lane adjacent to Indsearch,
Law College Road Pune Maharashtra    4118
India

Leidos
Attn: Managing Member/Bankruptcy D
L 2 42 Lakeview Dr
Scoresby, VIC 3179
Australia

Level Up In Tech
Attn: Managing Member/Bankruptcy Dept.
3 Ashcake Terrace
Palmyra, VA 22963

LEVI 9 GLOBAL SOURCING BALKAN
Attn: Managing Member/Bankruptcy Dept.
Trifkovicev Road 6
Novi Sad, Juzhno-Bachki 400478
Russia

LG CNS
LG Science Park, 71
Magokjungang 8-ro, Building E13
Gangseo-gu, Seoul, 7795
KOR

LGUPLUS
Attn: Managing Member/Bankruptcy Dept.
?? ??? ????? ???? 32, Lg ????
???, ??, 4389
KOR

Liberty Group Limited
Attn: Managing Member/Bankruptcy Dept.
1 Ameshoff Street
City of Johannesburg, Gauteng 2001
South Africa

Lightspeed DMS
Attn: Managing Member/Bankruptcy D
215 N Admiral Byrd Rd Ste 100
Salt Lake City, UT 84116-3780

Lincoln Financial Group
Attn: Managing Member/Bankruptcy Dept.
150 N. Radnor Chester Rd
Radnor, PE 19087

Linktree Pty Ltd
Attn: Managing Member/Bankruptcy Dept.
37 Islington St
Collingwood, VIC, 3066
AUS

LinSoft
Attn: Managing Member/Bankruptcy D
Ground floor, Claren Building, Mazul L
Tunis, Tunis, 1053
TUN

LINUX FOUNDATION
Attn: Managing Member/Bankruptcy Dept.
548 Market St., PMB 57274
San Francisco, CA 94104

Lipari Consulting
Attn: Managing Member/Bankruptcy Dept.
Via Resuttana 360
Palermo, Sicilia 90146
Italy

Liquid Telecommunications Holdings Lt
Tower, 19 Bank Street ,
Floor 10 Standard Chartered
Quatre Bornes 72201
Mauritius

LOGICALIS MEXICO
Attn: Managing Member/Bankruptcy
Avenida Ej rcito Nacional Mexicano 769
Ciudad de M xico 11520
Mexico

Logicalis Puerto Rico Inc.
Attn: Managing Member/Bankruptcy
733, 7 Calle Tabonuco Ste 105
Guaynabo   00968-3018
Puerto Rico

LONACI
Attn: Managing Member/Bankruptcy D
Zone 4a, Rue du Chevalier de Clieu
Abidjan,
Ivory Coast

Long Beach City College
Attn: Managing Member/Bankruptcy
4901 E Carson St
Long Beach, CA 90808

lululemon
Attn: Managing Member/Bankruptcy Dept.
1380 Burrard St., Floor 2
Vancouver, BC, V6Z 2K2
CAN

Lx Designs
Attn: Managing Member/Bankruptcy Dept.
Lx Dsigns
Jeypore, Odisha, 764001
IND

Magaya Corporation
Attn: Managing Member/Bankruptcy Dept.
7950 NW 53rd Street Ste 300
Miami, FL 33166-4790

Mailgun Technologies, Inc.
Attn: Managing Member/Bankruptcy
112 E Pecan St,
San Antonio, TX 78205

Malam systems LTD
Attn: Managing Member/Bankruptcy Dept.
53 Avshalom Gissin Street
Petah Tiqwa, Central 4922450
Israel

Mapping Skills Technology Pvt. ltd.
C-12 , Ground Floor
Elder Residency Greens Sector Pi
Jewar, Uttar Pradesh, 201306
IND

Materia Gris SAC
Attn: Managing Member/Bankruptcy Dept.
Avenida Domingo Oru  165, Piso 4
Surquillo, Lima 15047
Peru

Mayflower GmbH
Attn: Managing Member/Bankruptcy Dept.
Landsberger Strasse 314
M nchen, Bavaria, 80687
DEU

MedCerts
Attn: Managing Member/Bankruptcy
2300 Corporate Park Drive
Herndon, VA 20171-4838

Lori Daniels
Attn: Managing Member/Bankruptcy
1860 N. Washington Street, #212
Denver, CO 80203

Lumston
Attn: Managing Member/Bankruptcy Dept.
Magallanes #1155, Colonia Santa Anita
Tlaquepaque, Jalisco 45600
Mexico

LX-MedCerts
Attn: Managing Member/Bankruptcy
13955 Farmington Rd
Livonia, MI 48154

Magyar Telekom Nyrt.
Attn: Managing Member/Bankruptcy Dept.
K nyves K lm n k r t 36.
Budapest 1097
Hungary

MajorKey Technologies
Attn: Managing Member/Bankruptcy Dept.
1 Mid America Plaza Fl 3
Oakbrook Terrace, IL 60181-4450

Malpi International College Pvt. Ltd.
Attn: Managing Member/Bankruptcy Dept.
Narayan Gopal Road
Kathmandu, Bagmati 44600
Nepal

Margaret Ann Tyson
Attn: Managing Member/Bankruptcy Dept.
400 George St
Balmain, NSW 2041
Australia

Matthew Nguyen
Attn: Managing Member/Bankruptcy
4200 Luecking Park Ave NE
Albuquerque, NM 87107-4743

McKinsey and Company
Attn: Managing Member/Bankruptcy Dept.
3350 SW 148th Avenue
Miramar, FL 33027-3257

Mediowl Inc.
Attn: Managing Member/Bankruptcy Dept.
Mita MT Bld. 7F,, 4-8-36 Mita,
Minato-ku,, Tokyo 108-0073
Japan

LUISDCHART
Attn: Managing Member/Bankruptcy
10355 South Jordan Gateway, Suite15
South Jordan, UT 84095

LWSA SA
Attn: Managing Member/Bankruptcy D
Rua Itapaiuna, 2434
S o Paulo, SP 05707-001
Brazil

Macfarlane Telesystems Ltd
Attn: Managing Member/Bankruptcy D
36-37 Albert Embankment
London, Surrey, SE1 7TL
GBR

Maharaja Agrasen Himalayan
Garhwal University
1209 Autumn Pl
Herndon, VA 20170-4101

Makintouch Information Technology Lt
Attn: Managing Member/Bankruptcy D
24 Bamishile Street Allen Ave.
IKEJA, LAGOS 100001
Nigeria

Mandat Assessoria Cadastral Ltda. M
Attn: Managing Member/Bankruptcy
Avenida Nove de Julho 3228,
Jardim Paulista, Sao Paulo  014060
Brazil

Massachusetts Dept of Revenue (M
Attn: Managing Member/Bankruptcy
100 Cambridge Street
Boston, MA 02114

Maven Wave Partners LLC
Attn: Managing Member/Bankruptcy D
71 S Wacker Dr
Chicago, IL 60606-4637

Mecer Inter-Ed (Pty) LTD
Attn: Managing Member/Bankruptcy D
322 Fifteenth Road
Randjespark, Gauteng, 21974
South Africa

Mediterranean Institute Of Tech.
Attn: Managing Member/Bankruptcy D
Avenue de l'Euro
La Goulette, Tunis Governorate 2060
Tunis

MELISSA DATA CORP
Attn: Managing Member/Bankruptcy
22382 Avenida Empresa
Rancho Santa Margarita, CA 92688

Meratwal Jain & Associates LLP
107, 1t floor, Shree Samarth Plaza,
J.N. Road, Mulund West.
Mumbai 27-MH 400080
India

Mercy Corps
Attn: Managing Member/Bankruptcy D
45 SW Ankeny St
Portland, OR 97204-3500

MERIXSTUDIO Sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
Ma?achowskiego 10
Pozna?, VATEU 61-129
Poland

Merkle EOOD
Attn: Managing Member/Bankruptcy Dept.
Sofia 1404 , Infinity Tower A , 69 Bulga
Sofia, Sofia-Grad 1404
Bulgaria

Metafinanz - Informationssysteme G
Attn: Managing Member/Bankruptcy D
Leopoldstr. 146
M nchen, Oberbayern 80804
Germany

Metafinanz Informationssysteme GmbH
Attn: Managing Member/Bankruptcy Dept.
Leopoldstr. 146
Ganpatrao Kadam Marg Lower Parel (West)
Germany

MHA CONSULTANCY
Attn: Managing Member/Bankruptcy
A-501/L, Jaswanti allied business centre

MHP Consulting Romania SRL
Onisifor Ghibu St No. 20a Bldg C4 Fl
400185 Cluj-Napoca
Cluj-Napoca, Cluj 400185
Romania

Miami Dade College
Attn: Managing Member/Bankruptcy Dept.
11011 SW 104th Street
Miami, FL 33176-3330

Miami Dade College
Attn: Managing Member/Bankruptcy
11011 SW 104th Street
Miami, FL 33176-3330

Microfocus LLC
Attn: Managing Member/Bankruptcy D
4555 Great America Parkway
Santa Clara, CA 95054-1243

Microsoft Corporation
Attn: Managing Member/Bankruptcy
One Microsoft Way
Redmond, WA 98052

MicroTrain
Attn: Managing Member/Bankruptcy Dept.
720 E Butterfield Rd
Lombard, IL 60148-5661

Middlesex Community College
Attn: Managing Member/Bankruptcy D
591 Springs Rd
Bedford, MA 01730-1120

Midgard Self Storage
Attn: Managing Member/Bankruptcy
8785 State Road 70 E,
Bradenton, FL 34202

Midlink
Attn: Managing Member/Bankruptcy Dept.
Hachilazon 6
Ramt Gan, Israel, 5252270
ISR

MightyHive Inc
Attn: Managing Member/Bankruptcy D
311 California St Ste 200
San Francisco, CA 94104-2604

MIGx Georgia
Attn: Managing Member/Bankruptcy Dept.
5 Tbel-Abuseridze
Batumi, Adjaria, 6000
GEO

Mihen Halani
501/L A wing,
Jaswanti Allied Business center, Near kh
kanchpada, Thane 27-MH 400064
India

Mike Rohm
1600 Pleasant Plains Rd
Annapolis, MD 21409-5929

Millbrook Studios
Attn: Managing Member/Bankruptcy
3305 Durham Dr Suite 111,
Raleigh, NC 27603

Ministry of Communications and
Information Tech - AOI Electronics Facto
Smart Village, Kilo 28- Cairo-Alexandria
GIZA, GIZA, 12577
EGY

Minneapolis Finance Department
Attn: Managing Member/Bankruptcy
250 S. Fourth St., Room 401.
Minneapolis, MN 55415

Minnesota Department of Revenue
Attn: Managing Member/Bankruptcy
600 Robert St N,
St Paul, MN 55101

Mitchell International
Attn: Managing Member/Bankruptcy Dept.
6220 Greenwich Drive
San Diego, CA 92122-5913

Mitsubishi Electric Software Corpora
World Trace Center Bldg South 29f,
2-4-1 Hamamatsucho
Minato-Ku, Tokyo 105-5129
Japan

MODEE
Attn: Managing Member/Bankruptcy Dept.
Husni Soubar St 3
Amman, Amman Governorate 9903
Jordan

Momentum Metropolitan
Attn: Managing Member/Bankruptcy Dept.
268 West Avenue
City of Tshwane, Gauteng 157
South Africa

Mondu Gmbh
Attn: Managing Member/Bankruptcy D
Motzstr. 41
Berlin 10777
Germany

MongoDB
Attn: Managing Member/Bankruptcy Dept.
MONGODB INC, 1633 Broadway Fl 38
New York, NY 10019-6763

Moody, Inc.
Attn: Managing Member/Bankruptcy
14 Blackstone Valley Place,
Lincoln, RI 02896

Moody's Analytics
Attn: Managing Member/Bankruptcy D
250 Greenwich St
New York, NY 10007-2140

Moovto
Attn: Managing Member/Bankruptcy Dept.
5 Rue Paul Doumer
Morangis, Palaiseau, 91420
FRA

Moringa School
Attn: Managing Member/Bankruptcy Dept.
Victoria Plaza Fl 5, Parklands Rd
Nairobi, Nairobi, 28860 - 00100
KEN

Morningstar
Attn: Managing Member/Bankruptcy D
22 W Washington St
Chicago, IL 60602-1605

MphasiS Corporation USA
Attn: Managing Member/Bankruptcy Dept.
1101, 460 Park Ave S Ste Mphasis
New York, NY 10016-7315

MSG Systems ag
Attn: Managing Member/Bankruptcy Dept.
Robert-B rkle-Str. 1
Ismaning, Oberbayern 85737
Germany

Mthree Corporate Consulting Limited
Attn: Managing Member/Bankruptcy D
3 Harbour Exchange Square
London, Tower Hamlets E14 9GE
United Kingdom

MTX Group Inc.
Attn: Managing Member/Bankruptcy Dept.
6303 Cowboys Way
Frisco, TX 75034-2364

Mysterious Code Ltd
Attn: Managing Member/Bankruptcy Dept.
4TH Radius House, 51 Clarendon Road
Watford, Hertfordshire WD17 1HP
United Kingdom

N-iX Limited
Attn: Managing Member/Bankruptcy D
157 , Archbishop Street Office 3.4
Il-Belt Valletta VLT 1440
Malta

N-iX Limited
Attn: Managing Member/Bankruptcy Dept.
157 , Archbishop Street Office 3.4
Il-Belt Valletta, Il-Belt Valletta, VLT
MLT

N26 Product & Tech GmbH
Attn: Managing Member/Bankruptcy Dept.
Voltairestr. 8
Berlin, Berlin, 10179
DEU

N2K (Formerly CyberVista, LLC)
Attn: Managing Member/Bankruptcy D
1300 17th Street North, Suite 1700
Arlington, VA 22209

Nasir Imam
Attn: Managing Member/Bankruptcy
2916 Cedarwood Loop
San Ramon, CA 94582-3061

National Australia Bank
Attn: Managing Member/Bankruptcy Dept.
500 Bourke St,
Melbourne, VIC 3008
Australia

National Westminster Bank plc
Attn: Managing Member/Bankruptcy D
250 Bishopsgate
London, Middlesex EC2M 4AA
United Kingdom

NAVAL POSTGRADUATE SCHOOL
Attn: Managing Member/Bankruptcy Dept.
1988 LAKE DEL MONTE DRIVE
KFS#86800
MONTEREY, CA 93943

NBC
Banque Nationale du Canada
800 Rue Saint-Jacques
Montreal, QC H3C 1A3
Canada

nClouds
Attn: Managing Member/Bankruptcy D
32 West 200 South
Salt Lake City, UT 84101-1603

NCUS TEC/Academy for Urban Scholars
Attn: Managing Member/Bankruptcy Dept.
2780 Airport Drive Ste 333
Columbus, OH 43219-2292

Nearsure LLC
Attn: Managing Member/Bankruptcy Dept.
11370 NW 83rd Way
Doral, FL 33178-1792

NEC Business Intelligence, Ltd.
Attn: Managing Member/Bankruptcy D
1753 Shimonumabe
Kawasaki-Shi Nakahara-Ku, Kanagaw 21
Japan

NEEN S.p.A.
Attn: Managing Member/Bankruptcy Dept.
Via Don Sebastiano Calderoni 12
Forl , Emilia-Romagna 47122
Italy

Nequi
Attn: Managing Member/Bankruptcy Dept.
Cra. 48 18 A 14 , Piso 9
Medell n, Antioquia 50021
Columbia

Ness A.T
Attn: Managing Member/Bankruptcy D
Kiryat Atidim
Tel Aviv, Tel Aviv District 61580
Israel

NetApp India Private Limited
Netapp Bangalore Campus
Survey No.26(P), 31(P, Itpl Road
Bengaluru, Karnataka, 560037
IND

Netcampus (Pty) Ltd
Attn: Managing Member/Bankruptcy Dept.
276 West street
Centurion, Pretoria 157
South Africa

Nettur Technical Training Foundation
Attn: Managing Member/Bankruptcy D
40/40A Nttf Electronics City Bangalo
Bengaluru, Karnataka 560100
India

NETWORK FOR ELECTRONIC TRANSFERS PTE LTD
Attn: Managing Member/Bankruptcy
351 Braddell Road, #01-03 351
579713 Singapore

Network Assets
Attn: Managing Member/Bankruptcy Dept.
ul. Legnicka 50
Wroc?aw, Wroc?aw, 54-204
POL

Neumont College of Computer Scie
Attn: Managing Member/Bankruptcy D
143 South Main Street
Salt Lake City, UT 84111-1917

New Apprenticeship
Attn: Managing Member/Bankruptcy Dept.
110 E Houston St, Floor 7
San Antonio, TX 78205

New Elements GmbH
Attn: Managing Member/Bankruptcy Dept.
Thurn-und-Taxis-Str. 10
Nuremberg 90411
Germany

New Horizons Schulungscenter
f r IT und Business GmbH
An der Richthalle 6
Fulda, Kassel 36037
Germany

New Jersey Department of Revenue
Attn: Managing Member/Bankruptcy
P.O. Box 252
Trenton, NJ 08625-0252

New Relic, Inc.
Attn: Managing Member/Bankruptcy
188 Spear Street, Suite 1200
San Francisco, CA 94105

New York Department of Revenue
Attn: Managing Member/Bankruptcy
PO Box 4127 Binghamton NY 13902
Binghamton, NY 13902-4127

New York Wired for Education
Attn: Managing Member/Bankruptcy Dept.
251 Fuller Road Suite 150
Albany, NE 12210

Nework for Electronic Transfers PTE LTD
Attn: Managing Member/Bankruptcy Dept.
351 Braddell Road, #01-03 351 On Braddel
Singapore 579713

Nexdigm
2001, Urmi Estate - Tower A,20th F9
Ganpatrao Kadam Marg Lower Pare(W
Mumbai 27-MH 400013
India

Nexdigm Corporate Services Pvt Ltd
Attn: Managing Member/Bankruptcy
3rd Floor, Ven Business Centre, SurveyNo

Nexia SAB&T Chartered Accountants, Inc.
Attn: Managing Member/Bankruptcy
119 Witch-Hazel Ave.
Highveld Technopark, Centurion 0157
South Africa

Nexia Trans-Asia and Co., CPAs
Attn: Managing Member/Bankruptcy D
13-6F, No. 192 DunHua S. Rd, Sec1
Taipei
Taiwan

NextU DeliveryTeam
Attn: Managing Member/Bankruptcy Dept.
73 Bras Basah Road, #02-01 Ntuc Trade Un
Singapore 189556

NHN Techorus Corp.
Attn: Managing Member/Bankruptcy Dept.
Nhn Atelier, 3-1-8 Nishishimbashi
Minato-Ku, Tokyo 105-0003
Japan

NHN Techorus Corp.
Attn: Managing Member/Bankruptcy D
Nhn Atelier, 3-1-8 Nishishimbashi
Minato-Ku, Tokyo, 105-0003
JPN

Nicholas DeMartin
Attn: Managing Member/Bankruptcy
316 Cambridge Avenue
Garden City, NY 11530-5419

Nidus Technologies
Attn: Managing Member/Bankruptcy Dept.
5465 Legacy Drive Ste 650
Plano, TX 75024-4171

Nigel Andam
Attn: Managing Member/Bankruptcy
3400 N Ashton Blvd
Lehi, UT 84043-5308

Nil Data SA
Attn: Managing Member/Bankruptcy Dept.
23 Magwa Crescent Waterfall City Bryanst
City of Johannesburg, Gauteng 2021
South Africa

Ninety
Attn: Managing Member/Bankruptcy
1920 Prospector Avenue
Park City, UT 84060

Nirmal Patel
Attn: Managing Member/Bankruptcy
238 Biscayne St
Bloomingdale, IL 60108-3311

Nissan Automotive Europe SAS
Attn: Managing Member/Bankruptcy Dept.
8 Rue Jean Pierre Timbaud
Montigny Le Bretonneux, 78180, 78180
FRA

Nology
Opus Recruitment Solutions
Merchants House
Bristol, Bristol, BS14RW
GBR

Nomura Research Institute, LTD.
Otemcahi Finaicial City Grand Cube
1-9-2 OTEMACHI
CHIYODA-KU, TOKYO 100-0004
Japan

NOMURA RESEARCH INSTITUTE, LTD.
Attn: Managing Member/Bankruptcy Dept.
OTEMACHI FINANCIAL CITY GRAND CUBE
1-9-2 OTEMACHI, CHIYODA-KU, TOKYO, 100
JPN

Nooous Finance
Attn: Managing Member/Bankruptcy Dept.
1 Quai du Point du Jour
Boulogne-Billancourt, Hauts-de-Seine 921
France

Nordcloud
Attn: Managing Member/Bankruptcy D
Antinkatu 1
Helsinki, Select One 100
Finland

Nordea Bank Abp Sp ?ka Akcyjna
Satamaradankatu 5 FI-00020 Helsinki, Fin
Oddzia? w Polsce, Aleja Marsza?ka
Edwarda ?mig?ego-Rydza 20
? d?, ? dzkie 93-281

Nordea Bank Abp Sp ?ka Akcyjna
Attn: Managing Member/Bankruptcy Dept.
Satamaradankatu 5
Helsinki, Uusimaa 500
Finland

North Carolina Department of Reve
Attn: Managing Member/Bankruptcy
4701 Atlantic Ave # 118
Raleigh, NC 27604

North Carolina State University
Attn: Managing Member/Bankruptcy Dept.
Campus Box 7103
Raleigh, NC 27695-0001

Northcoders TechEd
Attn: Managing Member/Bankruptcy Dept.
Hatch Court, 103 Oxford Road
Manchester, Manchester, M1 7ED
GBR

Northern Virginia Community Colleg
Attn: Managing Member/Bankruptcy D
15200 Neabsco Mills Road
Woodbridge, VA 22191

Northrop Grumman UK Limited
Attn: Managing Member/Bankruptcy Dept.
Cheltenham House, Clarence Street
Cheltenham, Gloucestershire GL50 3JR
United Kingdom

Northrop Grumman UK Limited
Attn: Managing Member/Bankruptcy Dept.
Cheltenham House, Clarence Street
Cheltenham, Gloucestershire, GL50 3JR
GBR

Northwest Florida State College
Attn: Managing Member/Bankruptcy D
100 College Boulevard E
Niceville, FL 32578-1347

Northwest Vista College
Attn: Managing Member/Bankruptcy Dept.
Pecan Hall 205, 3535 N Ellison Dr
San Antonio, TX 78251-4217

Northwestern Mutual (AWS)
Attn: Managing Member/Bankruptcy
720 E Wisconsin Ave
Milwaukee, WI 53202-4703

Northwestern Mutual (XvM)
Attn: Managing Member/Bankruptcy
720 E Wisconsin Ave
Milwaukee, WI 53202-4703

Northwestern State University
Attn: Managing Member/Bankruptcy Dept.
101E Russell Hall
Natchitoches, LA 71497

Notion Labs, Inc.
Attn: Managing Member/Bankruptcy
2300 Harrison Street,
San Francisco, CA 94110

Nterone
Oficina C6 Avenida Lope
de Vega Torre Novocentro Piso 3
Santo Domingo de Guzm n
Distrito Nacional 10150

NTT Communications Corporation
Attn: Managing Member/Bankruptcy Dept.
Otemachi Place West Tower, 2-3-1 Otemachi
Chiyoda-Ku, Tokyo 100-8019
Japan

NTT DATA Chile Centers Ltda
Attn: Managing Member/Bankruptcy Dept.
Rosario Norte 532
Las Condes, Metropolitana de Santiago 75
Chile

NTT DATA Chile S.A.
Attn: Managing Member/Bankruptcy D
Rosario Norte 532 , Piso 19
Las Condes, Metropolitana de Santia 75
Chile

NTT DATA Group Corporation - HR
Attn: Managing Member/Bankruptcy Dept.
Toyosu Center Bldg. 3-3-3 Toyosu
Koto-ku, Tokyo 135-6033
Japan

NTT DATA INTELLILINK Corporation
Attn: Managing Member/Bankruptcy Dept.
3F, 1-15-7 Tsukishima
Chuo-Ku, Tokyo 104-0052
Japan

NTT DATA ITALIA SPA - EMEA
Attn: Managing Member/Bankruptcy D
Via E. Calindri 4
Milano, Lombardia 20143
Italy

NTT DATA SPAIN S.L.U
Attn: Managing Member/Bankruptcy Dept.
Camino Fuente de la Mora 1, 28050
Madrid 28050
Spain

NTT Technocross Corp
Attn: Managing Member/Bankruptcy Dept.
4-4-5 Minatomirai
Yokohama-Shi Nishi-Ku,
JapKanagawa 220-0012

NTUC LearningHub
Attn: Managing Member/Bankruptcy D
NTUC Trade Union House,
73 Bras Basah Road, #02-01
Singapore 189556

Nubiral S.A.
Attn: Managing Member/Bankruptcy Dept.
La Pampa N  1512 Piso 16
CABA 1428
Argentina

Nubity Cloud Sapi de CV
Attn: Managing Member/Bankruptcy Dept.
Insurgentes Sur 318
Ciudad de Mexico 6700
Mexico

O2H UG
Attn: Managing Member/Bankruptcy D
Senefelderstr. 32
Berlin 10437
Germany

Oblivion Cloud Control b.v.
Attn: Managing Member/Bankruptcy Dept.
Meester van Rhemenslaan 3
Apeldoorn, Gelderland 7316 AJ
The Netherlands

Oceanet Technology
Attn: Managing Member/Bankruptcy Dept.
2 Impasse Jos phine Baker
Saint-Herblain, Loire-Atlantique 44800
France

OCTO TECHNOLOGY
Attn: Managing Member/Bankruptcy D
34 avenue de l'op ra
Paris, Ile de France 75002
France

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

Officeworks Ltd
Attn: Managing Member/Bankruptcy
236-262 East Boundary Rd
Bentleigh East VIC  3165
Austrilia

Old Mutual Insure IT
Attn: Managing Member/Bankruptcy Dept.
Wanooka Place St Andrews Road
City of Johannesburg, Gauteng, 2193
ZAF

Olympia High School
Attn: Managing Member/Bankruptcy D
111 Bethel St NE
Olympia, WA 98506-4365

OMICRONE
Attn: Managing Member/Bankruptcy Dept.
11 Rue du Renard
La Garenne-Colombes
Hauts-de-Seine 92250

onepoint
Attn: Managing Member/Bankruptcy Dept.
29 rue des Sablons
Paris 75116
France

Open
Attn: Managing Member/Bankruptcy D
10 Rue Lavoisier
Montbonnot-Saint-Martin, Is re 38330
France

Open Stream,Inc.
Odakyu Dai-Ichi Seimei Building 9f,
2-7-1 Nishishinjuku
Shinjuku-Ku, Tokyo 163-0709
Japan

Opportunities for a Better Tomorrow
Attn: Managing Member/Bankruptcy Dept.
18 UNIT10NE, 882 3rd Ave Unit 10
Brooklyn, NY 11232-1902

opswerks
Attn: Managing Member/Bankruptcy D
9TH Floor , Greenfield Tower
Mandaluyong City, Metro Manila 155
Philippines

Optima Training & Consultancy Ltd
Attn: Managing Member/Bankruptcy Dept.
Unit 79, Greenway Business Centre
Harlow, Essex CM19 5QE
United Kingdom

OptionFactory SRL
Attn: Managing Member/Bankruptcy Dept.
Viale Bianca Maria 24
Milano, Lombardia, 20129
ITA

Optum
Attn: Managing Member/Bankruptcy D
45-4683454
Eden Prairie, MN 55344

Oracle America Inc. (NetSuite)
Attn: Managing Member/Bankruptcy Dept.
2300 Prac;e Wau
Austin, TX 78741

Orange Business Services U.S., Inc.
Attn: Managing Member/Bankruptcy Dept.
100 Galleria Parkway SE Ste 300
Atlanta, GA 30339-3122

Orange Tunisie
Attn: Managing Member/Bankruptcy D
Centre Urbain Nord, Immeuble OranTu
Tunis 2046
Tunisia

Ordina Technologie & Competenties BV
Attn: Managing Member/Bankruptcy Dept.
Ringwade 1
Nieuwegein, Utrecht, 3439 LM
NLD

Oregon Department of Revenue
Attn: Managing Member/Bankruptcy
955 Center St NE
Salem, OR 97301-2555

ORIX Life Insurance Corporation
4-7-7 Higashi-Ikebukuro,
Sumitomofudosan Ikebukuro-Higashi B
Toshima-ku, Tokyo 170-0013
Japan

Overnet Solutions srl
Attn: Managing Member/Bankruptcy Dept.
Strada 4 Palazzo Q5 Milanofiori
Rozzano, Lombardia, 20089
ITA

OVO Energy
Attn: Managing Member/Bankruptcy Dept.
Temple Quay, 1 Rivergate
Bristol BS1 6EW
United Kingdom

Ozarks Technical Community Colleg
Attn: Managing Member/Bankruptcy
1001 E Chestnut Expr.
Springfield, MO 65802

PAIR Finance GmbH
Attn: Managing Member/Bankruptcy Dept.
Hardenbergstr. 32
Berlin, Berlin, 10623
DEU

Palo Alto Networks
Attn: Managing Member/Bankruptcy
3000 TANNERY WAY
Santa Clara, CA 95054-2832

PandaDoc, Inc.
Attn: Managing Member/Bankruptcy
3739 Balboa St #1083,
San Francisco, CA 94121

Pandata, LLC
Attn: Managing Member/Bankruptcy Dept.
2515 Jay Ave Ste 101
Cleveland, OH 44113-3098

Parsectix
Attn: Managing Member/Bankruptcy Dept.
Vouliagmenis 3
Strovolos, Lefkosia, 2033
CYP

Pax Technology Inc
Attn: Managing Member/Bankruptcy D
8775 Baypine Rd
Jacksonville, FL 32256-8528

Payactiv, Inc.
Attn: Managing Member/Bankruptcy Dept.
400 N McCarthy Blvd
Milpitas, CA 95035-9100

Paylocity
Attn: Managing Member/Bankruptcy
2107 Livingston Street Suite C
Oakland, CA 94606

Payments Network Malaysia Sdn B
Attn: Managing Member/Bankruptcy D
Tower 2A, Avenue 5, Bangsar South
Jalan Kerinchi, Kuala Lumpur, 59200
MYS

Paysafe Bulgaria EOOD
Attn: Managing Member/Bankruptcy Dept.
90 Tsarigradsko shose blvd.
Sofia, Sofia, 1784
BGR

PC Assist Co., Ltd.
Attn: Managing Member/Bankruptcy Dept.
1-7-1 Nishishinjuku
Shinjuku-Ku, Tokyo 154-0014
Japan

Pearson Education, Inc
Attn: Managing Member/Bankruptcy
5601 Green Valley Drive
Minneapolis, MN 55437-1099

Pendo.io, Inc.
Attn: Managing Member/Bankruptcy Dept.
150 Fayetteville Street, Suite 1400
Raleigh, NC 27601

Pennsylvania Dept of Revenue
Attn: Managing Member/Bankruptcy
1854 Brookwood St.,
Harrisburg, PA 17104

Peraton Navy Marine Corps Busine U
Attn: Managing Member/Bankruptcy
12975 Worldgate Drive
Herndon, VA 20170-6008

Peters, Revnew, Kappenman
& Anderson, P.A.
Attn: Managing Member
7350 Metro Blvd, Ste 500
Minneapolis, MN 55439

Phakamo Tech
563 Old Pretoria Road
Midrand Business Park
City of Johannesburg, Gauteng, 1685
ZAF

Phoenix TS
Attn: Managing Member/Bankruptcy D
10420 Little Patuxent Parkway Ste 5
Columbia, MD 21044-3545

Pitman Training Center
Attn: Managing Member/Bankruptcy Dept.
Kuwait
Kuwait, Kuwait, 19300
KWT

Planview ULC
Attn: Managing Member/Bankruptcy Dept.
2360-555 Hastings St W
Vancouver, BC V6B 4N6
Canada

PLB Consultant
Attn: Managing Member/Bankruptcy D
3-5 rue Maurice Ravel
Levallois, Ile de France 92300
France

Pluralsight
Attn: Managing Member/Bankruptcy
42 Future Way,
Draper, UT 84020

Politeknik Negeri Batam
Politeknik Negeri Batam Batam Ctr
Jalan Ahmad Yani, Tlk
Batam, Kepulauan Riau, 29461
IDN

POMILIO BLUMM SRL
Attn: Managing Member/Bankruptcy D
Via Venezia N  4
Pescara, Abruzzo, 65121
ITA

Pominville
Attn: Managing Member/Bankruptcy
3 Carroll Ln
New Paltz, NY 12560-4263

Pongo Tech OU
Attn: Managing Member/Bankruptcy Dept.
Sepapaja 6
Tallinn, Harjumaa 11415
Estonia

POSTMAN INC.
Attn: Managing Member/Bankruptcy
201 Mission Street, Suite 2375,
San Francisco, CA 94105

Powerling Inc.
Attn: Managing Member/Bankruptcy
1 Broadway Ste 14
Cambridge, MA 02142-1187

PowerSchool Group LLC
Attn: Managing Member/Bankruptcy Dept.
150 Parkshore Drive
Folsom, CA 95630

Precisely Software Incorporated
Attn: Managing Member/Bankruptcy D
1700 District Avenue
Burlington, MA 01803-5230

Presidio Inc.
Attn: Managing Member/Bankruptcy Dept.
10 Sixth Rd.
Woburn, MA 01801

Pricewaterhousecoopers
Attn: Managing Member/Bankruptcy Dept.
5 Silo Square, V&A Waterfront
Cape Town, Western Cape, 8002
ZAF

PricewaterhouseCoopers
GmbH Wirtschaftspr fungsgesellscha
Friedrich-Ebert-Anlage 35-37
Frankfurt am Main, Hessen, 60327
DEU

PricewaterhouseCoopers Consulting
Attn: Managing Member/Bankruptcy Dept.
1 International Twrs
Barangaroo, NSW, 2000
AUS

PricewaterhouseCoopers GLSC
Attn: Managing Member/Bankruptcy Dept.
18 York St Suite 2600
Toronto, ON M5J 0B2
Canada

PricewaterhouseCoopers IT (Shangh C
Attn: Managing Member/Bankruptcy
Floor 6 Bldg B, Xiang 2889 Jinkelu, P
Shanghai 201203
China

PricewaterhouseCoopers LLP 0921
Attn: Managing Member/Bankruptcy Dept.
18 York Street
Toronto, Ontario, M5J 0B2
CAN

PricewaterhouseCoopers Services Ltd
Attn: Managing Member/Bankruptcy Dept.
PO Box 7638
Birmingham B3 2DU
United Kingdom

PricewaterhouseCoopers, LLP
Attn: Managing Member/Bankruptcy D
400 Campus Dr., Ste. 110
Florham Park, NJ 07932

PricewaterhouseCoopers, LLP
Attn: Managing Member/Bankruptcy Dept.
400 Campus Drive
Florham Park, NJ 07932

Prima AD
Attn: Managing Member/Bankruptcy Dept.
ul. Orehova Gora 42A
Sofia, Sofia-Grad, 1404
BGR

Prince George's Community College
Attn: Managing Member/Bankruptcy D
301 Largo Rd
Upper Marlboro, MD 20774-2109

Principal Financial Group
Attn: Managing Member/Bankruptcy Dept.
The Linen Loft, 27-37 Adelaide Street
Belfast, Antrim BT2 8FE
United Kingdom

Principal Financial Group
Attn: Managing Member/Bankruptcy Dept.
711 High Street
Des Moines, IA 50392-0001

Productdock AG
Attn: Managing Member/Bankruptcy D
K penicker Str. 31
Berlin, Berlin, 10179
DEU

Progress Software Corporation
Attn: Managing Member/Bankruptcy
PO Box 84-5828
Boston, MA 02284

Project Management Institute
Attn: Managing Member/Bankruptcy
14 Campus Blvd,
Newtown Square PA

Promozation LLC
Attn: Managing Member/Bankruptcy
2541 N Pleasantburg Dr Ste S #258
Greenville, SC 29609-2728

Propertyguru Pte Ltd
Attn: Managing Member/Bankruptcy Dept.
Paya Lebar Link
Singapore 408533

ProTrain, LLC
Attn: Managing Member/Bankruptcy Dept.
2621 Bradford Grove Place
Raleigh, NC 27606

Proz Educa o
Attn: Managing Member/Bankruptcy D
Conjunto 33, Avenida Pedroso de M
S o Paulo, SP 05419-000
Brazil

PSTB
Attn: Managing Member/Bankruptcy
41 Rue Chanzy
Paris

PT Mastersystem Infotama Tbk
Sudirman 7.8 Tower 1; 25th Floor,
Jl. Jend. Sudirman Kav.7-8
Jakarta Pusat 10220
Indonesia

PT Orbit Ventura Indonesia
Attn: Managing Member/Bankruptcy D
Jakarta
Jakarta, DKI 12950
Indonesia

PT. Innovation Cloud Services
Menara Caraka (Ex Cohive 101) Lt. 7,
Jl. Dr. Ide Anak Agung Gde Agung Lot E4-
No. 1 Rt. 05/Rw. 02 Kuningan Timur,
Jakarta Selatan, 12950  Indonesia

PT. Metrodata Electronics tbk
Apl Twr Suite 3 Fl 37, Jalan Letjen.
S. Parman Kav 28, Jakarta Barat,
Daerah Khusus Ibukota Jakarta 11470
Indonesia

Public Consulting Group, LLC
Attn: Managing Member/Bankruptcy D
148 State St Fl 10
Boston, MA 02109-2510

PubNub
Attn: Managing Member/Bankruptcy Dept.
95 3rd Street
San Francisco, CA 94103-3103

PULSOVER
Attn: Managing Member/Bankruptcy Dept.
9 Rue des Colonnes
Paris 75002
France

PVcase
Attn: Managing Member/Bankruptcy D
Bok to g. 6
Vilnius 1126
Lithuania

PwC Consulting LLC - Japan
Attn: Managing Member/Bankruptcy Dept.
Otemachi One Tower,1-2-1 Otemachi
Chiyoda-ku, Tokyo 100-0004
Japan

PwC Global Licensing Services Corporatio
Attn: Managing Member/Bankruptcy Dept.
18 York St Suite 260
Toronto, ON, M5J 0B2
CAN

QA LIMITED
Attn: Managing Member/Bankruptcy
Islington House, Brown Lane West
Leeds LS12 6BH
United Kingdom

QA Ltd
Attn: Managing Member/Bankruptcy
1ST Floor, 2 Brewery Place
Leeds, Leeds LS10 1NE
United Kingdom

QA Ltd
International House, 3rd Floor
1st Katharines Way
London, E1W 1UN
United Kingdom

QA Ltd
Attn: Managing Member/Bankruptcy
1ST Floor, 2 Brewery Place
Leeds LS10 1NE
United Kingdom

QinetiQ
Attn: Managing Member/Bankruptcy Dept.
Qinetiq, St. Andrews Road
Malvern, Worcestershire WR14 3PS
United Kingdom

Qnesis Ltd
Attn: Managing Member/Bankruptcy Dept.
63-66 Hatton Garden
London, Camden EC1N 8LE
United Kingdom

QNET Joint Stock Company
Level 14th Vtc Online Building
18 Tam Trinh Str, Hoang Mai Dist
H  N?i, H  N?i 10000
Vietnam

Qonqord BV
Attn: Managing Member/Bankruptcy Dept.
Witte Kruislaan 55
Hilversum, Noord-Holland 1217 AM
The Netherlands

qSkills GmbH & Co. KG
Attn: Managing Member/Bankruptcy Dept.
S dwestpark 65
N rnberg, Bavaria, 90449
DEU

Quadrasystems.net
No 45 , Srinivasa Towers
Gandhipuram. 100 Feet Road.
Coimbatore, Tamil Nadu, 641012
IND

Qualys Ltd
Attn: Managing Member/Bankruptcy
Green Park 100 Brook Drive
Reading Berks. RG2 6UJ
United Kingdom

Quantiphi Inc
Attn: Managing Member/Bankruptcy Dept.
33 Boston Post Road West Ste 600
Marlborough, MA 01752-1829

Quantori
Attn: Managing Member/Bankruptcy D
1 Broadway
Cambridge, MA 02142-1100

Quickstart Technologies, Inc
Attn: Managing Member/Bankruptcy Dept.
1101 S Capital of TX HWY, Suit J200
Austin, TE 78746

Quintor B.V.
Attn: Managing Member/Bankruptcy Dept.
Ubbo Emmiussingel 112
Groningen, Groningen, 9711 BK
NLD

Quintrix Solutions, Inc.
Attn: Managing Member/Bankruptcy D
1095 Morris Avenue Ste 101
Union, NJ 07083-7170

Rackspace Germany GmbH
Attn: Managing Member/Bankruptcy Dept.
Maximiliansplatz 22
M nchen, Oberbayern 80333
Germany

Rackspace US, Inc
Attn: Managing Member/Bankruptcy Dept.
1 Fanatical Place
San Antonio, TX 78218

Radix U.S.LLC
Attn: Managing Member/Bankruptcy D
820 Gessner Rd Ste 875
Houston, TX 77024-4480

Railsware Products Studio, Inc. (Mailtra
Attn: Managing Member/Bankruptcy
118 Coalpit Hill Road,
Danbury, CT 06810

Rajamahendri Institute of Engineering
and Technology
Pidimgoyya Bhoopalapatnam
Rajahmundry, Andhra Pradesh 533107
India

Rajamangala University of Technolo
Attn: Managing Member/Bankruptcy D
6 Thani, 39 Moo 1 Klong, Pathum
Thanyaburi, Pathum Thani 12110
Thailand

Rajeev Gandhi Memorial College of
Engineering and Technology
Nerawada 'X' Roads
Nandyal, Andhra Pradesh 518501
India

Randstad Digital Germany AG
Attn: Managing Member/Bankruptcy Dept.
Christoph-Rapparini-Bogen 29
M nchen, Oberbayern 80639
Germany

Randstad Digital, LLC
Attn: Managing Member/Bankruptcy D
3625 Cumberland Blvd SE Ste 600
Atlanta, GA 30339-6406

Ranken Technical College
Attn: Managing Member/Bankruptcy Dept.
4431 Finney Ave
St. Louis, MO 63113

RCM A/C
10th, 1012 Corporate Avenue, Sodawala La
Pahadi Goregaon East,
Mumbai 27-MH 400063, India
India

Recube Srl
Attn: Managing Member/Bankruptcy D
Via Cunfida 35
Roma, Lazio 195
Italy

Red Canary
Attn: Managing Member/Bankruptcy Dept.
601 19th Street Ste 900
Denver, CO 80202-3823

Redington Gulf FZE
Attn: Managing Member/Bankruptcy Dept.
Plot No S30902 , Jebel Ali Free Zone Po
Dubai 17266
United Arab Emirates

Regus Management Group, LLC
Attn: Managing Member/Bankruptcy D
15305 Dallas Pkwy., Ste. 400
Addison, TX 75001

Regus Management Group, LLC
Attn: Managing Member/Bankruptcy
Delflandlaan 1,
1062 EA Amsterdam,
Netherlands

Regus Pune Metro Bus Ctr Pvt Ltd
Attn: Managing Member/Bankruptcy
Level IV, Prabhavee Tech Park,
Baner, Pune 411045, India
India

RELUTECH COMPANY - NERD RA
Attn: Managing Member/Bankruptcy
22 Tech Pkwy
Norcross, GA 30092

Remote Europe Holding BV
Attn: Managing Member/Bankruptcy Dept.
Kraijenhoffstraat 137A
Amsterdam 1018RG
The Netherlands

REPLY
Attn: Managing Member/Bankruptcy Dept.
Corso Francia 110
Torino, Piemonte 10143
Italy

Republic Polytechnic
Attn: Managing Member/Bankruptcy D
9 Woodlands Avenue 9, Republic Po
Singapore 738964

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

Resource Management Concepts
Attn: Managing Member/Bankruptcy Dept.
46970 Bradley Blvd Ste B
Lexington Park, MD 20653-2224

Rev
Attn: Managing Member/Bankruptcy
1717 West 6th Street #310,
Austin, TX 78703

RF PS Belgium
Attn: Managing Member/Bankruptcy D
Avenue Louise 65
Bruxelles, Bruxelles-Capitale 1050
Belgium

Ripple
Attn: Managing Member/Bankruptcy Dept.
274 Holman Way Apt 3D
Golden, CO 80401-5182

Robust IT Ltd
Attn: Managing Member/Bankruptcy Dept.
Kao Hockham Building, Edinburgh Way
Harlow, Essex CM20 2NQ
United Kingdom

RoundClock Legal Support Services
333, I Wing, Rock Enclave CHSL
,Sahyadri Nagar, Hindustan Naka
Kandivali West Mumbai 400 067
India

RS Components
Attn: Managing Member/Bankruptcy
Lammas Road
Corby, Northamptonshire NN175JF
United Kingdom

RSM Brasil
2160, ALAMEDA ARAGUAIA 16
ANDAR ALPHAVILLE INDUSTRIAL -
BARUERI - SP - 06455000 CNPJ

rsted Services A/S
Attn: Managing Member/Bankruptcy D
Nesa All 1
Gentofte, Hovedstaden 2820
Denmark

Rubric Legal, LLC
Attn: Managing Member/Bankruptcy Dept.
111 Third Ave. S., Suite 110
Minneapolis, MN 55401

S.R.O.
Attn: Managing Member/Bankruptcy
Moldavsk cesta 8b, 040 11 Ko ice, Slova

SAAJE ENGINEERING & CONSUL
Attn: Managing Member/Bankruptcy D
L Makepe Bloc
Douala, Littoral,
CMR

Safety io GmbH
Attn: Managing Member/Bankruptcy Dept.
Franz-Ehrlich-Str. 9
Berlin 12489
Germany

SAINT KRAFTS
B-20, Okhla Industrial Area Phase - 2
New Delhi 07-DL 110020
India

Saint Louis University - Workforce C
Attn: Managing Member/Bankruptcy D
3545 Lindell Blvd. 2nd, Floor
St. Louis, MO 63103

Saint Martin's University
Attn: Managing Member/Bankruptcy Dept.
5000 Abbey Way SE
Lacey, WA 98503-3200

Sajjad Haider & Associates
Office 7A, Dubai Creek Tower,
Deira Bani Yas Road
Dubai
United Arab Emirates

Salesforce
Attn: Managing Member/Bankruptcy D
1574 Lexington Lane
Pleasanton, CA 94566-3266

Samduk Accounting Corporation
Attn: Managing Member/Bankruptcy
Nexia Global Office
71 Kingsway, WC2B 6ST
United Kingdom

samecon GmbH & Co. KG
Attn: Managing Member/Bankruptcy Dept.
Mergenthalerallee 77
Eschborn, Darmstadt 65760
Germany

SAMSUNG ELECTRONICS POLSKA
Attn: Managing Member/Bankruptcy D
ul. Post?pu 14
Warszawa 02-676
Poland

SAMSUNG SDS
Attn: Managing Member/Bankruptcy Dept.
125 Olympic-ro 35-gil
Seoul, Seoul, 5510
KOR

San Diego/Imperial
Attn: Managing Member/Bankruptcy
1313 Park Boulevard
San Diego, CA 92101-4712

San Jacinto College
Attn: Managing Member/Bankruptcy D
4624 Fairmont Pkwy
Pasadena, TX 77504-3323

Sandip Umbarje
Attn: Managing Member/Bankruptcy
1 Morse Ave Apt 1
Rutherford, NJ 07070-1228

Sanofi
Attn: Managing Member/Bankruptcy Dept.
55 Corporate Drive
Bridgewater, NJ 08807-1265

Santa Ana College
Attn: Managing Member/Bankruptcy D
1530 W. 17th Street
Santa Ana, CA 92706

Santa Monica Community College
Attn: Managing Member/Bankruptcy Dept.
1900 Pico Blvd.
Santa Monica, CA 90405

SC Mondo IT Global Services SRL
Strada Banu Antonache Nr 45-47
Ro29473740 Ro29473740
Bucuresti 11663
Romania

ScaleCapacity, Inc.
Attn: Managing Member/Bankruptcy D
303 N Glenoaks Blvd Ste 200
Burbank, CA 91502-1118

Schneider Electric
Attn: Managing Member/Bankruptcy Dept.
70 Mechanic St
Foxboro, MA 02035-2040

Scott Logic
Attn: Managing Member/Bankruptcy Dept.
The Lumen, St. James Boulevard
Newcastle Upon Tyne NE4 5BZ
Germany

SCSK Corporation
Attn: Managing Member/Bankruptcy D
3-2-20 Toyosu
Koto-Ku, Tokyo 135-8110
Japan

Securian
Attn: Managing Member/Bankruptcy Dept.
400 Robert Street North, A9-4936
Saint Paul, MN 55044

SEJDA.COM PDF
Attn: Managing Member/Bankruptcy
Amsterdam, North Holland,
Netherlands

Semos Computers Education Cente
Attn: Managing Member/Bankruptcy D
Bul. Kuzman Josifovski-Pitu No.19 L
Skopje, ??????? 1000
North Macedonia

Senai
Attn: Managing Member/Bankruptcy Dept.
Campinas Sp
Campinas, SP, 13036-210
BRA

SentinelOne, Inc.
Attn: Managing Member/Bankruptcy Dept.
444 Castro Street Ste 400
Mountain View, CA 94041-2053

Serverworks Co., Ltd.
Attn: Managing Member/Bankruptcy D
Masumoto Building 2f, 1-21 Agebach
Shinjuku-Ku, Tokyo 162-0824
Japan

Sewing Opportunity Never Ending
Attn: Managing Member/Bankruptcy Dept.
924 H St NE
Washington, DC 20002

SG Code Campus Pte Ltd
Attn: Managing Member/Bankruptcy Dept.
508 Bishan Street 11
Singapore 570508

Sharp Marketing Japan Corporation
Attn: Managing Member/Bankruptcy D
Sharp Makuhari Building, 1-9-2 Naka
Chiba-Shi Mihama-Ku, Chiba 261-85
Japan

Shashank Suryanarayanan
Attn: Managing Member/Bankruptcy Dept.
43 Talbot St
Somerset, NJ 08873-4600

Shawn Belcourt
Attn: Managing Member/Bankruptcy
106 Harvestoak View NE
Calgary AB T3K 4Z5
Canada

Shenzhen Institute of Information T
Attn: Managing Member/Bankruptcy D
CHN

Siemens Industry Software Inc
Attn: Managing Member/Bankruptcy Dept.
5800 Granite Pkwy Ste 600
Plano, TX 75024-6612

Silpo-Food
Attn: Managing Member/Bankruptcy Dept.
Butlerova 1
Kyiv, Kyiv, 2090
UKR

Simform
Attn: Managing Member/Bankruptcy D
111 North Orange Ave Ste 800
Orlando, FL 32801-2381

Simplex Holdings, Inc.
Toranomon Hills Mori Tower 19th
1-23-1 Toranomon
Minato-Ku, Tokyo, 105-6319
JPN

Sinet Creative Limited
Attn: Managing Member/Bankruptcy Dept.
7A Holyrood Close
Cambridge, Cambridgeshire CB4 3NE
United Kingdom

Singapore Institute of Management
Attn: Managing Member/Bankruptcy D
461 Clementi Road
Singapore 599491

Singapore Management University
Attn: Managing Member/Bankruptcy Dept.
80 Stamford Road, Singapore Mgmt Universi
Singapore 178902

Singapore University of Social Sciences
Attn: Managing Member/Bankruptcy Dept.
463 Clementi Road
Singapore 599494

Sistran Inform tica
Attn: Managing Member/Bankruptcy D
Rua Doutor Geraldo Campos Moreir24
S o Paulo, SP 04571-020
Brazil

Siuprem, Inc. | ABC Insurance Services
Attn: Managing Member/Bankruptcy
2708 Airport Rd,
Dalton, GA 30721

SK m&service
Attn: Managing Member/Bankruptcy Dept.
16F, 34, Supyo-ro
Seoul, Seoul, 4555
KOR

Skenzich Homeworks, LLC
Attn: Managing Member/Bankruptcy
11917 Magnolia St NW,
Coon Rapids, MN 55448-2203

Skill Growth USA (D.C.)
Attn: Managing Member/Bankruptcy Dept.
1616 H St NW Ste 820
Washington, DC 20006-4917

Skill Soft(Global knowledge)
Attn: Managing Member/Bankruptcy Dept.
Dubai KnowledgeVillage, Block2A - F68
Dubai, 500716
United Arab Emirates

SkillStorm Commercial Services LLC
Attn: Managing Member/Bankruptcy D
6418 NW 5th Way
Fort Lauderdale, FL 33309

SkillStorm Commercial Services, LLC
Attn: Managing Member/Bankruptcy Dept.
10151 Deerwood Park Blvd Bldg 425
Jacksonville, FL 32256-0566

Skwasrid Services Pty Ltd
Attn: Managing Member/Bankruptcy Dept.
PO BOX 7306
Kaleen, ACT 2617
Australia

Slack
Attn: Managing Member/Bankruptcy
415 Mission St, 3rd Floor
San Francisco, CA 94105

Smarsh Inc
Attn: Managing Member/Bankruptcy Dept.
851 SW 6th Ave Ste 800
Portland, OR 97204-1322

Smart Software Solutions, Inc
Attn: Managing Member/Bankruptcy Dept.
108 S Pierre St
Pierre, SD 57501-3119

SNCF CONNECT AND TECH SER
Attn: Managing Member/Bankruptcy D
2 place de la Defense
Courbevoie, Nanterre  92300
France

So-Media Productions Ltd
Attn: Managing Member/Bankruptcy Dept.
25 Wilton Road
London, Greater London, SW1V 1LW
GBR

SOCIETY FOR HUMAN RESOURCE
Attn: Managing Member/Bankruptcy
1800 Duke Street,
Alexandria, VA 22314

Softchoice Corporation
Attn: Managing Member/Bankruptcy D
314 W Superior St #400
Chicago, IL 60654

Software Brokers of America Inc
Attn: Managing Member/Bankruptcy Dept.
10310 NW 121 ST Way, Suite 100
Medley, FL 33178

SOFTWAREONE AG
Neue Winterthurerstrasse 82 (4. Og)
Neue Winterthurerstrasse 82 (4. Og) 8302
Stans, Nidwalden, 6370
CHE

SoftwareONE Deutschland GmbH
Attn: Managing Member/Bankruptcy D
Blochstr. 1
Leipzig, Leipzig, 4329
DEU

SoftwareONE UK Ltd
Attn: Managing Member/Bankruptcy Dept.
41-47 Hartfield Road
London, Merton SW19 3RQ
United Kingdom

Solutia Digital Health S.L.
Attn: Managing Member/Bankruptcy Dept.
Calle Americo Vespucio 35
Sevilla 41092
Spain

SonarSource
Attn: Managing Member/Bankruptcy
PO Box 765
1215 Geneva, Switzerland

Sonatafy Technology LLC
Attn: Managing Member/Bankruptcy Dept.
14362 N Frank Lloyd Wright Blvd Ste 1000
Scottsdale, AZ 85260-8847

Sonos Inc.
Attn: Managing Member/Bankruptcy Dept.
301 Coromar Drive
Goleta, CA 93117-3286

Sophos Solutions
Cranberry Business Park, #200
300 3159, Unionville Rd
Cranberry Township, PA 16066

Sopra Steria Group
Attn: Managing Member/Bankruptcy Dept.
1 Rue Serpentine
Courbevoie, Hauts-de-Seine 92400
France

Sopra Steria Polska Sp. z o. o.
Attn: Managing Member/Bankruptcy Dept.
ul. Uniwersytecka 13
Katowice, Katowice 40-007
Poland

South African Revenue Service
Attn: Managing Member/Bankruptcy
299 Bronkhorst Street,
South Africa

South College
Attn: Managing Member/Bankruptcy Dept.
3904 Lonas Drive
Knoxville, TN 37909-3323

Southern Connecticut State University
Attn: Managing Member/Bankruptcy Dept.
501 Crescent Street
New Haven, CT 06515-1330

Southern University Baton Rouge
Attn: Managing Member/Bankruptcy D
Clark Admin Building, PO Box 9534 Fs
Baton Rouge, LA 70813

Southwest Business Corporation
Attn: Managing Member/Bankruptcy Dept.
4300 Centerview
San Antonio, TX 78228-1533

Sowela Technical Community College
Attn: Managing Member/Bankruptcy Dept.
3820 Sen J Bennett Johnston Ave
Lake Charles, LA 70615

Spark NZ Trading
Attn: Managing Member/Bankruptcy D
167 Victoria Street West
Auckland 1010
New Zealand

Sparta Global Limited
Attn: Managing Member/Bankruptcy Dept.
125 London Wall
London, Middlesex EC2Y 5AS
United Kingdom

Spectrum Networks DMCC
Unit No: 2902-C , Mazaya Business Avenue
Bb2 Plot No: Jlte-Ph2-Bb2 Jumeirah Lakes
Dubai
United Arab Emirates

Splunk, Inc - AWS
Attn: Managing Member/Bankruptcy D
250 Brannan Street
San Francisco, CA 94107-2784

SpringPeople Software Private Limited
Attn: Managing Member/Bankruptcy Dept.
212 Palm Avenue , Green Glen Layout
Bengaluru, Karnataka 560103
India

SpringPeople Software Private Limited
Attn: Managing Member/Bankruptcy Dept.
212 Palm Avenue , Green Glen Layout
Bengaluru, Karnataka, 560103
IND

SQUARENET Corp
Attn: Managing Member/Bankruptcy Dept.
8-GI1, 4f 6 Dogok -ro
Gangnam-gu, Seoul 6259
Korea

SSP Limited
Attn: Managing Member/Bankruptcy Dept.
Fourth Floor D Mill, Dean Clough
Halifax, West Yorkshire, HX3 5AX
GBR

St. Vrain Valley School District
Attn: Managing Member/Bankruptcy Dept.
33 Quail Road
Longmont, CO 80501-8604

STANDARD BANK ANGOLA, SA
Attn: Managing Member/Bankruptcy Dept.
Inara Business Park Talatona
Luanda
Angola

Sterlite Technologies Ltd
Block # 2,3, Magnet Corporate Park
Nr. Sola Flyover, Thaltej
Ahmedabad, Gujarat, 380059
IND

Stichting ITvitae Learning
Attn: Managing Member/Bankruptcy Dept.
Daam Fockemalaan 22
Amersfoort, Utrecht 3818 KG
The Netherlands

Sudit K. Parekh & Co. LLP
6-3-249/3/1 SSK Building,
Ranga Raju Lane, Road No. 1
Banjara Hills, Hyderabad 500034
India

Sufle Teknoloji Ar Ge Ltd Sti
Attn: Managing Member/Bankruptcy Dept.
Talat Pa?a Cad. No:5/1
Bah elievler, ?stanbul 34180
Turkey

Sureskills Ltd
Attn: Managing Member/Bankruptcy Dept.
1-4 Terminus Mills, Clonskeagh Road
Dublin 6, Dublin D06 VY62
Ireland

Survey Monkey
Attn: Managing Member/Bankruptcy
910 Park Pl, Suite 300,
San Mateo, CA 94403

Symbio Holdings
Attn: Managing Member/Bankruptcy Dept.
L 3 580 George St
Sydney, NSW, 2000
AUS

Syndicode Inc
Attn: Managing Member/Bankruptcy Dept.
490 Post St Ste 526
San Francisco, CA 94102-1406

Systex Corporation
Attn: Managing Member/Bankruptcy Dept.
14F, No.99, Fuxing N. Rd.,
Taipei, Taiwan 105
China

T V Rheinland Akademie GmbH
Attn: Managing Member/Bankruptcy Dept.
Am Graun Stein
K ln 51105
Germany

T. Rowe Price Associates, Inc.
Attn: Managing Member/Bankruptcy
4515 Painters Mill Rd
Owings Mills, MD 21117-4903

Tajamar
Attn: Managing Member/Bankruptcy Dept.
Pio Felipe, 12
Madrid 28038
Italy

Talan Corporate
Attn: Managing Member/Bankruptcy Dept.
14 Rue Pergol se
Paris, Ile de France 75116
France

Talan Tunisie Consulting
10 rue de l' nergie solaire
Impasse n 1 Cedex 2035 Charguia 1
Tunis, Tunisie, 2035
TUN

SQBI
Attn: Managing Member/Bankruptcy D
166 Rue Jules Guesde
Levallois-Perret, Hauts-de-Seine, 923
FRA

ST Engineering e-Services Pte Ltd
Attn: Managing Member/Bankruptcy D
1 Ang Mo Kio Electronics Park Rd. #0
ST ENGINEERING HUB
Singapore 567710

Statista GmbH
Attn: Managing Member/Bankruptcy D
Johannes-Brahms-Platz 1
Hamburg 20355
Germany

Stratus Grid
Attn: Managing Member/Bankruptcy D
HQ, 100 Cherokee Blvd Ste 309
Chattanooga, TN 37405-3886

Sumadi Global B.V.
Attn: Managing Member/Bankruptcy D
Barbara Strozziliaan 201
Amsterdam, North Holland, 1083HN
NLD

Sylwia Gargula-Ko?acz
Attn: Managing Member/Bankruptcy
ul. Krakowska 368
Zabierz w, Krakowski  32-080
Poland

Synechron Inc
Attn: Managing Member/Bankruptcy D
11 Times Square, Ste. 3301
New York, NY 10036-6600

T-Systems International GmbH PG6
Attn: Managing Member/Bankruptcy D
Hahnstr. 43
Frankfurt am Main, Darmstadt 60528
Germany

TALAN CORPORATE
Attn: Managing Member/Bankruptcy D
21 rue Dumont D'Urville
Paris, Ile de France 75116
France

Talentlabs Limited
Room 2 Level 5 Core F Cyberport 3
100 Cyberport Road
Telegraph Bay,
Hong Kong

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

Tameshi Inv. Sp. z o.o.
Attn: Managing Member/Bankruptcy Dept.
Sienkiewicza 59
? d?, Wielkopolska 90-009
Poland

TATA Consultancy Services (TCS)
Attn: Managing Member/Bankruptcy Dept.
Gitanjali Park-Sez, It/Ites, Sez, Plot-I
New Town, Rajarhat, West Bengal, 700156
IND

Tata Consultancy Services Japan, LT
Attn: Managing Member/Bankruptcy D
3-1-1 Roppongi
Minato-Ku, Tokyo 106-0032
Japan

TCS Teste e Consultoria em Software Ltda
Attn: Managing Member/Bankruptcy
Rua Engenheiro Roberto Fischer, 208,
81250-025, Curitiba-PR
Brazil

TD SYNNEX
Attn: Managing Member/Bankruptcy Dept.
410 E Rivulon Blvd Ste 201
Gilbert, AZ 85297-0099

TD SYNNEX BRAZIL Ltda
Avenida Alfredo Eg dio
de Souza Aranha, 100 Andar 10
S o Paulo, SP 04726-170
Brazil

TD SYNNEX CALA INC
Attn: Managing Member/Bankruptcy Dept.
3350 SW 148th Ave Ste 401
Miramar, FL 33027-3259

TD SYNNEX PERU S.A.C.
Attn: Managing Member/Bankruptcy Dept.
Avenida Larco Nro. 880
Miraflores, Lima 15074
Peru

Team Rockstars IT
Attn: Managing Member/Bankruptcy D
Lekkerbeetjesstraat 8
s-Hertogenbosch, Noord-Brabant 521A
The Netherlands

Tech Mahindra Limited
Plot No 01, Rajiv Gandhi Infotech Park P
Hinjewadi MIDC, SEZ
PUNE, Maharashtra 411057
India

Tech Mahindra Limited
Attn: Managing Member/Bankruptcy Dept.
Maharashtra
India

Tech Mahindra Limited
Plot No 01, Rajiv Gandhi Infotech PP
Hinjewadi MIDC, SEZ
PUNE, Maharashtra, 411057
IND

TechFit
Attn: Managing Member/Bankruptcy
1325 Winter St NE, Suite 107,
Minneapolis, MN 55413

TECHIA
Attn: Managing Member/Bankruptcy Dept.
No 21B Adisa Bashua,Surulere
Lagos 2340
Nigeria

Technest SL
Attn: Managing Member/Bankruptcy D
Avenida de Andalucia 30
Malaga, M laga 29007
Spain

Technisys
Attn: Managing Member/Bankruptcy Dept.
Dionisio Oribe 3071
La Blanqueada, Montevideo, 11600
URY

Technouts Technology Ltda
Attn: Managing Member/Bankruptcy
Av Prefeito Osmar Cunha, 416,
Sala 1108. Florianopolis, 88.015-100
Brazil

Techstarter GmbH
Attn: Managing Member/Bankruptcy D
Stadtdeich 2-4
Hamburg 20097
Germany

Tecky Academy Limited
Attn: Managing Member/Bankruptcy Dept.
14 Floor China Hong Kong Tower 8 Hennes
Hong Kong, Hong Kong,
HKG

tecRacer Germany GmbH
Attn: Managing Member/Bankruptcy Dept.
Vahrenwalder Str. 156
Hannover 30165
Germany

TEKSystems Global Services, LLC
Attn: Managing Member/Bankruptcy D
7437 Race Road
Hanover, MD 21076-1112

TELUS International (Cda) Inc.
Attn: Managing Member/Bankruptcy Dept.
510 West Georgia Street, 7th Floor
Vancouver, British Columbia V6B 0M3
Canada

Temasek Polytechnic
Attn: Managing Member/Bankruptcy Dept.
21 Tampines Avenue 1, Temasek Polytechn
Singapore 529757

TensorOps Consulting Services Ltd
Attn: Managing Member/Bankruptcy D
Psaron 4
Lefkosia 1025
Cyprus

Teodor Szurek kontratakuje
Attn: Managing Member/Bankruptcy Dept.
40/1
Wroc?aw 51-604
Poland

Texas Comptroller of Public Accts
Attn: Managing Member/Bankruptcy
PO Box 149348
Austin, TX 78714

Thales Services Num riques
Attn: Managing Member/Bankruptcy D
19-21 Avenue Morane Saulnier
V lizy-Villacoublay, Yvelines 78140
France

The Boston Consulting Group, Inc. (BCG)
Attn: Managing Member/Bankruptcy Dept.
200 Pier 4 Blvd
Boston, MA 02210-2453

The Enterprise Resources Training Co.,Lt
Fl 3 Charn Issara Tower II,
2922/135-136 Phetchaburi Road, Bang Kapi
Huai Khwang, Bangkok 10310
Thailand

The Hanover Insurance Group
Attn: Managing Member/Bankruptcy
8300 Tower at Office Park
250 Normandale Lake
Minneapolis, MN 55417

Document Ref: ZJVY8-Q9H4Z-KK3KM-KRXGN

The New York Times
Attn: Managing Member/Bankruptcy Dept.
620 8th Avenue
New York, NY 10018-1618

The Next Step Foundation
Westlands Office Park, Acacia House ,
Ground Floor , Waiyaki Way
Nairobi   00100
Kenya

The Research Foundation CUNY
Attn: Managing Member/Bankruptcy D
Queensborough Community College
CEWD, 22205 56th Avenue Rm L-1
Oakland Gardens, NY 11364-1432

THE SAGE GROUP PLC.
Attn: Managing Member/Bankruptcy Dept.
C23 5
Monmouth, Monmouthshire NE28 9EJ
United Kingdom

The Siam Cement
Attn: Managing Member/Bankruptcy Dept.
1 Siam Cement Rd., Bangsue
Bangkok 10800
Thailand

The Taylor Group
Attn: Managing Member/Bankruptcy D
16 Commerce Rd
Orangeville, ON, L9W 2X7
Canada

The Travelers Companies, Inc.
Attn: Managing Member/Bankruptcy Dept.
1 Tower Square
Hartford, CT 06183-0001

The Ubique Group
Attn: Managing Member/Bankruptcy Dept.
4350 Ball Ground Highway
Canton, GA 30114-7362

The University of Auckland
Attn: Managing Member/Bankruptcy D
Private Bag 92019
Auckland, Auckland, 1142
NZL

The University of Auckland
Attn: Managing Member/Bankruptcy Dept.
Private Bag 92019
Auckland 1142
New Zealand

The Walt Disney Company
Attn: Managing Member/Bankruptcy Dept.
820 Flower Street
Burbank, CA 91502

Thinksmart for Development
and Training WLL
Bldg 15 Road 3801 Blk 338,
Unit 1105 Gulf Executive Office
Manama, Adliya 338

Thomas Orr
Attn: Managing Member/Bankruptcy
7460 E Plata Ave
Mesa, AZ 85212-9757

Thundercat Technologies LLC
Attn: Managing Member/Bankruptcy
1925 Isaac Newton Square E Ste 180
Reston, VA 20190-5030

Tieturi
Attn: Managing Member/Bankruptcy D
Mannerheimintie 15
HELSINKI, UUSIMAA 260
Finland

Tieturi Oy
Attn: Managing Member/Bankruptcy Dept.
Mannerheimintie 15
HELSINKI, UUSIMAA 260
Finland

Tim Mutton
Attn: Managing Member/Bankruptcy
120 Holborn
Camden, London
United Kig

Timestamp
Attn: Managing Member/Bankruptcy D
Pra a de Alvalade N  6 11  F
Lisboa, Lisboa, 1700-036
PRT

TIS Inc.
Attn: Managing Member/Bankruptcy Dept.
Koto-Ku
Koto-Ku, Tokyo 135-0061
Japan

TIS Inc.
Attn: Managing Member/Bankruptcy Dept.
2-2-1 Toyosu
Koto-Ku, Tokyo 135-0061
Japan

TIS Inc./IT Platform SBU.
Toyosu Bayside Cross Tower
2-1,Toyosu 2-chome
Koto-Ku, Tokyo 135-0061
Japan

Tivit Chile Tercerizaci n de Procesos,
Servicios y Tecnologia SpA.
Avenida Huechuraba
Conchal , Metropolitana de Santiago 8560
Chile

TLG Learning
Attn: Managing Member/Bankruptcy Dept.
12822 SE 32nd Street, Suite 200
Bellevue, WA 98005

TNP Consultants
Attn: Managing Member/Bankruptcy D
31 Rue du Pont
Neuilly-sur-Seine, Hauts-de-Seine 92
France

Tohoku Computer College
Attn: Managing Member/Bankruptcy Dept.
1/3/2001, Kakyo-in, Aoba-Ku,
Sendai-Shi, Miyagi-Ken 980-0013
Japan

TOKAI COMMUNICATIONS CORP.
Attn: Managing Member/Bankruptcy Dept.
Hamarikyuintercity Bldg, 1-9-1
Minatoku Kaigan, Tokyo 1050022
Japan

Tomas Y Garcia Gestoria Tecnica, S
Attn: Managing Member/Bankruptcy
CL DIEGO DE LEON N . 69 EN
28006 MADRID
Spain

Torrens University Australia
Attn: Managing Member/Bankruptcy Dept.
Level 1-3 , Building 3 17-37 Foveaux Str
Darlinghurst, NSW 2010
Australia

Torry Harris Business Solutions (Europe)
Attn: Managing Member/Bankruptcy Dept.
Axis 4-5, Woodlands
Bristol, South Gloucestershire BS32 4JT
United Kingdom

Toshiba Business Expert Corporatio
Human Resources Development Divi
4-36-5 Tsurumichuo, Yokohama-Shi
Tsurumi-Ku, Kanagawa 230-0051
Japan

ToshibaTEC Corp.
Attn: Managing Member/Bankruptcy Dept.
6-603 Nagoyacity Syowaku Takigawatyo
Nagoya-Shi Chikusa-Ku, Aichi 466-0826
Japan

TotalEnergies Digital Factory
Attn: Managing Member/Bankruptcy Dept.
31-33 Rue des Je neurs
Paris 75002
France

Trackit
Attn: Managing Member/Bankruptcy D
578 Washington Blvd Ste 260
Marina Del Rey, CA 90292-5421

Trade Me Ltd
Attn: Managing Member/Bankruptcy Dept.
Level 4, 155 Fanshawe Street
Auckland, Auckland, 1010
NZL

Training Camp
Attn: Managing Member/Bankruptcy Dept.
3800 Horizon Blvd Ste 107
Feasterville Trevose, PA 19053-4968

Training Team
Attn: Managing Member/Bankruptcy
Tsarigrako Shosse 111 B , Sofia TeP
Sofia-Grad   1784
Bulgaria

Training360 Kft.
Attn: Managing Member/Bankruptcy Dept.
Budafoki  t 56.
Budapest 1117
Hungary

Trainocate (M) Sdn Bhd
10.02, Level 10 Mercu 2
No. 3 Jalan Bangsar, KL Eco City,
Kuala Lumpur 59200
Malaysia

Trainocate (S) Pte Ltd
Attn: Managing Member/Bankruptcy D
190 Middle Road, Fortune Centre
Singapore

Trainocate Japan, Ltd.
SUMITOMO FUDOSAN SHINJUKU
OAK TOWER 19F, 6-8-1 NISHI-SHINJUKU
SHINJUKU, TOKYO 163-6019
Japan

Trainocate Japan, Ltd.
Sumitomo Fudosan Shinjuki Oak Tower 19F
6-8-1 Nishi-Shinjuku
Shinjuku,  Tokoyo 163-6019
Japan

Trainocate Networks India Pvt Ltd
Attn: Managing Member/Bankruptcy
78/1 , 1st Floor Royal Barter , Resid
India, Karnataka 560025
India

Trainocate Philippines
Penthouse Marajo Tower 312 26th St.
Cor. 4th Ave. , Bonifacio Global City
Taguig City, Metro Manila 1634
Philippines

Transaction Junction
1 Waterhouse Place
3rd Floor, Century City
Cape Town, Western Cape, 7441
ZAF

TransUnion LLC
Attn: Managing Member/Bankruptcy D
555 W Adams St
Chicago, IL 60661-3719

Tree S.r.L.
Attn: Managing Member/Bankruptcy Dept.
Piazza Cardinale Pappalardo 23
Catania, Sicilia 95131
Italy

Trek 10
Attn: Managing Member/Bankruptcy Dept.
1400 E Angela Blvd, Suite 150
South Bend, IN 46617

Trend Micro Incorporated
Attn: Managing Member/Bankruptcy D
225 E. John Carpenter Freeway
Suite 1500
Irving, TE 75062

TriStratus Ltd.
Attn: Managing Member/Bankruptcy Dept.
139 Triq Il-Kbira
M?arr, Malta Majjistral, MGR 1111
MLT

TrueLanguage, LLC
Attn: Managing Member/Bankruptcy
1355 Terrell Mill Rd, Bldg 1476, Ste 250
Marietta Georgia 30067

TrustSoft, s.r.o.
Attn: Managing Member/Bankruptcy D
Karolinsk  661/4
Praha 8, Hlavn  m?sto Praha 186 0
Czech Republic

TSED UNIPESSOAL, LDA
Attn: Managing Member/Bankruptcy Dept.
Avenida Camilo 94
Porto 4300-095
Portugal

TUI Business Services GmbH
Attn: Managing Member/Bankruptcy Dept.
Karl-Wiechert-Allee 23
Hannover, Hannover, 30625
DEU

Tyro Payments
Attn: Managing Member/Bankruptcy D
18 55 Market St
Sydney, NSW 2000
Australia

U.S. Bank Equipment Finance
Attn: Bankruptcy Dept/Managing Agent
1310 Madrid St., Ste. 106
Marshall, MN 56258

UC Irvine Office of Data & Info.Technolo
Attn: Managing Member/Bankruptcy Dept.
6101 Science Library
Irvine, CA 92697-0001

uCertify
Attn: Managing Member/Bankruptcy D
4000 Pimlico Drive
Pleasanton, CA 94588-3474

Ucommerce ApS
Attn: Managing Member/Bankruptcy Dept.
Aaboulevarden 69, 8000
Aarhus
Denmark

UK Ministry of Defence
Attn: Managing Member/Bankruptcy Dept.
Mod Corsham, Westwells Road
Corsham, Wiltshire, SN13 9NR
GBR

UKEFS Ltd
Attn: Managing Member/Bankruptcy D
Unit A, Gresham Industrial Estate
London, Merton, SW19 8ED
GBR

UL Systems, Inc.
Attn: Managing Member/Bankruptcy Dept.
Triton Square, Office Tower X 14f, 1-8-1
Chuo-Ku, Tokyo 104-6014
Japan

Universidad Cenfotec
Attn: Managing Member/Bankruptcy Dept.
Avenida Central Sobre Y
Catedral, San Jos  10104
Costa Rica

Universidad Latina de Costa Rica
Attn: Managing Member/Bankruptcy Dept.
San Pedro de Montes de Oca,
100 m norte de Mu oz y Nanne
San Pedro, SA 11501

University of District of Columbia
Attn: Managing Member/Bankruptcy Dept.
4200 Connecticut Avenue NW
Washington, DC 20008-1122

University of UNSW
Attn: Managing Member/Bankruptcy Dept.
14 Library Stage 2 Building Library Walk
Kensington, NSW 2052
Australia

UruIT
Attn: Managing Member/Bankruptcy
Victor Soli o 349 piso 22 Montevideo
mvd 11300
Uruguay

vadiraja dharmavaram
Attn: Managing Member/Bankruptcy
3-9-513/D , Bhavani Nagar Road 9
Hyderabad, Telangana  5000068
India

Vasan & Sampath LLP
Attn: Managing Member/Bankruptcy
Jupiter 2 190 5th Cross 3rd main, MICO L

Vega Training
Attn: Managing Member/Bankruptcy Dept.
Via Mecenate 139
Brindisi, Puglia 72100
Italy

Verint Systems, Inc.
Attn: Managing Member/Bankruptcy Dept.
175 Broadhollow Road Ste 100
Melville, NY 11747-4910

Unique System Skills, LLC
Attn: Managing Member/Bankruptcy Dept.
505 W Hollis St Ste 105
Nashua, NH 03062-1386

Universidad de Navarra
Attn: Managing Member/Bankruptcy Dept.
Kalea Sadar S-N
Pamplona-Iru a, Navarra 31006
Spain

Universitas Klabat
Attn: Managing Member/Bankruptcy Dept.
Jalan Arnold Mononutu, Airmadidi
Minahasa Utara, Sulawesi Utara 95371
Indonesia

University of Maryland University Colleg
Attn: Managing Member/Bankruptcy
3501 University Ave E
Largo, MD 20774

UP
Attn: Managing Member/Bankruptcy Dept.
Rua Bergamota, 326
S o Paulo, SP 05468-000
Brazil

US Bank Equipment Finance
Attn: Managing Member/Bankruptcy
U.S. Bancorp Center is 800 Nicollet Mall
Minneapolis, MN 55402

Valencia College
Attn: Managing Member/Bankruptcy Dept.
1800 S Kirkman Road
Orlando, FL 32811-2302

VCITA Systems Ltd. (Wisestamp)
Attn: Managing Member/Bankruptcy
10900 NE 8th St, SU 98004

Veho Tech, Inc
Attn: Managing Member/Bankruptcy Dept.
2093 Philadelphia Pike
Claymont, DE 19703-2424

Veritas Technologies LLC
Attn: Managing Member/Bankruptcy Dept.
801 International Parkway Ste 1053
Lake Mary, FL 32746-4762

United Training
Attn: Managing Member/Bankruptcy D
707 Landa Street
New Braunfels, TX 78130-6113

Universidad de San Buenaventura C
Attn: Managing Member/Bankruptcy D
Carrera 122 6-65
Cali, Valle del Cauca 760031
Columbia

University Canada West
Attn: Managing Member/Bankruptcy D
University Canada West, 1461 Gran
Vancouver, BC V6Z 0E5
Canada

University of Nevada, Las Vegas
Attn: Managing Member/Bankruptcy D
4505 S Maryland Parkway # 453001
Las Vegas, NV 89154-9900

UpScale Labs Kft.
Attn: Managing Member/Bankruptcy D
V ci  t 135-139. C  p 1/3.
Budapest 1138
Hungary

Utah Tech University
Attn: Managing Member/Bankruptcy D
225 South 700 E
Saint George, UT 84770-3875

Varun Taneja
Attn: Managing Member/Bankruptcy
159 Stults Ln
East Brunswick, NJ 08816

VCSOFT S.A.S
Attn: Managing Member/Bankruptcy D
Calle 100 17A-36 Oficina 601
Bogot , Bogot , D.C. 110221
Columbia

Venturenix Lab
Attn: Managing Member/Bankruptcy D
37/F, Times Tower, 391-407 Jaffe R
Wan Chai, Hong Kong,
HKG

VERO SKATT
Attn: Managing Member/Bankruptcy
P/A Koningin Wilhelminaplein 30-5 Eta

Versent Pty Ltd
Attn: Managing Member/Bankruptcy Dept.
8 Exhibition St, Level 19
Melbourne, Victoria 3000
Australia

Version 1 Software
Attn: Managing Member/Bankruptcy Dept.
Millennium House, Millennium Walkway
Dublin 1, Leinster D01 F5P8
Ireland

Vertabelo SA
Attn: Managing Member/Bankruptcy
Filona 16, 02-658 Warsaw

Vertex, Inc,
Attn: Managing Member/Bankruptcy
2301 Renaissance Blvd.,
King of Prussia, PA 19406

Vets Group
Attn: Managing Member/Bankruptcy Dept.
1200 18th Street NW Ste LL-100
Washington, DC 20036-2506

VetsinTech
Attn: Managing Member/Bankruptcy D
88 King Street
San Francisco, CA 94107-4018

VFG LLC
Attn: Managing Member/Bankruptcy Dept.
447 Broadway, 2nd Floor, 1776
New York, NY 10013

Victor Yuen Jun Mun
Attn: Managing Member/Bankruptcy
16 Pasir Ris Link,
#12-57, 518166, Singapore

Victoria Crow Dog
Attn: Managing Member/Bankruptcy
829 Park Way
Oakland, CA 94606

Vijayarajan Sundararajan
Attn: Managing Member/Bankruptcy
300 Hidden Cove Ln
Matthews, NC 28104

VIMEO
Attn: Managing Member/Bankruptcy
330 West 34th Street, 10th Floor,
New York, NY 10001

Virginia Commonwealth University
Attn: Managing Member/Bankruptcy D
301 W Main Street
Richmond, VA 23284-9051

VMEngine
Attn: Managing Member/Bankruptcy Dept.
Via Antiniana 2I
Pozzuoli, Campania 80078
Italy

VMware
Attn: Managing Member/Bankruptcy
3401 Hillview Ave
Palo Alto, CA 94304

Volkswagen Digital Solutions
Attn: Managing Member/Bankruptcy D
Rua do Sol ao Rato 11
Lisboa 1250-263
Portugal

Volkswagen Group Services
Attn: Managing Member/Bankruptcy Dept.
Quinta Da Marquesa IV
Quinta do Anjo, Set bal 2950-677
Portugal

Vossloh AG
Attn: Managing Member/Bankruptcy Dept.
Vosslohstr. 4
Werdohl, Arnsberg, 58791
DEU

VSTECS CLOUD TECHNOLOGY C
Floor 7 6, 11 Changchunqiao Road
Willow Yicheng Plaza Haidian Qu,
Beijing, 100080
CHINA

WA Dept of Revenue
Attn: Managing Member/Bankruptcy
2101 4th Ave, Suite 1400,
Seattle, WA 98121

Wahi
Attn: Managing Member/Bankruptcy Dept.
1751 Rue Richardson Suite 6110
Montreal, QC H3K 1G6
Canada

WARNANDHRA COLLEGE OF
ENGINEERING AND TECHNOLOGY
SETHARAMPURAM
NARSAPUR,WEST GODAVARI DISTA
IND

Wavestone
Attn: Managing Member/Bankruptcy
100-101 Jardins Boieldieu
Puteaux, Hauts-de-Seine 92042
France

WAVESTONE
Attn: Managing Member/Bankruptcy Dept.
100-101 Terrasse Boieldieu-Tour Franklin
Paris, le-De-France 92042
France

Weasel Software Ltd
Attn: Managing Member/Bankruptcy D
Lemmink isenkatu 34
Turku, Southwest Finland 20520
Finland

Web Age Solutions
Attn: Managing Member/Bankruptcy Dept.
744 Yorkway Place
Jenkintown, PA 19046

Web Data Driven
Attn: Managing Member/Bankruptcy Dept.
165, 1700 Northside Dr NW Ste A7
Atlanta, GA 30318-2695

WEBv lt Kft.
Attn: Managing Member/Bankruptcy D
Soroksari Street , 32-34 , E/6.
Budapest 1095
Hungary

Wemanity Reply SA
Attn: Managing Member/Bankruptcy Dept.
Avenue Louise 279
Bruxelles, Bruxelles-Capitale, 1050
BEL

West Yorkshire Police
Attn: Managing Member/Bankruptcy Dept.
PO Box 9
Wakefield WF1 3QS
United Kingdom

WESTCON MEXICO SA DE CV
Attn: Managing Member/Bankruptcy D
100, Avenida Insurgentes Sur 730
Del Valle Norte, CDMX, 3103
MEX

Whizlabs Software India Pvt. Ltd.
1002, 10th Floor, Tower-1 Pearls Omaxe Bldg
Netaji Suhash Place,
Pitampura New Delhi 110034
India

Wipro Limited
Attn: Managing Member/Bankruptcy Dept.
2 Tower Center Blvd Ste 2200
East Brunswick, NJ 08816-1100

XALDIGITAL
Attn: Managing Member/Bankruptcy Dept.
Avenida Jes s del Monte 41
Huixquilucan de Degollado, MEX 52764
Mexico

Xero Limited
Attn: Managing Member/Bankruptcy Dept.
19-23 Taranaki Street
Wellington, Greater Wellington 6011
New Zealand

XV Customer Sat
Attn: Managing Member/Bankruptcy Dept.
431 Clifton Pl, Ste 100
Minneapolis, MN 55403

Yondu Inc
Attn: Managing Member/Bankruptcy Dept.
Panorama Bldg Bgc
Taguig City, Metro Manila 1634
Philippines

Yonetim.Academy
Attn: Managing Member/Bankruptcy Dept.
Fulya Mah. Yesilcimen Sok. No:12-446 Sis
Polat Tower, Istanbul, 34394
TUR

Zendesk, Inc.
Attn: Managing Member/Bankruptcy
PO Box 734287
Chicago, IL 60673-4287

Zuri Technologies Limited
Attn: Managing Member/Bankruptcy Dept.
4-6 Throgmorton Avenue
London, City Of London EC2N 2DL
United Kingdom

Wingwill International Co. Ltd
Attn: Managing Member/Bankruptcy Dept.
5F. No. 33 Ruiguang Road Lane 513
Taipei City, Taipei City, 114
TWN

World Fuel Services Corporation
Attn: Managing Member/Bankruptcy Dept.
9800 N.W. 41 Street
Miami, FL 33178

XAVIENT Software Solutions NDIA PVT. LTD
Attn: Managing Member/Bankruptcy Dept.
Plot 54, Phase 2
Noida, Uttar Pradesh 201305
India

Xerris Inc.
Attn: Managing Member/Bankruptcy Dept.
350 7 Ave SW Suite 3400
Calgary, AB, T2P 3N9
CAN

Yayasan Sagasitas Indonesia
Attn: Managing Member/Bankruptcy
Sinduadi, Mlati Fl 272, Jalan Pogung Ray
Yogyakarta
Indonesia

Yondu Inc
Attn: Managing Member/Bankruptcy Dept.
Panorama Bldg Bgc
Taguig City, Metro Manila, 1634
PHL

Yorks Travel
Attn: Managing Member/Bankruptcy Dept.
FLOOR BASEMENT, SHOP NO- LG-3, PLOT NO-
PH-1, NEAR KAYS RESTAURANT, 07-DL 110052,
India

Zero&One
Attn: Managing Member/Bankruptcy Dept.
Alshatha Tower, office 2109, Media City
Dubai
United Arab Emirates

Winthrop University College
of Business and Technology
2020 Alumni Drive Thurmond
Rock Hill, SC 29733-0001

WORLDLINE FRANCE SAS
Attn: Managing Member/Bankruptcy D
Tour Voltaire, 1 Place des Degr s
Puteaux, Hauts-de-Seine 92800
France

xDesign - Tina
Attn: Managing Member/Bankruptcy D
8 Park Row
Leeds LS1 5HD
United Kingdom

Xtremax Pte Ltd
Jl. 31 Cimuncang, Padasuka,
Cibeunying Kidul
Bandung, West Java 40125
Indonesia

Yellowbrick Data, Inc.
Attn: Managing Member/Bankruptcy D
660 W Dana St
Mountain View, CA 94041-1302

Yonetim.Academy
Attn: Managing Member/Bankruptcy D
Fulya Mah. Yesilcimen Sok. No:12-4S
Istanbul 34394
Turkey

ZeiFmans
Attn: Managing Member/Bankruptcy D
201 Ridgeland Avenue
Toronto, ON M6A 17Y7
Canada

Zoom
Attn: Managing Member/Bankruptcy
55 Almaden Blvd., 6th Floor,
San Jose, CA 95113